## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA** : | |
| : | |
| Plaintiff : | |
| : | Criminal Case No.: 21-mj-00049 |
| *v.* : | |
| : | |
| **JOSHUA MATTHEW BLACK** : | |
| : | |
| Defendant : | |

## APPEARANCE OF COUNSEL

Dear Mr./Madam Clerk:

Please enter the appearance of undersigned counsel, pursuant to the provisions of the **Criminal Justice Act**, *nunc pro tunc* to February 16, 2021, as counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
9805 Ashburton Lane
Bethesda, MD 20817
(301) 294-7301
Bar No. 362393

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Appearance of Counsel, has been served, by ECF, upon AUSA Ahmed Baset, at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 17th day of February, 2021.

_____/S/_____
Clark U. Fleckinger II