UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-CR-127 (ABJ) |
| | : | |
| **JOSHUA BLACK,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files a March 6, 2021, preliminary-discovery letter in this case, which was served as an attachment to this notice via the Court's electronic filing system (ECF) on counsel for the defendant.

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

By:    */s/ Seth Adam Meinero*
         SETH ADAM MEINERO
         Trial Attorney
         Detailee
         D.C. Bar No. 976587
         United States Attorney's Office
          for the District of Columbia
         Federal Major Crimes Section
         555 4th Street, N.W.
         Washington, D.C. 20530
         202-252-5847
         Seth.Meinero@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2021, I served a copy of this pleading on defendant's counsel through ECF.

*/s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
United States Attorney's Office
 for the District of Columbia