# Attachment A
## (Screen Captures of Video from West Side of Capitol)

# Attachment A-1



- **Black circled in yellow (wearing bill of red hat protruding from a green camouflage hood)**

## Attachment A-2



- **Black circled in yellow (wearing bill of red hat protruding from a green camouflage hood)**

## Attachment A-3



- **Black circled in yellow (wearing bill of red hat protruding from a green camouflage hood)**

## Attachment A-4



- **Black circled in yellow (wearing bill of red hat protruding from a green camouflage hood and yellow glove at face)**

## Attachment A-5



- **Black circled in yellow (wearing green camouflage jacket, with man in blue top touching face)**

# Attachment B
# (Screen Captures of Video from East Side of Capitol)

# Attachment B-1



- Black circled in yellow (wearing black skull cap and green camouflage jacket)
- Positions of officers indicated with green arrows outlined in red

## Attachment B-2



- **Black circled in yellow (wearing black skull cap with white writing on front and sunglasses)**
- **Positions of officers indicated with green arrows outlined in red (wearing black skull caps)**

# Attachment C
## (Picture of Knife)

