

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 10, 2021

**VIA EMAIL @ cufleckinger@aol.com**
Clark U. Fleckinger II, Esq.
111 Rockville Pike
Rockville, MD 20850

    Re:    *United States v. Joshua Black,* 21-CR-127 (ABJ)

Dear Counsel:

    This memorializes that, before and following the court's entry of a protective order in the above-referenced case on April 5, 2021, the United States Attorney's Office for the District of Columbia provided you the following additional preliminary discovery on the following dates:

    <u>April 1, 2021 (via email)</u>

- Link to YouTube showing breach of Capitol East Front doorway: https://www.youtube.com/watch?app=desktop&v=MVullQb-Lec
- 10 screenshots from the YouTube video

    <u>April 5, 2021 (via USAfx)</u>

- One folder of four videos taken from exterior of Capitol West Front (four .mp4s and one .pdf of screenshots taken from the videos; no sensitivity restrictions under protective order)
- One .mp4 of video taken from exterior of Capitol East Front (no sensitivity restrictions under protective order)
- One folder of six videos taken from interior of Capitol East Front (six .mp4s; HIGHLY SENSITIVE under protective order)

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly

situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The preliminary discovery provided is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that the defense provide the government with the appropriate written notice if the defense plans to use one of the defenses referenced in those rules. Please provide any notice within the period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
*Trial Attorney*
Detailee
United States Attorney's Office
  for the District of Columbia
Federal Major Crimes Section
555 4th Street, N.W.
Washington, DC 20530
202-252-5847
Seth.Meinero@usdoj.gov