UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 21-CR-127 (ABJ)** |
| | : | |
| **JOSHUA BLACK,** | : | |
| *Defendant.* | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files a May 7, 2021, discovery letter (and attached index) regarding volume one of the formal discovery in this case, which was served as an attachment to this notice via the Court's electronic case files system (ECF) on counsel for the defendant.

                    Respectfully submitted,

                    CHANNING D. PHILLIPS
                    Acting United States Attorney
                    D.C. Bar No. 415793

By:    */s/ Seth Adam Meinero*
        SETH ADAM MEINERO
        Trial Attorney
        Detailee
        D.C. Bar No. 976587
        United States Attorney's Office
         for the District of Columbia
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-5847
        Seth.Meinero@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 8, 2021, I served a copy of this pleading on defendant's counsel through ECF.

                                                       */s/ Seth Adam Meinero*
                                                       SETH ADAM MEINERO
                                                       Trial Attorney
                                                       Detailee
                                                       United States Attorney's Office
                                                         for the District of Columbia