

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 7, 2021

<u>VIA EMAIL</u>
Clark U. Fleckinger, II, Esq.
*Counsel for Joshua Black*

      Re:    *United States v. Joshua Black*
                Case No. 21-CR-127 (ABJ)

Dear Counsel:

      Enclosed as discovery in this case is a USAfx folder that contains materials as described in the attached index. Note: as part of preliminary discovery, we produced evidence seized from your client's cellphone pursuant to a consent search. If you would like a forensic copy of the entire download of that cellphone, please let me know.

      Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

      The discovery is encrypted; you will receive a separate email with the password. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      This material is subject to the terms of the Protective Order issued in this case.

      I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

      Sincerely,

      /s/ *Seth Adam Meinero*
      SETH ADAM MEINERO
      Trial Attorney
      Detailee

Enclosure(s)