| Volume | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BlackJ_01 | | | CAP03_000000695 | CAP03_000000701 | 7 | (U) Subfile Opening Document |
| BlackJ_01 | | | CAP03_000000702 | CAP03_000000702 | 1 | (U) 2021-01-10_1-01-38_LetUSTalk pt1.mp4 |
| BlackJ_01 | | | CAP03_000000703 | CAP03_000000703 | 1 | (U) 2021-01-10_1-36-44_LetUsTalk pt2.mp4 |
| BlackJ_01 | | | CAP03_000000704 | CAP03_000000704 | 1 | (U) 2021-01-10_2-50-35_LetUSTalk pt2 Screenshot.png |
| BlackJ_01 | | | CAP03_000000705 | CAP03_000000705 | 1 | (U) 2021-01-10_2-52-05_LetUsTalk pt1 Screenshot.png |
| BlackJ_01 | | | CAP03_000000706 | CAP03_000000709 | 4 | (U) JOSHUA_BLACK_photo_crim_history_driver_registration.pdf |
| BlackJ_01 | | | CAP03_000000710 | CAP03_000000711 | 2 | (U) On 01/10/2021, at 1:31 a.m. Eastern Time, [REDACTED], date of birth [REDACTED], |
| BlackJ_01 | | | CAP03_000000712 | CAP03_000000713 | 2 | (U) On 01/07/2021, at 5:43:36 PM Eastern Time, an anonymous male caller (ANONYMOUS), |
| BlackJ_01 | | | CAP03_000000714 | CAP03_000000715 | 2 | (U) Attempts to locate Joshua Matthew Black in Dahlonega and Cleveland, Georgia |
| BlackJ_01 | | | CAP03_000000716 | CAP03_000000738 | 23 | (U) BALDINO - BLACK (1).docx |
| BlackJ_01 | | | CAP03_000000739 | CAP03_000000739 | 1 | (U) IMG950595.jpg |
| BlackJ_01 | | | CAP03_000000740 | CAP03_000000740 | 1 | (U) IMG950594.jpg |
| BlackJ_01 | | | CAP03_000000741 | CAP03_000000741 | 1 | (U) YouTube (Google LLC) - Preservation Request |
| BlackJ_01 | | | CAP03_000000742 | CAP03_000000743 | 2 | (U) Youtube_PL_010921.pdf |
| BlackJ_01 | | | CAP03_000000744 | CAP03_000000745 | 2 | (U) Criminal complaint and arrest warrant issued for JOSHUA MATTHEW BLACK on 01/13/2021 |
| BlackJ_01 | | | CAP03_000000746 | CAP03_000000746 | 1 | (U) signed-21mj49_Complaint_Redacted.pdf |
| BlackJ_01 | | | CAP03_000000747 | CAP03_000000747 | 1 | (U) signed-21mj49_Proposed_Order_to_Seal.pdf |
| BlackJ_01 | | | CAP03_000000748 | CAP03_000000756 | 9 | (U) signed-21mj49_Aff_in_Support.pdf |
| BlackJ_01 | | | CAP03_000000757 | CAP03_000000757 | 1 | (U) signed-21mj49_Complaint.pdf |
| BlackJ_01 | | | CAP03_000000758 | CAP03_000000759 | 2 | (U) signed-21mj49_Arrest_Warrant.pdf |
| BlackJ_01 | | | CAP03_000000760 | CAP03_000000760 | 1 | (U) Operational plan for planned 1/14/2021 arrest of JOSHUA MATTHEW BLACK |
| BlackJ_01 | | | CAP03_000000761 | CAP03_000000777 | 17 | (U) BLACK_OPPLAN_13_JAN_2021.pdf |
| BlackJ_01 | | | CAP03_000000778 | CAP03_000000778 | 1 | (U) Warrant Entry |
| BlackJ_01 | | | CAP03_000000779 | CAP03_000000785 | 7 | (U) Joshua Black Entry.pdf |
| BlackJ_01 | | | CAP03_000000786 | CAP03_000000786 | 1 | (U) Lead to remove arrest warrant from NCIC |
| BlackJ_01 | | | CAP03_000000787 | CAP03_000000787 | 1 | (U//FOUO) Arrest of Joshua Matthew BLACK on 01/14/2021 |
| BlackJ_01 | | | CAP03_000000788 | CAP03_000000788 | 1 | (U) Warrant Removal |
| BlackJ_01 | | | CAP03_000000789 | CAP03_000000792 | 4 | (U) Joshua Black Removal.pdf |
| BlackJ_01 | | | CAP03_000000793 | CAP03_000000793 | 1 | (U//FOUO) Joshua Matthew BLACK signed and witnessed Consent to Search Computer - iPhone 11 |
| BlackJ_01 | | | CAP03_000000794 | CAP03_000000795 | 2 | (U//FOUO) BLACK Consent to Search Computer170606.pdf |
| BlackJ_01 | | | CAP03_000000796 | CAP03_000000797 | 2 | (U) Personal effects of Joshua Matthew BLACK given to Tyler Eric Tucker on 01/14/2021 |

| Volume | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BlackJ_01 | | | CAP03_000000798 | CAP03_000000798 | 1 | (U//FOUO) Signed and executed Arrest Warrant for Joshua Matthew BLACK |
| BlackJ_01 | | | CAP03_000000799 | CAP03_000000799 | 1 | (U//FOUO) BLACK Arrest Warrant SIGNED.pdf |
| BlackJ_01 | | | CAP03_000000800 | CAP03_000000800 | 1 | (U) Interview of Joshua Matthew Black |
| BlackJ_01 | | | CAP03_000000801 | CAP03_000000801 | 1 | (U) 0176-WF-3366759-BLACK_0000015_1A0001070_0000001_PHYSICAL.pdf |
| BlackJ_01 | | | CAP03_000000802 | CAP03_000000802 | 1 | (U) Black302notes.pdf |
| BlackJ_01 | | | CAP03_000000803 | CAP03_000000803 | 1 | (U) EVIDENCE COLLECTED |
| BlackJ_01 | | | CAP03_000000804 | CAP03_000000804 | 1 | (U) Interview of [REDACTED] on January 10, 2021 |
| BlackJ_01 | | | CAP03_000000805 | CAP03_000000805 | 1 | (U) notes of interview of [REDACTED] on January 10, 2021.pdf |
| BlackJ_01 | | | CAP03_000000806 | CAP03_000000807 | 2 | (U) Interview of JESSICA TAYLOR on January 13, 2021 |
| BlackJ_01 | | | CAP03_000000808 | CAP03_000000809 | 2 | (U) notes of interview of [REDACTED] on january 13, 2021.pdf |
| BlackJ_01 | | | CAP03_000000810 | CAP03_000000812 | 3 | (U) Emails_provided_to_FBI_by_[REDACTED]_January_11_and_13.pdf |
| BlackJ_01 | | | CAP03_000000813 | CAP03_000000813 | 1 | (U) Emails_provided_to_FBI_by_[REDACTED]_January_11_and_13.pdf |
| BlackJ_01 | | | CAP03_000000814 | CAP03_000000815 | 2 | (U) Emails_provided_to_FBI_by_[REDACTED]_January_11_and_13.pdf |
| BlackJ_01 | | | CAP03_000000816 | CAP03_000000817 | 2 | (U//FOUO) TTK Review, Public Tip submitted through http://www.fbi.gov/USCapitol |
| BlackJ_01 | | X | CAP03_000000818 | CAP03_000000821 | 4 | (U//FOUO) 230121-1313.pdf |
| BlackJ_01 | | | CAP03_000000822 | CAP03_000000822 | 1 | (U//FOUO) Joshua Matthew BLACK gave consent to Search his Residence and Vehicle |
| BlackJ_01 | | | CAP03_000000823 | CAP03_000000823 | 1 | (U) 01_20210114_114706.jpg |
| BlackJ_01 | | | CAP03_000000824 | CAP03_000000824 | 1 | (U) 04_20210114_114538.jpg |
| BlackJ_01 | | | CAP03_000000825 | CAP03_000000825 | 1 | (U) 03_20210114_114556.jpg |
| BlackJ_01 | | | CAP03_000000826 | CAP03_000000826 | 1 | (U) 02_20210114_114659.jpg |
| BlackJ_01 | | | CAP03_000000827 | CAP03_000000827 | 1 | (U) 05_20210114_114534.jpg |
| BlackJ_01 | | | CAP03_000000828 | CAP03_000000828 | 1 | (U) 07_20210114_113545.jpg |
| BlackJ_01 | | | CAP03_000000829 | CAP03_000000829 | 1 | (U) 06_20210114_113549.jpg |
| BlackJ_01 | | | CAP03_000000830 | CAP03_000000830 | 1 | (U) 08_20210114_113540.jpg |
| BlackJ_01 | | | CAP03_000000831 | CAP03_000000831 | 1 | (U) 10_20210114_113538.jpg |
| BlackJ_01 | | | CAP03_000000832 | CAP03_000000832 | 1 | (U) 11_20210114_113535.jpg |
| BlackJ_01 | | | CAP03_000000833 | CAP03_000000833 | 1 | (U) 09_20210114_113539.jpg |
| BlackJ_01 | | | CAP03_000000834 | CAP03_000000835 | 2 | (U) BLACK SIGNED FD-26.pdf |
| BlackJ_01 | | | CAP03_000000836 | CAP03_000000837 | 2 | (U) TKK regarding photo #6 |

| Volume | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BlackJ_01 | | X | CAP03_000000838 | CAP03_000000841 | 4 | (U) 270121-1429.pdf |
| BlackJ_01 | | | CAP03_000000842 | CAP03_000000842 | 1 | (U) Interview of Joshua Matthew Black |
| BlackJ_01 | | | CAP03_000000843 | CAP03_000000843 | 1 | (U) Black395.pdf |
| BlackJ_01 | | | CAP03_000000844 | CAP03_000000845 | 2 | (U//FOUO) Public Tip submitted through http://www.fbi.gov/USCapitol |
| BlackJ_01 | | X | CAP03_000000846 | CAP03_000000849 | 4 | (U//FOUO) 030221-0929.pdf |
| BlackJ_01 | | | CAP03_000000850 | CAP03_000000852 | 3 | (U) DEWF_MasterCopy |
| BlackJ_01 | | | CAP03_000000853 | CAP03_000000853 | 1 | (U) DSCN3731.JPG |
| BlackJ_01 | | | CAP03_000000854 | CAP03_000000855 | 2 | (U) CART Document creation of Master, Working, and Prosecution copy |
| BlackJ_01 | | | CAP03_000000856 | CAP03_000000856 | 1 | (U) DSCN3730.JPG |
| BlackJ_01 | | | CAP03_000000857 | CAP03_000000857 | 1 | (U) DSCN3732.JPG |
| BlackJ_01 | | | CAP03_000000858 | CAP03_000000858 | 1 | (U) DSCN3731.JPG |
| BlackJ_01 | | | CAP03_000000859 | CAP03_000000859 | 1 | (U) DSCN3729.JPG |
| BlackJ_01 | | | CAP03_000000860 | CAP03_000000861 | 2 | (U) To set lead to Birmingham to locate and interview WILLIAM DARRELL CROWLEY |
| BlackJ_01 | | | CAP03_000000862 | CAP03_000000862 | 1 | (U) crowley chat.JPG |
| BlackJ_01 | | | CAP03_000000863 | CAP03_000000865 | 3 | (U//FOUO) Facial Recognition Search Report with TTK TIES |
| BlackJ_01 | | X | CAP03_000000866 | CAP03_000000872 | 7 | (U//FOUO) FRSR_14411_60982_TTK_TIES_170221-0743.pdf |
| BlackJ_01 | | X | CAP03_000000873 | CAP03_000000873 | 1 | (U//FOUO) FRSR_14411_60982.pdf |
| BlackJ_01 | | | CAP03_000000874 | CAP03_000000874 | 1 | (U) Indictment |
| BlackJ_01 | | | CAP03_000000875 | CAP03_000000878 | 4 | (U) Joshua_Black_Filed_Indictment_2.17.21.pdf |
| BlackJ_01 | | | CAP03_000000879 | CAP03_000000879 | 1 | (U) JOSHUA BLACK Face and Name Search |
| BlackJ_01 | | X | CAP03_000000880 | CAP03_000000927 | 48 | (U) Joshua_Black_Face_Search.pdf |
| BlackJ_01 | | X | CAP03_000000928 | CAP03_000000938 | 11 | (U) Joshua_Black_Name_Search.pdf |
| BlackJ_01 | | | CAP03_000000939 | CAP03_000000939 | 1 | (U//FOUO) Results of Facial Recognition search for William Darrell CROWLEY |
| BlackJ_01 | | | CAP03_000000940 | CAP03_000000940 | 1 | (U//FOUO) CROWLEY_Facial_Recog_Results.pdf |
| BlackJ_01 | | | CAP03_000000941 | CAP03_000000941 | 1 | (U) Attempted interview of [REDACTED] on 02/23/2021 |
| BlackJ_01 | | | CAP03_000000942 | CAP03_000000943 | 2 | (U//FOUO) Public Tip submitted through http://www.fbi.gov/USCapitol |
| BlackJ_01 | | X | CAP03_000000944 | CAP03_000000947 | 4 | (U//FOUO) 260221-1322.pdf |
| BlackJ_01 | | | CAP03_000000948 | CAP03_000000951 | 4 | (U) Interview of Capitol Police SGT GEORGE TORRES on March 1, 2021 |
| BlackJ_01 | | | CAP03_000000952 | CAP03_000000954 | 3 | (U) _image_131219.pdf |
| BlackJ_01 | | | CAP03_000000955 | CAP03_000000955 | 1 | (U) RE__photo.msg |
| BlackJ_01 | | | CAP03_000000956 | CAP03_000000958 | 3 | (U) RE__photo.msg |
| BlackJ_01 | | | CAP03_000000959 | CAP03_000000959 | 1 | (U) RE__photo_1.msg |
| BlackJ_01 | | | CAP03_000000960 | CAP03_000000961 | 2 | (U) New York Post Capitol Riot Video |

| Volume | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BlackJ_01 | | | CAP03_000000962 | CAP03_000000962 | 1 | (U//LES) 2021-02-11_13-25-28_NY Post.mp4 |
| BlackJ_01 | | | CAP03_000000963 | CAP03_000000963 | 1 | (U//FOUO) Interview of [REDACTED] on 03/03/2021 |
| BlackJ_01 | | | CAP03_000000964 | CAP03_000000964 | 1 | (U) [REDACTED]Intrvw NOTES 03MAR2021.pdf |
| BlackJ_01 | | | CAP03_000000965 | CAP03_000000966 | 2 | (U//FOUO) Results of Facial Recognition search for [REDACTED] |
| BlackJ_01 | | | CAP03_000000967 | CAP03_000000967 | 1 | (U//FOUO) [REDACTED]_Facial_Recog_Results.pdf |
| BlackJ_01 | | | CAP03_000000968 | CAP03_000000970 | 3 | (U//FOUO) Facial Recognition Search Report with TTK TIES |
| BlackJ_01 | | | CAP03_000000971 | CAP03_000000971 | 1 | (U//FOUO) FRSR_15535_62786.pdf |
| BlackJ_01 | | X | CAP03_000000972 | CAP03_000000979 | 8 | (U//FOUO) FRSR_15535_62786_TTK_Ties_08032021_0929.pdf |
| BlackJ_01 | | | CAP03_000000980 | CAP03_000000981 | 2 | (U) Joshua Black TikTok Interview |
| BlackJ_01 | | | CAP03_000000982 | CAP03_000000982 | 1 | (U//LES) 2021-03-02_10-56-43_Tiktok_Screenshot.png |
| BlackJ_01 | | | CAP03_000000983 | CAP03_000000983 | 1 | (U//LES) 2021-03-02_10-53-56_Tiktok_tha1unknownmusic_1.mp4 |
| BlackJ_01 | | | CAP03_000000984 | CAP03_000000985 | 2 | (U//FOUO) FINAL Operations Plan for the Arrest of Joshua Matthew BLACK on 01/14/2021 |
| BlackJ_01 | | | CAP03_000000986 | CAP03_000000999 | 14 | (U//FOUO) FINAL OPPLAN for JOSHUA BLACK with Arrest Warrant063940.pdf |
| BlackJ_01 | | | CAP03_000001000 | CAP03_000001000 | 1 | (U//FOUO) Interview of [REDACTED] on 02/26/2021 |
| BlackJ_01 | | | CAP03_000001002 | CAP03_000001002 | 1 | (U) Receipt and service of Search Warrant to Google Inc. |
| BlackJ_01 | | | CAP03_000001003 | CAP03_000001003 | 1 | (U) Interview of Jefferson County, Alabama Deputy Sheriff Scott Sanders |
| BlackJ_01 | | | CAP03_000001004 | CAP03_000001005 | 2 | (U) Interview of Capitol Police Officer MICHAEL WITHERSPOON on April 15, 2021 |
| BlackJ_01 | | | CAP03_000001006 | CAP03_000001006 | 1 | (U) photo.msg |
| BlackJ_01 | | | CAP03_000001007 | CAP03_000001008 | 2 | (U) Witherspoon notes.pdf |
| BlackJ_01 | | | CAP03_000001009 | CAP03_000001011 | 3 | (U) Guardian 701668_BH |
| BlackJ_01 | | | CAP03_000001012 | CAP03_000001014 | 3 | U//FOUO Joshua Black Broke into the Capitol building. |
| BlackJ_01 | | | CAP03_000001015 | CAP03_000001017 | 3 | U//FOUO Joshua Black Broke into the Capitol building. |
| BlackJ_01 | | | CAP03_000001018 | CAP03_000001020 | 3 | (U) 701668_BH.pdf |
| BlackJ_01 | | | CAP03_000001021 | CAP03_000001021 | 1 | (U) Closing Documentation |
| BlackJ_01 | | | CAP03_000001022 | CAP03_000001031 | 10 | (U) OPENING EC - Full Investigation |
| BlackJ_01 | | | CAP03_000001032 | CAP03_000001033 | 2 | (U//FOUO) Joshua_Matthew_BLACK_LETS_Info.pdf |
| BlackJ_01 | | | CAP03_000001034 | CAP03_000001034 | 1 | (U) 2021-01-10_1-01-38_LetUSTalk+pt1.mp4 |
| BlackJ_01 | | | CAP03_000001035 | CAP03_000001035 | 1 | (U) 2021-01-10_1-36-44_LetUsTalk+pt2.mp4 |
| BlackJ_01 | | | CAP03_000001036 | CAP03_000001036 | 1 | (U) 2021-01-10_2-52-05_LetUsTalk+pt1+Screenshot.png |
| BlackJ_01 | | | CAP03_000001037 | CAP03_000001037 | 1 | (U) 2021-01-10_2-50-35_LetUSTalk+pt2+Screenshot.png |
| BlackJ_01 | | | CAP03_000001038 | CAP03_000001042 | 5 | (U//FOUO) BLACK NCIC Report.pdf |
| BlackJ_01 | | | CAP03_000001043 | CAP03_000001043 | 1 | (U//LES) FD930 Joshua Matthew Black |
| BlackJ_01 | | | CAP03_000001044 | CAP03_000001047 | 4 | (U//LES) FD930 Joshua Matthew Black |
| BlackJ_01 | | | CAP03_000001048 | CAP03_000001051 | 4 | (U) TSS_FD930_270590_17.txt |
| BlackJ_01 | | | CAP03_000001052 | CAP03_000001052 | 1 | (U) Black Checks |

USA v. Black 21-cr-127, Black_Volume01

| Volume | SENSITIVE | HIGHLY SENSITIVE | BEGINBATES | ENDBATES | PAGECOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BlackJ_01 | | | CAP03_000001053 | CAP03_000001053 | 1 | (U) Black Checks |
| BlackJ_01 | | | CAP03_000001054 | CAP03_000001054 | 1 | (U) image001.png |
| BlackJ_01 | | | CAP03_000001055 | CAP03_000001062 | 8 | (U) _image_105017.pdf |
| BlackJ_01 | | | CAP03_000001063 | CAP03_000001063 | 1 | (U) BlackChe.rtf |
| BlackJ_01 | | | CAP03_000001064 | CAP03_000001065 | 2 | (U) To document production of specified video files to defense counsel |
| BlackJ_01 | | | CAP03_000001066 | CAP03_000001080 | 15 | Grand Jury Transcripts & Exhibits/Black_Weeks 2.17.21 Vaillancourt.pdf |
| BlackJ_01 | | | CAP03_000001081 | CAP03_000001081 | 1 | Grand Jury Transcripts & Exhibits/Ex1_Senate Floor.png |
| BlackJ_01 | | | CAP03_000001082 | CAP03_000001082 | 1 | Grand Jury Transcripts & Exhibits/Ex2_YouTubePhoto.png |
| BlackJ_01 | | | CAP03_000001083 | CAP03_000001083 | 1 | Grand Jury Transcripts & Exhibits/Ex3_FBI Poster.png |
| BlackJ_01 | | | CAP03_000001084 | CAP03_000001084 | 1 | Grand Jury Transcripts & Exhibits/Ex4_Knife.png |
| | | | | | | (U) [REDACTED] Intrvw NOTES 26FEB2021.pdf |