UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA** : | |
| : | |
| Plaintiff : | |
| : | Criminal Case No.: 21-CR-00127 |
| *v*. : | |
| : | |
| **JOSHUA MATTHEW BLACK** : | |
| : | |
| Defendant : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

The Defendant, **JOSHUA MATTHEW BLACK**, by and through his attorney, Clark U. Fleckinger II, respectfully moves this Honorable Court, with no opposition from the Government, to continue the currently scheduled January 27,2022 status hearing. As grounds therefore, the Defendant represents as follows:

1.  That, Mr. Black has been indicted for various offenses as a result of the events at the U.S. Capitol on January 6, 2021.

2.  That, the Government is continually providing voluminous discovery related to those events -- the review of which is extremely time consuming. In addition, the defense has been unable to access the most recent, and what appears to be substantially voluminous, discovery provided by the Government during the week of January 18, 2022.[1] The parties are in the process of trying to resolve those discovery issues.

3.  That, in addition, the parties remain engaged in good faith discussions in an effort to determine whether the prosecution of Mr. Black can be resolved short of trial.

---

[1] Those difficulties in accessing the most recently provided discovery appear to be shared by all January 6 defendants who received the batch of discovery provided by the Government to such defendants during the week of January 18.

1

However, those efforts have been impeded over the last two (2) weeks due to the impact of the COVID health issues of undersigned defense counsel during that time.

4. That, undersigned counsel for Mr. Black submits that a two (2) to three (3) week postponement of the currently schedule January 27 status hearing will permit a more productive status hearing. Accordingly, counsel for Mr. Black respectfully moves the Court for such a postponement to a date two (2) to three (3) weeks from January 27. The Government has no opposition to the request made herein and Mr. Black has no opposition to the tolling of the Speedy Trial Act during that time.

5. That, assuming that the Court grants the request made herein and that the Court's calendar can accommodate the same, the parties have conferred with each other regarding mutually available dates for such a postponement which are as follows: (1) the morning of February 9, 2022; (2) the afternoon of February 10 and 11, 2022: (3) all day February 15, 16, and 17, 2022.

**WHEREFORE,** for these and such other reasons as may appear to this Honorable Court, the Defendant respectfully requests that the Court postpone the currently scheduled January 27, 2022 status hearing and continue the matter to one of the dates noted above and which is available to the Court and to exclude the period from January 27, 2022 until the re-scheduled status hearing from the computation under the Speedy Trial Act.

                                    Respectfully submitted,

                                    _____/S/_____
                                    Clark U. Fleckinger II
                                    Attorney for Defendant
                                    9805 Ashburton Lane
                                    Bethesda, MD 20817
                                    (301)294-7301
                                    cufleckinger@aol.com
                                    Bar No. 362393

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Unopposed Motion to Continue Status Hearing has been served, by ECF, upon AUSA Seth Adam Meinero, at the United States Attorney's Office, located at 555 4th Street, NW, Washington, D.C. 20530, this 24th day of January, 2022.

_____/S/_____
Clark U. Fleckinger II