

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 16, 2022

**VIA EMAIL**

Clark U. Fleckinger, II, Esq.
*Counsel for Joshua Black*

    Re:    *United States v. Joshua Black,*
             21-CR-127 (ABJ)

Dear Counsel:

This memorializes the additional case-specific discovery the United States Attorney's Office for the District of Columbia has provided you since it disclosed the Federal Bureau of Investigation's discoverable case file and index on May 7, 2021 (ECF No. 31):

May 26, 2021 (by USAfx)

- Metropolitan Police Department bodyworn-camera video depicting Black sometime after he was shot at approximately the 12:00 mark

June 24, 2021 (by email)

- Link to YouTube "Stop The Steal Rally – Jan 6, 2021" video (poster: Mother American Night) at https://www.youtube.com/watch?v=k5tUC4S3Reo&t=1361s in which Black is interviewed at approximately the 22:41 mark

September 6, 2021 (by USAfx)

- Clip of video from another individual's cellphone (embedded in PowerPoint presentation) depicting Black after he was shot (SENSITIVE under protective order)

November 26, 2021 (by email)

- Resend of *New Yorker* video at https://www.newyorker.com/video/watch/a-reporters-footage-from-inside-the-capitol-siege depicting Black

January 5, 2022 (by email)

- Link to a 1/4/2022 *Los Angeles Times* article that includes a photo and video depicting Black
- Link to YouTube "Lumberjack Logic" podcast in which Black was interviewed; the FBI subsequently sent you a disc of this podcast that you confirmed receiving

January 24, 2022 (by email and USAfx)

- Five Capitol surveillance videos (from cameras nos. 7218, 0462, 7216, 0300, 0114) depicting Black at the Capitol)
- Seven screenshots from Capitol surveillance video camera 0462

February 1, 2022 (by email)

- Supplemental FBI Form FD-302 (search of Black's residence in Leeds, AL, on 1/21/2021)

February 9, 2022 (by email)

- Resend of 1/25/2021 National Public Radio interview of *New Yorker* journalist at https://www.npr.org/2021/02/25/971319812/reporters-video-from-inside-senate-on-jan-6-shows-a-crowd-prepared-for-violence in which reporter discusses Black at approximately the 22:20 mark

February 22, 2022 (by email)

- FBI report of facial-search results (redacted)

This letter does not detail the government's ongoing global discovery efforts for all Capitol-riot defendants through Evidence.com, Relativity, and USAfx (*see* ECF Nos. 35-38, 43). For the most current details on those efforts, please see the latest status-of-discovery memorandum the government filed on February 12, 2022 (ECF No. 43). As we informed you by email on February 14, 2022, if you need to get access to the online databases, please email Shelli Peterson of the Federal Public Defender's office. If you have experienced difficulties with gaining access to the defense Relativity workspace after applying for access, please email Deloitte.

Please contact us if you have any issues accessing the case-specific discovery provided, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. We will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial-management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendants disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendants with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that the defense provide the government with the appropriate written notice if the defense plans to use one of the defenses referenced in those rules. Please provide any notice within the period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional case-specific discovery if and as it becomes available. If you have any questions, please feel free to contact us.

Sincerely,

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov