

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 25, 2022

**VIA EMAIL**

Clark U. Fleckinger, II, Esq.
*Counsel for Joshua Black*

  Re: *United States v. Joshua Black,*
    21-CR-127 (ABJ)

Dear Counsel:

  This letter describes the circumstances of your client's interviews with the Federal Bureau of Investigation (FBI) on January 8 and 14, 2021, and of his consent to search his residence and cellphone, and provides additional information on the case-specific discovery described in the government's last case-specific discovery letter on March 16, 2022 (ECF No. 44) as well as discovery provided on March 23, 2022.

### I. Circumstances Regarding Black's Interviews with the FBI and Consent to Search his Residence and Cellphone

  On January 8, 2021, Black went to the Moody, Alabama, Police Department, located within 10 miles from his home in Leeds, to turn himself in. He came to the Moody police station that night and voluntarily interviewed with Federal Bureau of Investigation (FBI) Special Agent Darius Hill and Task Force Officer (TFO) Michael McMillan. Black asked if a warrant was issued for his arrest, and the FBI told him there was not. Black was not advised of his rights during the interview, which was video recorded. (The interview has been provided in discovery.) At no time during this interview was Black handcuffed or restrained. He left the station after the interview.

  On January 13, 2021, an arrest warrant for Black issued in the District of Columbia.

  On the morning of January 14, 2021, the FBI contacted Black and, under a ruse, asked him to come back to the Moody police station so FBI could talk to him about any Antifa he had seen at the Capitol. Black came to the station, did not ask whether he was under arrest, and was not told he was under arrest. He signed an advice-of-rights form, saying "I got nothing to hide" as he

signed, and gave a second interview, which was also video recorded. (The interview has been provided in discovery.) During the interview, Agent Hill and TFO McMillan asked if Black would sign a consent form to search his cellphone, but he was reluctant to sign the form, and instead offered to send photos on his phone to the FBI by text message. At the end of the interview, the FBI asked if it could accompany Black to his home to look at the clothing he had worn and the knife he admitted was on his person inside the Capitol. Black gave verbal consent, and the FBI drove Black to his residence. Black was not handcuffed during the ride.

After arriving at Black's residence, Black immediately proceeded to his front door before the FBI could execute a written consent-to-search form. Due to safety concerns, FBI Special Agent Frank Langdon asked Black to wait to enter his residence until other agents could accompany him inside the house. After other agents arrived, Black and the agents entered the residence and Black identified articles of clothing and a knife he had worn inside the Capitol. Black signed a consent-to-search form after the recovery of the items. (The circumstances of the search are detailed in the supplemental 302 (dated January 27, 2022) that has been provided in discovery.)

The FBI brought Black back to the police station, still uncuffed. Before he was told he was under arrest, the FBI again asked Black if he would give consent to search his cellphone, and Black gave consent and signed the form. After that, the FBI told Black he was under arrest.

## II. Additional Information Regarding Case-Specific Discovery

- The government's March 16, 2022, case-specific discovery letter indicated that on January 5, 2022, it had sent you a link to and a disc of the "Lumberjack Logic" podcast in which your client was interviewed. This was incorrect; the government sent you the link and also sent you the recorded podcast by USAfx on February 9, 2022, not by a physical disc.

- On or about February 3, 2022, the FBI sent you a physical disc of a "Buckingham Show" video in which Black was interviewed outside the Capitol sometime after he was shot (the interview is at 09:36 in the video). You subsequently acknowledged receiving this video.

- On March 23, 2022, the government sent you, by USAfx, a folder titled "Bangumi Video," which contains a French media company's footage of the breach of the Rotunda Doors and two screenshots in which Black was captured.

I will forward additional case-specific discovery if and as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 979587
202-252-5847
Seth.Meinero@usdoj.gov