|  | Government | ✓ |
|---|---|---|
|  | Plaintiff |  |
|  | Defendant |  |
|  | Joint |  |
|  | Court |  |

**UNITED STATES OF AMERICA**

VS.                           Civil/Criminal No.   21-cr-127 (ABJ)

JOSHUA MATTHEW BLACK

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| **Black's YouTube Statements and Records** **(Series 001-099)** | | | | | | |
| 1 | YouTube Statement (Part 1).mp4 | | | | | |
| 1.A | YouTube Statement (Part 1) Clip 1.mp4 | | | | Rule 106 (completeness) | |
| 1.B | YouTube Statement (Part 1) Clip 2.mp4 | | | | Rule 106 (completeness) | |
| 1.C | YouTube Statement (Part 1) Clip 3.mp4 | | | | Rule 106 (completeness) | |
| 1.D | YouTube Statement (Part 1) Clip 4.mp4 | | | | Rule 106 (completeness) | |
| 1.E | YouTube Statement (Part 1) Clip 5.mp4 | | | | Rule 106 (completeness) | |
| 1.F | YouTube Statement (Part 1) Clip 6.mp4 | | | | Rule 106 (completeness) | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 1.G | YouTube Statement (Part 1) Clip 7.mp4 | | | | Rule 106 (completeness) | |
| 1.H | YouTube Statement (Part 1) Clip 8.mp4 | | | | Rule 106 (completeness) | |
| 1.I | YouTube Statement (Part 1) Clip 9.mp4 | | | | Rule 106 (completeness) | |
| 2 | YouTube Statement (Part 2).mp4 | | | | | |
| 2.A | YouTube Statement (Part 2) Clip 1.mp4 | | | | Rule 106 (completeness) | |
| 2.B | YouTube Statement (Part 2) Clip 2.mp4 | | | | Rule 106 (completeness) | |
| 3 | Google (YouTube) Subscriber Information for "LetUs Talk" Account | | | | | |
| 4 | Certificate of Authenticity – Google.pdf | | | | | |
| 5 | YouTube "LetUs Talk" Profile Photo.1.8.2021.jpg | | | | | |
| 6 | Black YouTube Statement Transcript (Pt 1).pdf | | | | | |
| 7 | Black YouTube Statement Transcript (Pt 2).pdf | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 8 | LetUs Talk YouTube Comment Screenshot 1.png | | | | Rule 403 (more prejudicial than probative) | |
| 9 | LetUs Talk YouTube Comment Screenshot 2.png | | | | | |
| 10 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 11 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 12 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 13 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 14 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 15 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 16 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 17 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 18-99 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Interviews with FBI** <br> **(Series 100-199)** | | | | | |
| 100 | Interview with FBI (1.8.2021).mp4 | | | | | |
| 100.A | Interview with FBI (1.8.2021) Clip 1.mp4 | | | | Rule 106 (completeness) | |
| 100.B | Interview with FBI (1.8.2021) Clip 2.mp4 | | | | Rule 106 (completeness) | |
| 100.C | Interview with FBI (1.8.2021) Clip 3.mp4 | | | | Rule 106 (completeness) | |
| 100.D | Interview with FBI (1.8.2021) Clip 4.mp4 | | | | Rule 106 (completeness) | |
| 100.E | Interview with FBI (1.8.2021) Clip 5.mp4 | | | | Rule 106 (completeness) | |
| 100.F | Interview with FBI (1.8.2021) Clip 6.mp4 | | | | Rule 106 (completeness) | |
| 100.G | Interview with FBI (1.8.2021) Clip 7.mp4 | | | | Rule 106 (completeness) | |
| 100.H | Interview with FBI (1.8.2021) Clip 8.mp4 | | | | Rule 106 (completeness) | |
| 101 | Interview with FBI (1.14.2021).mp4 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 101.A | Interview with FBI (1.14.2021) Clip 1.mp4 | | | | Rule 106 (completeness) | |
| 101.B | Interview with FBI (1.14.2021) Clip 2.mp4 | | | | Rule 106 (completeness) | |
| 101.C | Interview with FBI (1.14.2021) Clip 3.mp4 | | | | Rule 106 (completeness) | |
| 101.D | Interview with FBI (1.14.2021) Clip 4.mp4 | | | | Rule 106 (completeness) | |
| 101.E | Interview with FBI (1.14.2021) Clip 5.mp4 | | | | Rule 106 (completeness) | |
| 101.F | Interview with FBI (1.14.2021) Clip 6.mp4 | | | | Rule 106 (completeness) | |
| 101.G | Interview with FBI (1.14.2021) Clip 7.mp4 | | | | Rule 106 (completeness) | |
| 101.H | Interview with FBI (1.14.2021) Clip 8.mp4 | | | | Rule 106 (completeness) | |
| 101.I | Interview with FBI (1.14.2021) Clip 9.mp4 | | | | Rule 106 (completeness) | |
| 102 | Black Identification Photo 1 (1.14.2021).pdf | | | | | |
| 102.A | Cropped Identification Photo 1 (1.14.2021) (mounted).jpg | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 103 | Black Identification Photo 2 (1.14.2021).pdf | | | | | |
| 103.A | Cropped Identification Photo 2 (1.14.2021) (mounted).jpg | | | | | |
| 104 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 105 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 106 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 107 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 108 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 109 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 110 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 111 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 112-199 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **FBI Search of Black's Home** (Series 200-299) | | | | | |
| 200 | Knife | | | | | |
| 201 | Green Camouflage Jacket | | | | | |
| 202 | Red Ballcap (with White Print Reading, "Make America Great Again") | | | | | |
| 203 | Blue Gloves | | | | | |
| 204 | Photo of Knife (with Ruler) (1.20.2021).jpg | | | | Rule 403 (cumulative) | |
| 205 | PXL_20221027_130055799 (photo of knife with ruler).jpg | | | | | |
| 205.A | Photo of Knife (cropped) (10.27.2022).jpg | | | | | |
| 206 | PXL_20221027_130614442 (photo of jacket with hat).jpg | | | | | |
| 207 | PXL_20221027_130628186 (photo of hat).jpg | | | | | |
| 208 | PXL_20221027_130642276 (photo of blue gloves).jpg | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 209 | PXL_20221027_130557593 (photo of packaging).jpg | | | | | |
| 210 | PXL_20221027_130546798 (photo jacket hat gloves packaging).jpg | | | | | |
| 211 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 212 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 213 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 214 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 215 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 215 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 216 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 217 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 218-299 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Black's Cellphone Evidence**<br>**(Series 300-399)** | | | | | |
| 300 | Cell Photo of Objection.jpg | | | | | |
| 300.A | Cell Photo of Objection (Poster) | | | | | |
| 301 | Cell Photo of Black on Dais 1.jpg | | | | | |
| 302 | Cell Photo of Black on Dais 2.jpg | | | | | |
| 303 | Cell Photo Walking to Dais.jpg | | | | | |
| 304 | Cell Photo of Senate Carpet.jpg | | | | | |
| 305 | Cell Photo Outside Capitol.jpg | | | | | |
| 306 | Cell Screenshot of Google Search.jpg | | | | Rule 403 (more prejudicial than probative) | |
| 307 | *Intentionally left blank* | | | | | |
| 308-399 | *Intentionally left blank* | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **U.S. Capitol Police (USCP) Closed Circuit Television (CCTV) and Crime-Scene Officer (CSO) Videos and Images, and Radio Communications (and Supporting Documentation)** (Series 400-499) | | | | | |
| 400 | USCP 6-Minute Montage with Radio Runs | | | | | |
| 400.A | CCTV Peace Circle Breach.mp4 | | | | | |
| 401 | CCTV Dome West.asf [0903] [12:55-1:00pm] | | | | | |
| 401.A | Black Breaching NW Plaza Gate (circled).jpg | | | | | |
| 401.A.1 | Closeup of Black Breaching (circled).jpg | | | | | |
| 402 | CCTV West Roof.asf [0944] [12:30-5:30pm] | | | | | |
| 402.A | CCTV West Roof (clipped).mp4 | | | | | |
| 402.A.1 | Clip of Black Breach (with arrows).mp4 | | | | | |
| 403 | CCTV Rotunda Door Interior.asf [7029] [2:30-2:41pm] | | | | | |
| 404 | CCTV Rotunda Lobby East Stairs.asf [7216] | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 405 | CCTV Gallery Stairs.asf [7218] | | | | | |
| 405.A | Screenshot from CCTV Gallery Stairs.jpg | | | | | |
| 405.A.1 | Screenshot from CCTV Gallery Stairs (circled).jpg | | | | | |
| 406 | CCTV East Corridor Near S306.asf [0300] | | | | | |
| 406.A | Black in East Corridor (Circled).jpg | | | | | |
| 407 | CCTV Senate Gallery SE.asf [0303] | | | | | |
| 407.A | CCTV Senate Gallery SE (clip).asf | | | | | |
| 407.B | Latson Fists Up.JPG | | | | | |
| 408 | CCTV S309.asf [0962] | | | | | |
| 408.A | CCTV S309 (Black Top of Stairs).asf | | | | | |
| 409 | CCTV Senate Gallery East.asf [0310] | | | | | |
| 410 | CCTV Hall by S208.asf [0961] | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 411 | CCTV Senate Chamber Near S214.asf [0462] | | | | | |
| 412 | CCTV Senate Carriage Door (Interior).asf [0113] | | | | | |
| 412.A | Black Exiting Senate Carriage Door (circled).jpg | | | | | |
| 413 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 414 | CCTV Senate Carriage Door (Facing Outside).asf [0114] | | | | | |
| 415 | CCTV Senate Carriage Door (Exterior).asf [0117] | | | | | |
| 415.A | Black Exiting Senate Carriage Door (circled).jpg | | | | | |
| 416 | CSO Video.DSC_0001.MOV (CSO Luckel Video #1) | | | | | |
| 416.A | CSO Video Snip 1.jpg (from CSO_0001.MOV) | | | | | |
| 416.B | CSO Video Snip 2.jpg (from CSO_0001.MOV) | | | | | |
| 416.C | CSO Video Snip 3.jpg (from CSO_0001.MOV) | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 417 | CSO Video.DSC_0002.MOV (CSO Luckel Video #2) | | | | | |
| 417.A | CSO Video Snip 4.jpg (from CSO_0002.MOV) | | | | | |
| 417.B | CSO Video Snip 5.jpg (from CSO_0002.MOV) | | | | | |
| 417.C | CSO Video Snip 6 (Black Shot).jpg (from CSO_0002.MOV) | | | | | |
| 417.D | Black at Front of West Plaza Crowd.avi | | | | | |
| 418 | CSO Video.DSC_0003.MOV (CSO Luckel Video #3) | | | | | |
| 419 | CSO Video.DSC_0004.MOV (CSO Luckel Video #4) | | | | | |
| 420 | USCP Radio communications Excerpt.mp4 | | | | | |
| 421 | USCP-008-00000003 - Secondary Bridge audio.wav.mp4 | | | | | |
| 422 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 423 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 424-499 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| **House and Senate Recording Studio Videos and Images (and Supporting Documentation) (Series 500-599)** ||||||| 
| 500 | Video Montage – House and Senate floors.mp4 | | | | | |
| 501 | Certificate of Authenticity - Senate Recording Studio (Diego Torres).pdf | | | | | |
| 502 | Certificate of Authenticity - House Recording Studio (Douglas Massengale).pdf | | | | | |
| 503 | 2021_01_06_ISOCAM1(clip).mp4 ("ISOCAM 1") | | | | | |
| 504 | 2021_01_06_ISOCAM4(clip).mp4 ("ISOCAM 4") | | | | | |
| 505 | 2021_01_06_ISOCAM5(clip).mp4 ("ISOCAM 5") | | | | | |
| 506 | 2021_01_06_ISOCAM6(clip).mp4 ("ISOCAM 6") | | | | | |
| 507 | 2021_01_06_ISOCAM8(clip).mp4 ("ISOCAM 8") | | | | | |
| 508 | Black Senate Montage.mp4 | | | | | |
| 508.A | Black in Well of Senate.14.49.29.jpg | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 508.B | Black with Others.14.49.31.JPG | | | | | |
| 508.C | Black with Others.14.49.36.JPG | | | | | |
| 508.D | Closeup of Black.14.49.56.JPG | | | | | |
| 508.E | Black and Laptop.14.51.04.JPG | | | | | |
| 508.F | Black at Cruz Desk (circled).14.54.12.jpg | | | | | |
| 508.G | Black at Cruz Desk (circled).14.54.23.jpg | | | | | |
| 508.H | Black Taking Photo of Objection.14.55.02.JPG | | | | | |
| 508.I | Black Looking at Paper.14.57.48.JPG | | | | | |
| 508.J | Black Holding Up Paper.14.57.52.JPG | | | | | |
| 508.K | Black on Phone with Robishaw.15.03.16.JPG | | | | | |
| 508.L | Black on Floor with Crowd on Rostrum15.04.34.jpg | | | | | |
| 508.M | Black Praying.15.06.18.JPG | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 508.N | Black Taking Another's Photo.15.07.00.JPG | | | | | |
| 508.O | Black with MPD Officers.15.08.52.jpg | | | | | |
| 508.P | Chansley.15.04.38.JPG | | | | | |
| 508.Q | Chansley.15.05.30.JPG | | | | | |
| 508.R | Chansley.15.05.38.JPG | | | | | |
| 508.S | Chansley Collage.jpg | | | | | |
| 508.T | Black Praying.jpg | | | | | |
| 509 | 2021_01_06_ISOCAM4 (233-344pm).mp4 | | | | | |
| 510 | 421_509 Sync.mp4 | | | | | |
| 511 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 512 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 513-599 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Videos and Images from Capitol's Lower West Terrace and West Front** (Series 600-699) | | | | | |
| 600 | YouTube Video - Police under attack at US Capitol!!! (COPWATCH).mp4 | | | | | |
| 600.A | Screenshot from COPWATCH Video 1.jpg | | | | | |
| 600.A.1 | Screenshot from COPWATCH Video 1 (circled).jpg | | | | | |
| 601 | NW Plaza Exit Gate (CAPITOLFOOTAGE@PROTONMAIL).mp4 | | | | | |
| 601.A | Screenshot (CAPITOLFOOTAGE@PROTONMAIL).JPG | | | | | |
| 602 | Clip of Breach of NW Plaza Exit Gate (RMG News).mp4 | | | | | |
| 602.A | Black Breach of NW Exit Gate 1.jpg (Screenshot from RMG News Video #1) | | | | | |
| 602.B | Black Breach of NW Exit Gate 2.jpg (Screenshot from RMG News Video #2) | | | | | |
| 602.C | Black Breach of NW Exit Gate 3.jpg (Screenshot from RMG News Video #3) | | | | | |
| 602.D | Black Breach of NW Exit Gate 4.jpg Screenshot from RMG News Video #4) | | | | | |
| 603 | SW Sector of Capitol Grounds (CAPITOLFOOTAGE@PROTONMAIL).mp4 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 604 | Black Getting Shot (Townhall Media).mp4 | | | | | |
| 605 | Black Post-Shot 1.mp4 | | | | | |
| 606 | Black Post-Shot 2 (RMG News).mp4 | | | | | |
| 607 | RMG News Long.mp4 | | | | | |
| 607.A | RMG News Long (Black with Wound).jpg | | | | | |
| 607.B | RMG News Long (Officer on Ground).mp4 | | | | | |
| 607.C | RMG News Long (Independence).mp4 | | | | | |
| 608 | Black Doesn't Need Medical.mp4 | | | | | |
| 609 | Black with Wound at Police Line.mp4 | | | | | |
| 610 | Black Receiving Aid behind Line.mp4 | | | | | |
| 611 | Wooden Beam.mp4 | | | | | |
| 612 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 613 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 614 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 615 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 616 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 617 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 618 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 619 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 620 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 621 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 622 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 623 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 624-699 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| **Video and Images from East Rotunda Doors** (Series 700-799) |
| 700 | Rotunda Doors (Ignoramus).mp4 | | | | | |
| 700.A | Rotunda Doors (Ignoramus) Screenshot 1.JPG | | | | | |
| 700.B | Rotunda Doors (Ignoramus) Screenshot 2.JPG | | | | | |
| 700.C | Rotunda Doors (Ignoramus) Screenshot 3.JPG | | | | | |
| 701 | Eastside Capital Building 1 6 21 (RFIRN YouTube).mp4 | | | | | |
| 702 | Bangumi French News Media - trimmed.mp4 | | | | | |
| 703 | The US Capitol Breach As It Happened (NigroTime).mp4 | | | | | |
| 703.A | Rotunda Doors (NigroTime) (trimmed).mp4 | | | | | |
| 703.B | Pacific Press - VanBenschoten.JPG | | | | | |
| 704 | Rotunda Doors (L.A. Times).mp4 | | | | | |
| 704.A | L.A. Times - VanBenschoten.JPG | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 705 | Rotunda Doors (cellphone video).mp4 | | | | | |
| 706 | jan6additional-7 (New York Times - Rotunda Doors).jpg | | | | | |
| 706.A | New York Time - Rotunda Doors photo (cropped).jpg | | | | | |
| 707 | Rotunda Doors Video Compilation.mp4 | | | | | |
| 708 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 709 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 710 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 711 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 712 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 713 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 714 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 715-799 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Video and Images from Senate Wing and Chamber** (Series 800-899) | | | | | |
| 800 | We will not stand down (Munchel).mp4 | | | | | |
| 801 | Senate East Grand Staircase Sync.mp4 | | | | | |
| 802 | A Reporter's Footage from Inside the Capitol.mp4 (New Yorker Video) | | | | | |
| 802.A | Black Sitting on Floor (New Yorker Video).jpg | | | | | |
| 803 | Black Sitting on Floor (Mitchell Photo).jpg | | | | | |
| 804 | A_Perkins_clearing_Senate_Floor (trimmed).mp4 | | | | | |
| 805 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 806 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 807 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 808-899 | *intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Maps and Demonstrative Aids** (Series 900-999) | | | | | |
| 900 | Overview Map of Capitol Building and Grounds.jpg | | | | | |
| 901 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined.png | | | | | |
| 902 | Photo of Capitol with Snow Fencing and Signs.jpg | | | | | |
| 903 | Photo of Closeup of Sign.png | | | | | |
| 904 | Sign on Barricades Near Peace Circle.jpg | | | | | |
| 905 | USCapitolGroundsMap.png | | | | | |
| 906 | Still - 3d Model of Capitol (Facing west) | | | | | |
| 907 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 908 | Map - First Floor of Capitol Building.pdf | | | | | |
| 908.A | Map - First Floor of Capitol Building (Poster) | | | | | |
| 909 | Map - Second Floor of Capitol Building.pdf | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 909.A | Map - Second Floor of Capitol Building (Poster) | | | | | |
| 910 | Map -Third Floor of Capitol Building.pdf | | | | | |
| 910.A | Map -Third Floor of Capitol Building (Poster) | | | | | |
| 911 | Capitol_East view.pdf | | | | | |
| 912 | Capitol_NorthEast view.pdf | | | | | |
| 913 | Map Showing Areas Comprising Capitol Grounds.jpg | | | | | |
| 914 | Capitol_TopDown_01.jpg | | | | | |
| 915 | Capitol_NW_WestPlaza_01.jpg | | | | | |
| 916 | Map of Senate Chamber on January.6.2021.pdf | | | | | |
| 917 | Capitol_NW_WestPlaza_04.jpg | | | | | |
| 918 | Capitol_NW_WestPlaza_05.jpg | | | | | |
| 919 | Capitol_Rotunda door closeup.pdf | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| 920 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 921 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 922 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 923 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 924 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 925 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 926 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 927 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 928 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 929 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 930 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 931-999 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| United States Secret Service Documents (Series 1000-1099) | | | | | | |
| 1000 | USSS Head of State Notification.pdf | | | | | |
| 1001 | Video Montage with Secret Service Radio Communications.mp4 | | | | Rule 401 (relevance); Rule 403 (more prejudicial than probative) | |
| 1002 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1003 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1004 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1005 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1006 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1007 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1008 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1009-1099 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Legal and Congressional Records** (Series 1100-1199) | | | | | |
| 1100 | U.S. Constitution - 12th Amendment.pdf | | | | | |
| 1101 | 3 U.S. Code § 15 (3 USC 15 - highlighted.pdf) | | | | | |
| 1102 | 3 U.S. Code § 16 (3 USC 16.pdf) | | | | | |
| 1103 | 3 U.S. Code § 17 (3 USC 17.pdf) | | | | | |
| 1104 | 3 U.S. Code § 18 (3 USC 18.pdf) | | | | | |
| 1105 | Senate Concurrent Resolution 1 (Jan. 3, 2021) (Senate Concurrent Resolution 1.pdf) | | | | | |
| 1106 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) (Congressional Record - Senate.pdf) | | | | | |
| 1107 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) (Congressional Record - House.pdf) | | | | | |
| 1108 | Constitution of the United States (entire) (Constitution of the United States.pdf) | | | | | |
| 1109-1199 | *Intentionally left blank* | --- | --- | --- | --- | --- |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DEFENSE OBJECTION | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| | **Stipulations** **(1200-1299)** | | | | | |
| 1200 | Stipulations | | | | | |
| 1200 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1202 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1203 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1204 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1205 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1206 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1207 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1208 | *Intentionally left blank* | --- | --- | --- | --- | --- |
| 1209-1299 | *Intentionally left blank* | --- | --- | --- | --- | --- |