## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA** : | |
| : | |
| Plaintiff : | |
| : | Criminal Case No.: 21-mj-00049 |
| *v.* : | |
| : | |
| **JOSHUA MATTHEW BLACK** : | |
| : | |
| Defendant : | |

## NOTICE OF SUBMISSION OF EXHIBITS

The Defendant, **JOSHUA MATTHEW BLACK,** by and through his attorney, Clark U. Fleckinger II, hereby provides notice of compliance with the Court's directive of December 16, 2022, to submit all Exhibits in support of his FRE 106 objections to the admission of the Government's proposed redactions of the transcripts of You Tube statements of the Defendant on January 8, 2021 and of FBI interviews of the defendant on January 8, 2021 and January 14, 2021.redacted

Respectfully submitted,

_____/S/_____
Clark U. Fleckinger II
Attorney for Defendant
9805 Ashburton Lane
Bethesda, MD 20817
(301) 294-7301
Bar No. 362393

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Submission of Exhibits, has been served, by ECF, upon AUSA Seth Adam Meinero and all other counsel of record, at the United States Attorney's Office, this 19th day of December, 2022.

_____/S/_____
Clark U. Fleckinger II

1