YOUTUBE STATEMENT OF JOSHUA BLACK (Part 1)

(January 8, 2021)

[00:00]  Okay, um – I just want to get my side of the story.  I plan on, uh, calling the FBI and turning myself in soon as I get this uploaded and hopefully spread around enough where people can – can get my side of the story.

[00:24]  It was – a lot happened.  I mean it was – once we found out that Pence turned on us and that they had stolen the election, like officially, the – the crowd went crazy.  I mean, the – it became a mob.  We crossed the gate, we got up.  The – I don't know if they're cops or agents, but – or officers – but I'm gonna call them cops, 'cause I don't know what to call them.  But – when we got up there and the cops had formed a line and they were outnumbered – probably a thousand to one – there was no way.  The only way they were going to stop the crowd was lead bullets.

[01:18]  Um, you can see – I know this is, you know, it – it went all the way through.  It was, uh – I measured it with my calipers when I got home and it was 1.5 centimeters, which is a 59-caliber.  It had a hard plastic bottom and it had like a light bulb-type thing on the other side full of – I'm  assuming it was full of sand, because I was spitting out sand for two days.  And I still – I'm still – it's inside my cheek.  I ain't been to the doctor yet, but I

1

didn't want to get arrested until I got home, you know?  So, um, this side of my face, of course, is still swelled up.  I mean, you can see I can bare – I can't even open my mouth.  You know.  But I – I'm not mad at the guy that shot me – the cop that shot me.  'Cause what happened was when – when I got shot, um, the crowd had pushed and – and the cops' line got pushed back – I don't know – four-to-eight feet.  I mean it was a pretty good distance.  And there was like a step where I was.  And the cop right in front of me fell down.  And a, and a – two or three people, from my point of view is what it looked like, I can't swear that this is what was happening – but it looked like they were boot-stomping him.  And I saw an elbow 'bout to come down, so I jumped in there to protect him.  And I started yelling, "Don't hurt him," you know?  Like he, these people – I thought, these people signed up for, to defend our country, you know?  I – I saw him, I mean, I know they're cops, but I was seeing them more like veterans.  You know?  We needed to – we needed to protect them.  We didn't need to hurt them.  They weren't our enemy.  You know?  We were just trying to get inside the building.

      [02:52]  I just wanted to get in the, the – the inside the building so I could plead the blood of Jesus over it.  That was my goal.  Um, and by the way, I had a head injury about 15 years ago and it – it bruised the part of my brain

2

that controls emotion and I tend to cry a lot.  So it's – I
used to have a cold heart and no emotion whatsoever but now
I tend to tear up pretty quick.  So I just want -apologize
that for in advance.  I'm probably going to cry 'fore this
is over with.  But it's just a side effect of an injury I
had, so.

   [03:22]  Um, but anyway, the cop got knocked down.
People were – I mean, they were, they were trying to do
damage to that guy.  'Cause he was on his own.  Everybody –
all the other cops were five, six, eight behind him, you
know?  And he was down on the ground.  He had one of them
little plastic guard – them shields, you know?  And uh, but
he was on the ground.  And there was boots coming down.  I
saw an elbow coming down and that's when I jumped in there –
I was gonna try to cover him up, 'cause I figured, you know,
they wouldn't beat me up 'cause I'm, you know, I was with
'em, you know?  Um, Jesus said, "Blessed are the
peacemakers," and that was what I was trying to do.  And uh,
so I reached down to help him up, and soon as I did, I
thought someone hit me with a baton.  Because it turned my
head all the way around and knocked me kind of stupid.  And
then I – I spit out what I thought was my teeth but it was
actually the plastic.  It went all the way through, you
know?  And, uh, when I spit the plastic out, which I thought
was my tooth, um, there was a, a, a substantial amount of

blood.  And uh, and then soon as I, I spit it out, I went back to help him, you know?  And I actually stopped them 'cause they were – I stopped them from, you know.  Course they were shooting other people too, but nobody got it as bad as I did.  'Cause if you'd have got hit in the leg, it would – it would have hurt, but it wouldn't have, you know, it wouldn't have been like this.  You know what I'm saying?  So – but I was trying to help the cop from getting his butt whooped.  You know? 'Cause when you laying down on your side, I don't care what kind of armor you got on, you know?  I'm a – I'm a short guy, I'm a small guy.  But these guys were all head and shoulders taller than me and they were there to do damage.  You know?

[05:14]  But I kinda turned sideways and I tried to help him but I – I, I started just pouring blood.  I mean I spit out like chunks of the inside of my cheek, like, slivers of meat, you know?  I know that's gross but it is what it is.  And uh – man.  So that guy didn't die.  So praise God.

[05:41]  Um, they backed the line up, and they kept backing the line up, and they kept backing the line up, and they kept backing the line up.  And then by the end, I had lost so much blood that I was kind of in shock.  And uh, the – the cops were saying, "Hey, you need medical."  And they tried to pull me on their – so they had metal fences they

4

put up.  And there were a bunch of guys coming out of this little door.  They were, you know, you know – I guess bringing in reinforcements or whatever.

[6:06]  But, um, then when they tried to pull me behind the gate to give me medical, is what they said, and I was like, "No, I'm with them.  You know, I'm here to defend the Constitution.  I'm – I'm a patriot."  You know?  But I was also trying to – I didn't want the cops to get hurt.

Because way – because my brother was in Afghanistan.  My dad was in Vietnam.  My grandfather was in North Africa fighting Germans.  You know what I'm saying?  So I didn't – I knew the deal.  Orders are orders, you know?  These guys were not our enemies.  You know?  I talked to one of 'em.  And I got his name.  And I – when I turned myself – I don't want to use his name now because the, the deep state is deep and the FBI's about as crooked as they come.  Um, so I don't want to get his name out there.  Now he knows who he is, the guy that – you know who you are.  You know, I hope you see this and I hope you come to my defense so you could – 'cause you saw it, you know?  You was that I was – when people were coming up and calling you blankety blank, you blankin' traitor, you know?  And I was stopping 'em.  And I was yelling at them.  I did more yelling at our – at the people on, behind me than I did at y'all.  Actually, I didn't do no yelling at y'all other than, "You need to defend the

Constitution.  You swore an oath to defend the
Constitution."  That's the only I said that was slightly
negative to the cops, you know?  "You swore an oath to
defend the Constitution."  And I just saw a video from Trump
that said that we were heinous or something like that.  And
that, you know - I guess the hopes of getting a pardon are
out the window.  But, you know, that was what – that was the
first event.

　　[07:53]  Anyway, well, later on, they wound up – they
actually – 'cause I got, I lost a lot of blood. I mean, I
was – it was – like, my mouth filled completely up with
blood, five, six, eight times.  And I was – I'm spitting
tons of blood.  And by the time I lost enough or I was just
kind of in shock - I was just standing there kind of, you
know, like, I ain't know what was going on, you know?  And,
uh, one of the cops asked, he was like, "You need medical."
And then he opened the gate and I was like, "Okay, sure."
So they grabbed me by the back of the – the, my jacket and –
bless you – they grabbed me by the black of the jack, back
of my jacket.  And uh, pulled me inside the gate.  And I
thought, well, behind the enemy lines.  That's – which, I
mean, they're not enemies, but they were, you know, the
opposition at the moment.

　　[08:43]  But they – they brought me behind the lines.
And they had me by – they said, "Make sure we can see your

6

hands" – so I had my hands up there.  Actually, I had a knife on me.  But they never – I had too much clothes on.  It was freezing out there, you know?  So I never – I wasn't planning on pulling – I just carried a knife 'cause I do.  I work outside and you – you need knives, you know?  I just – I don't – you're not allowed to carry guns in D.C. and I don't like being defenseless.  Even though the number one thing on my bucket list is don't kill anybody, you know?  Because my brother did in Afghanistan and it messed him up.  My dad did in Vietnam and it messed him up, you know?  So I knew – you know, I – I think the reason God told us not to kill people ain't for the victim, it's for the, the killer.  Because once you kill somebody, it – it messes you up.  And even though they were – they weren't murderers, they were killers.  There's a difference, you know?  And I guess I don't want to kill anybody.  That's one of my main goals in life.  My number one thing on my bucket list is don't kill anybody.  But, then again, you know, you may have to defend someone else who's getting killed.  So, you know.  Knives are – I'm, I'm a little, like, I'm a small guy, I'm five-foot-six, like, 130 pounds.  So, like, if some dude wants to whoop me, pretty likely he can.  And it ain't gonna be as easy as you thought.  But, you know, the odds of me winning are – are not that great.  You know, God's on my side, so I have no fear.  But, you know, I still like to be – you know,

I still like to have 'em.  Anyway, the knife is really not
that important.

[10:09]  But, anyway, so they get me behind the lines
and they're - move me.  He - he's got me by the, the shirt,
or on the coat.  He's like, "Go here, go here, go here."
You know?  And uh, and uh, then they take me back there and
their boss comes up.  And he was the only one that was, that
was an A-hole.  You know?  He brought me back here and he
was like, "Get him the F outta here."  Like, "He needs
medical."  And he was like, "I don't care.  Arrest him."
And so as soon as he said that, one of his people tried to
put my hands behind my back and I was like, "Well, here we
go.  You know, I guess we're sleeping in jail tonight."  So
they put my hands behind my back, and the guy that I was
talking to on the front that I'm hoping he's the one that
saw me defend that guy, he ran over there and said, "No, he
needs medical.  I brought him back here, he didn't break
through."  You know?  So, all of sudden the guy was like,
"Get him the F outta here."  You know?  So, he was like,
"Yeah, you need to get outta here, man."  'Cause he's like –
he already – I think he knew that I wouldn't, that I was a
peacemaker, you know?  So he got me just outta there.  He
was like, "Dude, you just need to – here, here go to that
guy."  And that guy was like, "I don't" – he, the guy didn't

8

know anyth- he didn't work for him.  He wasn't – he wasn't a medical guy but he was like, "Yeah, I'll find you somebody."

[11:26]  So he found a - a, a military – he said he was a combat medic.  And he, he didn't have any of his hemostats with him or anything that he – 'cause it was a big plastic chunk.  And, uh, they wind up pulling the – he didn't pull it out.  But it's somebody that gave me some tweezers and I was able to pull the – there's two pieces.  One, the, the light bulb – that's what I'm calling it, a light bulb – part of it was on the inside.  And I wind up pulling it out.  And – didn't hurt as bad as I thought it would, but it was – it was bigger than the hole.

[11:58]  So when I pulled it out, it was, you know. But I got a thing, I don't know if you can see it.  But – well I'm gonna have to pull this out.  I'll show you how – it was a 59-caliber.  I measured it with my calipers.  So, you know?  But they couldn't pull it outside, when out, because they just couldn't get a grip on it.

[12:14]  And then, so, that I – I, I – the Lord told me to go to the other side of the building.  So I was like, "Sure, no problem."  You know?  So I started walking around the other side of the building.  And about 15 times people were like, "You need medical, you need med-," 'cause I had, I mean, I sha- I cut some of my beard off.  Because, you

know, I was trying to – it be incognito.  I want to – I want
to get this done before I turn myself in.  You know?  So.

[12:37]  I've actually been wearing a mask. And not for
COVID, but for not going to jail.  You know?

[12:42]  But, uh – Lordy God.  Anyway, um, so
eventually they found somebody that had some hemostats that
– they were like, "Hey, do you need any medical?"  I said,
"Do you know any potheads that got any hemostats?  'Cause
you ain't gonna get these out with tweezers."  And they're
like, "Hey, I got some."  So some guy, you know, he was
like, "I'm a combat."  And the other guy, I – one of 'em was
combat medic,   one of 'em wasn't, and I can't remember
which one was which.  But somebody got it, and he was like,
"Hey, this is gonna hurt."  I said, "Hey, just do it."  So I
gave him a thumbs-up.  And he kept digging and digging and
digging.  And I was like, "Come on, dude, get her done."
You know?  And then finally, he got it and goes, "Here it
goes."  He got a clip of – a, a hook on it or whatever.  And
he, he pulled it out and, you know?  And then he's like,
"Here, you're gonna want to keep this."  I was like, "Yeah,
I probably will."

[13:29]  ==So, uh, so I make it around to the other side==
==of the building.  And I'm just, I'm spitting blood all –==
==I've got a blood trail halfway around the building.  You==
==know?  And I'm, I'm not talking about a little bit of blood,==

I'm talking about a lot of blood.  So I got down the back and I was sitting there thinking, "Why is everybody just sitting on the steps?"  I thought the goal was to show the politicians that, that the people run this country.  That's the way it's supposed to be.  You know?  And, uh, so I was like, "Why are we just sitting here?"  And I was like, like – and so I started praying.  I said, "Lord, I don't know what to do.  What do you want me to do?"  You know?  And He said, "Go to the top of the steps."  And I was like, "Lord, it's so packed, I can't get up in there."  And then I – He said, "Look up."  And I looked up and there's a bunch of people getting – that had been sprayed with mace.  And, uh, they were coming down the steps like blind people with their hands out trying to, 'cause, you know, they could – their faces all red and swelled up, you know?  So, uh, they started coming down the – and I, and I just felt in my heart like, go right there.  I was like, "Are you sure, Lord?" 'Cause I'm not a big fan of pepper spray, you know what I'm saying?  Like, you know, like, "No, go."  I said, "Okay, Lord."

      [14:42]  So I walked up to the top and next thing I know I'm at the door.  I don't know how I got there, but I was at the door.  And, uh, people were – people were just, it was – it, it, it became a – it was a mob-rule situation.  You know what I'm saying?  It was – the patriots were

pissed.   I mean they were – I mean it was so much anger.   So I just kept saying, "Praise the name of Jesus.   Glory to God.   God bless America."   You know?   "Praise the name of Jesus.   I plead the blood of Jesus.   Glory to God."   You know?   "God bless America."   You know?   And next thing I know, I'm up there at the police and there's six of 'em in this little doorway.   It was a double door, so it was double door-wide, maybe a little bigger than your average double door.   But these were really nice thick, wood doors.   And there was six, like riot-gear-type cops.   They had the shields and the face masks and all that.   And, uh, somebody, I don't know who, but somebody sprayed 'em with – I don't think they had facemasks.   They had, like, the, the COVID-19 facemasks, you know what I'm saying?   It wasn't the breathing, you know, kind.   But somebody, I didn't see who, sprayed 'em with pepper spray.   And then there was either five or six of 'em there – I think there were six, but I can't swear to that – but somebody sprayed 'em with pepper spray and got all of 'em but two.   And they were trying to get out.   And one of 'em fell down, and people started, like, bum-rushing him.   So I was – I put my hand on the wall, I think, over the, over that guy.   I was like, "Let him out.   Let him out.   He's done."   You know, "Let him out."   And 'cause people at the, the – people were coming up the steps and they couldn't see what was happening.

[16:20] So everybody was pushing.  But it was like trying to fit a bowling ball through a water hose, you know?  It just, you know, there was so much pressure, like I couldn't even hardly breathe.  And I know that cop was, you know – the people that were right there had luckily – this guy there, nobody was trying to boot-stomp him.  But they were just kind of falling on him.  You know?  'Cause, uh, uh, it was just crazy.  It was a hectic, crazy situation.  So he gets up, and uh, and I reached down to help him up.  But somebody else actually helped him up too.  So I was, I was, you know, I was, I was thankful for that.  So he winds up getting outta there.

[16:59] And there was another guy.  He, he was walking like a blind man too, 'cause he got it right in the face, you know?  And I feel bad for them cops that got sprayed because that pepper spray is no joke.  You know?  But, uh, they wind up getting – there was six of 'em, and then when they – all the pepper-spray guys got outta there, people were pulling 'em one way and pulling 'em other.  The last guy that got out was getting pulled one way and another.  And I, I, I told – I, I knew he could get out on my left.  And they were trying to pull him to the right, and there was no way out that way.  I said, "Let him go.  He's go– they're – let him go, they're going this way."  And so the guy let

go of him and, you know – they, he, we – kind of, best we could, we got him out.  You know?

[17:38]  And, uh, then there was two cops standing there guarding the door.  And then all of a sudden, I got pushed up and I'm basically hugging the guy on the left, the cop on the left.  And I – not on purpose.  But, uh, act– this had kind of healed.  This was an hour later, probably, maybe two hours later, you know?  This was two hours before the, the shot thing.  So I don't know how, what – it could've been 15 minutes.  I don't know.  But it was a, a, a moment.  It was anywhere from 15 minutes to a couple hours later.  So I – I mean, I kinda lost track of time.

[18:10]  But anyway, so I get up there and I, I got pushed up against him.  And my arm wind up behind him.  And, uh, people were yelling and screaming.  And, and so I was just talking to him.  I say, "Hey, man, we don't want to hurt you.  You know?  We don't – we don't want to hurt you.  You know?  I, I appreciate your service.  But, you know, we've got to show these politicians that we mean business.  You know?  We're not – we're, we're tired of getting lied to.  We're tired of ya'll getting filthy rich off our backs, you know?  Lying and cheating and stealing and – we're tired of it, you know?"  That ain't exactly what I said.  But it was – that's the gist of it, you know?

[18:47]   And, uh, so it was, uh - that went on for five or 10 minutes.  But it was two of them and probably, I don't know, four or five thousand of us.  You know?  I heard there was Antifa there but I never saw 'em.  I don't know, I couldn't have pointed out one of 'em.  If they were there, I would - I wouldn't have known.  Because they were - I was told they were wearing Trump hats.  But I don't know.  You know?  Like, I, somebody - my wife told me when I was driving back that they're saying on the internet that I'm Antifa, I guess.  I'm against fascism, but I'm not Antifa.  You know?

[19:23]   So, but, uh - anyway, so we get up there.  And there's - they're, they're packed - they're pushing us up against, the crowd's, the mob is pushing us up against the door.  You know?  And they're trying - they've got their little, you know, they're trying to push us away so they can breathe.  And then all of a sudden, I looked through the glass of the door and, uh, there was nine police pushing the door open.  It was - apparently they got in some other way.  You know?  And, uh, so I told that cop - I said, "Hey look, man, uh, your mission is over.  You know?  You, you've done your job.  The, the - the halls have been breached.  It's good - you might need to retreat."  And then the guys on the inside pushed the door open.  And he was trying his, he was - I mean, that guy, he was, you know, he, he obeyed his

orders to the, to the utmost. You know what I'm saying? The only thing he could've done different was pull out a gun and start killing people. And thank God he didn't. But, uh, but that guy, he – you know what I'm saying?  Like, he, he done, he done his job.

[20:29]  But, uh, he, he, there, I mean, he, but he – but whoever on the other, somebod– they, I don't know which way they come in, but they were, they were in, they were pushing it.  'Cause the door opened out.  That's why there were – everybody kept pushing, you know, push a door that opens out.  And this door was heavy-duty, thick, thick.  You know what I'm saying?  It was, you know, heavy-duty door.  And there wasn't no pushing it open.  I mean, 'cause it opened out.

[20:53]  So, and then, well, anyway, they open it up from the in, the guys on the inside – the mob, the, the pissed-off patriots, the guys that were here to defend the Constitution of the United States.  Because it clearly says something about if they, you know, I – my brother sent me a text – oh man, I should've looked that up 'fore I done this.  But it clearly states that in the Constitution that if the government gets crooked as they are now and need to be abolished or overthrown or something to that effect.  You know?  So that's what I was there for.  I was obeying the Constitution.  You know?

[21:27]  And, uh, so anyway, that cop, he, uh – and when they opened the door, he winds up being between the door and the wall.  And, uh, the crow-, soon as they saw that door crack open, the mob behind me – the crowd, the, the angry patriots – started pushing.  And so they were pushing from the inside, and pushing from the outside.  And it – the door was only, I don't know, six-, eight-foot wide, maybe?  The ho-, there – 'cause the door was about four or five foot inside the wall on the out-, you know what I'm saying?  But you could look it up on the internet.  I can't really describe it that well.  But it was – it had a little pocket kinda, sorta.  You know?

[22:04]  And, uh, um – so anyway, when the door got opened, he was behind the door, and my arm was behind him against the wall.  And I couldn't do, I couldn't move at all.  You know?  I, I mean, at all.  And, uh, um – and I kept yelling at the crowd.  I was like, "Let him go."  I say, "Hey, quit pushing, you know?  We can't get – the door opens out.  Ya'll gotta stop pushing.  The door opens out.  He's behind the door.  We can't get the door open if he's behind it.  You know?"  And I couldn't see the other cop because my f-, my, my, this side, this part of my face was on his shoulder.  'Cause he was taller than me, of course.  You know?  But my arm's behi-, stuck behind him.  I mean, like, crushed, you know?  Like, it felt like I had a

17

tourniquet on.  I think it was turning purple.  But it was a lot of pressure.  And then they were pushing so hard, I couldn't even breathe.  You know?  I mean, they were, like, crushing my chest.  You know?  And I was yelling with what air I had, you know, "We need to let this cop outta here. You know?  If he – if we don't let him outta here, we're never getting in."  And then they said, "Whoa, okay.  Well that – well, okay, that makes sense."

[23:14]  So I don't know how it happened, but he wound up getting out of there.  And then as he backed up, and I was yelling, "Don't hurt him."  You know, stuff like th-, I, I can't say verbatim.  'Cause like I said, I'd lost a lot of blood.  So, you know, some of the details were a little fuzzy.

[23:29]  But, um, but next thing I know, we're inside the building.  I didn't go in, I was pushed in.  And then I just, I thought, well, I was inside the building – I'm gonna, I wanna walk around and plead the blood of Jesus on this thing.  You know?  So I was walking up, people were like, you know, cussing, "F- this," and, you know, blankety blank, all that.  And I said, and I smiled, I talked louder than them.  And I said, "Praise the name of Jesus."  Which is probably why my voice is a little hoarse right now.  But, uh, it was actually worse yesterday.  But, you know, thank God.  But I was yelling, "Praise the name of Jesus.  Glory

to God.  God bless America.  I plead the blood of Jesus."
You know?

[24:16]  And then I was walking around through there.
I, I mean this place was humongous.  I mean it was like, the
size of, like, three to four Walmart Super Centers.  You
know what I'm saying?  It was big.  So I didn't know where I
was.  I'd never been there before.  Never – one of the
things on my bucket list was never go to D.C.  And I, I, I
don't get to do that.  You know?  Also was never get
pierced.  But that's another thing on my bucket list that I
failed to do.  So, it is what it is.  But, uh, so I was
walking around pleading the blood of Jesus.  You know,
praising God.  His spirit was strong in there.

[24:52]  And, uh, so I wound up at the end of some
hallway.  I'm by myself and there's nobody around.  And, uh,
the cussing and screaming.  Apparently, what, when I was
talking, the, it must've been the spirit of God in me.
Because people tended to do what I said.  And I'm not like
a, an imposing figure, you know?  Like, I'm not a, you know,
I, I don't – it was a, it was, it was amazing.  'Cause
people are like – more than once – anyway, so I'm, I'm
getting ahead of myself.

[25:23]  But, uh, so I found a little spot, and there
was a glass door.  And I thought I need to – it said, "U.S.
Senate" on it – and I said, "I need to get in there."  I

just felt like the spirit of God wanted me to go in the Senate room.  You know?  But I was 'bout to break the glass, and I thought, "No, this our house.  This is not – we don't act like that."  You know?  I was tempted to, I ain't gonna lie.  You know, 'cause I'm, I'm  pretty upset.  You know?  They stole my country.  My father fought for it.  My brother fought for it.  My grandfather fought for it.  Great-great grandfathers back years and years and generations and generations.  My family's been fighting in wars to defend this country, the only free place on the planet.

[26:01] And, uh, so I got to this place and I was in there by myself.  And I was like, well, praise God.  So I got – I said, "I'm gonna pray."  So I got on my knees, started praying, and it was like, the Holy Spirit just fell on me.  And I just started weeping.  And it was, you know, it was awesome.  It was – the presence of God is like the best drug on Earth.  Not that I've taken them, but I don't know what the best drug on Earth is.  But it was, I mean, it was – it was awesome.  I mean, I was pleading – but if, if I had to do it over again, though, I woulda, uh, I'd a prayed about the, the evil spirits that were in there.  I'd a cast them out.  But I didn't even think of that.  You know?  But, uh, like I said, I'd lost a lot of blood.  So I wasn't, I wasn't exactly all there, admittedly.  You know?  But my spirit was strong, so that was what I was relying on.

[26:55]  And, uh, so I got on my knees, started praying.  I started lifting my hands.  And I was like, "Praise the name of Jesus.  Thank you, Lord, for the blood of Jesus."  And, uh, then about four or five people walked up.  And, you know, we didn't know what to – 'cause we had a plan was to get in the building.  Number one – it, we didn't have a plan, but that was just, it just kinda happened.  There wasn't no organization that I knew of.  You know?  It was just everybody found out that we lost our country, and they were pissed.  You know?  'Cause the Constitution specifically says if they get out of line. That we the people will abolish them.  And that's, that's what the Constitution says.  So that's what we were doing.  You know?

[27:33]  So, anyway, so I – I was praying and people walked up. So I was like, I don't like to pray in front of people.  'Cause you, you know, you kinda look like a holier-than-thou type.  You know?  So I got – [END]