<u>YOUTUBE STATEMENT OF JOSHUA BLACK (Part 2)</u>

<u>(January 8, 2021)</u>

[0:00]   Okay – sorry about that.  I got a phone call.  I've never done this before, so.

[00:06]   Um, so anyway, so I'm over there praying.  And, uh, some people walk around and I stand up.  And I heard somebody had said, "Hey, here's the Senate room."  So I walked in there and people started like - it just felt like they were, they were about to trash the place.  You know?  And, uh, so one guy grabbed a piece of paper and threw it through there.  And I said, "Whoa, wait a minute.  You know?  We're not Antifa.  You know, this is our house.  We don't tear up our house.  You know?"  Like, "What – don't do that.  Don't disrespect this place."  I said, "I don't respect anybody that sits in these chairs, but I do respect the chair."  And one guy went up there and sat in the, the front, the, the, I – the big chair.  I don't know what you call it.  But the, the big chair up front.  You know, I said, "Hey, bro, you need to get outta there.  That's not," I said, "No."  He goes, "Why?  This our house."  I said, "Yeah, this is our house."  But I said, "That's - the Constitution provides, you know, there's a process for you to be able to sit in that chair.  And you haven't, you know?"  I – that ain't verbatim, that's just basically what

1

I said. I'm like a, you know, my memory is not exactly 100% clear. But I don't lie. So, you know, that's basically, you know. So he actually got up, which, uh, I'm surprised. You know? But.

[01:17] And then somebody else did it, and I told him the same thing. And then all of sudden, there was other people telling him, "No, don't sit in the chair. Don't sit in that chair." You know? And, uh, so we kept on outta there. And people were, they like – there was a destructive – people were m-, people were mad. You know? What are you – I mean, and when you ain't got the spirit of God with you, you tend to go with your flesh, which is anger, wrath, strifes, heresy. You know?

[01:44] But, you know, I was, I was trying to stop it. Because I'd accomplished my goal. I plead the blood of Jesus on the Senate floor. You know? I praised the name of Jesus on the Senate floor. You know? That was, that was my goal. I think that was God's goal. Because honestly, I didn't want to go. I di-, I just, I – I don't like big cities. I don't, I, I – I live outside of Birmingham, and I avoid that place at all costs. And that's just a medium-sized city. You know? Only time I go to a big city is if I'm driving through it. You know? So I did not want to go to D.C. at all. But the Lord wa-, I just felt like I, I, I will sa- - I was like, I'm not going. And I, I, I didn't

2

feel peace. And I was like, "Oh – well, maybe I should go." And then I felt peace. And I was like, you know, "Okay, Lord, do you want me to go?" And I, I felt peace. And I was like, "Okay, fine." You know? Like, you know how when your dad tells you to do something you don't want to do? You - you know? Or did, you know what I'm saying? But that's – I was like, "Okay, fine. I'll go." You know? And I was – prayed all the way there. 'Cause I had no idea what I was gonna do. I, I did not have a plan. I did not – I, I, I was going by myself. I was spending money I didn't need to spend. You know? I was putting wear and tear on my truck I didn't need to do 'cause it's already over miles. And I got a small business and my truck is the main piece of equipment. That truck goes down, and I'm, you know. But I – I felt the Lord wanted me to be there, so I went. You know?

   [03:13]  And, uh, so – and then when I finally was, you know, like, what do I do now? I done everything I came to do, so. My dad fought in Vietnam and – so I called him. I'm about to cry. Sorry, but. My dad fought in Vietnam, so I called him. And he, he goes, "Hey, boy, what are you doing?" I said, "I'm sitting on the Senate floor." Oh, and by the way, somebody said that, uh, I was Antifa calling my handler, which is technically true, because at one point, my dad was my handler. So, you know, you can take that for

what it's worth.  But, so I called my dad.  And he was like, "You're sitting on the Senate floor?"  I said, "Yes, sir."  I said, "I'm pleading the blood of Jesus on the Senate floor."  And he said, "Praise God."  You know?

[04:00] Um, so, um, I guess, basically, that was kind of the end of it.  Because it was like - there was no, there was no plan.  There was no – it wasn't an organized event.  This was just the we the people standing up to obey the Constitution and abolish a, a corrupt government.  That's what, what – I mean.  But once we got in there, what are we gonna do?  Can't kill nobody.  I mean, that ain't gonna look right.  It's all about PR, you know?  I mean, it may come to that.  I hope it don't.  But it's a Democrat House.  A crooked Democrat House.  Crooked Republicans too.  And a crooked Democrat Senate.  Crooked Republicans too.  And now there's a straight up, crooked, lying, cheating, you know, president.  And I ain't even gonna saying nothing about Kamala Harris.  I mean, I'm – I'm a Christian and I ain't supposed to talk bad about folks.  So I'm not going – but you know what I saying.  Like, you know how she got to the top.

[05:03]  But, you know, they're the ones leading this country.  And they're ant-, they're not the anti-Christ, but they're anti-Christian.  You know?  And they're, they're in, the - they're in charge of it now.  Ain't nothing we can do

4

to stop it.  They're gonna do whatever they wanna do.  And all they wanna do is get rich and take away our freedoms.  And it'll be a one-world government soon.  If it takes – if it, if it ain't a one-world government in less than eight years, I'll be surprised.  That's not a prophecy or nothing.  I'm not saying it's gonna happen.  But, I mean, one-world government is the goal.  You know, that way they can – it, they want kings and serfs.  Kings and peasants, that's the goal.  You know?  So it's always been – the goal, that's the way the world's always been until America showed up.  It was the very wealthy, and then the broke, completely broke, and subservient.  You know?  Kings could just get away with any-, and it's, it's – I don't what's gonna happen.  But unless God steps in or Jesus comes back, you know, America's – I don't e-, I ain't gonna say that.  I don't want to speak bad, you know?  But God's will be done is all I can say.  You know?

[06:13] I'm about to call the FBI.  And, uh, you know what they did to General Flynn, so.  I just wanted to get my story out there and tell you what happened.  Um, I don't lie, but the details may be a little fuzzy.  Um, and some of it may not be 100% accurate.  Like, some of the words I said, it may have been a little different.  Because I was generally saying the same things.  "Don't hurt him.  Don't kill him."  You know, you know.  "They signed up to defend

5

our country with honor." Stuff like that. That's not verbatim, but that's the basic of what I was saying.

[06:47] So I just – I wanted to get a video out here. I want to – hopefully it'll, I'm hope, I don't have – I've got one subscriber and it's probably my wife. I've never had a video before, even though God told me to and I didn't and now it makes a lot of sense why He told me to. Because if I had a following now, then this would be, you know, this would get out there. So, I should've obeyed the Lord four or five months ago when He told me to start a channel. But I just, I don't want to be famous. You know? Like, my one goal and another goal in my life was to not be famous. That's on my bucket list. You know? Rich? I'm cool with. But famous? No, thanks. You know? I like to be able to go where I wanna go and not be noticed. I like to stay under the radar. You know? But now, I'm famous. You know? Sorta. Like, five minutes of fame.

[07:34] But they're making me out like I'm some kinda, you know, I don't even know. My wife was, kept calling me, "Oh, my gosh – there's a $1,000 reward for you. They're talking about 20, 25 years in prison, no parole." And I was like, "Well, praise God. God's will be done. If that's what happens, I'll be starting a prison ministry. A full-time prison ministry. So God wins either way. You know what I'm saying?"

[08:02] And I've got a – I've got one witness.  I'm hoping the guy, the cop in the back that I was not hugging on purpose, you know,  I'm hoping he'll stand up for me.  You know, and tell what he saw me actually doing.  And there was another cop inside, I didn't even see him real good.  Because I was – by the time I sw-, when you saw me sitting down on the Senate floor, it was 'cause I was exhausted.  You know?

[08:28] And, uh, and the reason I was wearing a "Blacks for Trump" shirt was 'cause I went to the Dalton rally.  And there was four or five Black guys, African-American guys, or Jamaican-American, or what – you, you know what I'm saying.  But they were, they were all had the blacksfortrump2020.com t-shirts on.  And I walked up to 'em, I said, "Hey, man, where'd you get that shirt?"  He goes, "Why?"  I said, "Well, my last name is Black.  I'd like to get one of them."  I said, "I'd think it'd be funny."  He says, "Here, you can have mine."  I said, "Well, praise God."  He's like, "Here you go, man.  God bless America."  I was like, "Yeah.  Alright, brother.  God bless."  I didn't say "brother" because they, you know, people take that as a racist statement.  But I, I live with my brother, rent – he lives in the back of the house.  So I, I – I use the word "brother" a lot because, you know, I have a brother.

[09:21] And, um, anyway – but uh, I said, "Hey." I said, "Hey, man, praise God." You know? So they gave me a "Blacks for Trump" shirt. I was like, "Right on," you know? And so a lot of people were like, "Oh, I think that's kinda sketchy why a white guy would be wearing a 'Blacks for Trump' shirt." Well, it is Blacks for Trump. 'Cause my whole family, with the last name of Black, is a Trump supporter. And even my sister, she married somebody else, so she's no longer a Black. Well, she is, but she's got a different last name now. But she and her, you know – everybody I, all my family, far as I know, are Trump supporters. I don't know anybody in my fa-, which I ain't got a big family, but they're all Trumps. All the Blacks are for Trump. All of 'em. You know? Or at least my line. My br-, my dad's line and my grandfather's line are all Trump supporters. You know? So Blacks for Trump, it's – it's an inside joke. You know? And I, I, I – since my last name's Black, you know, I figured I could wear the shirt. Because it is Blacks for Trump. You know? But it's just a different kind of Black. You know?

[10:23] But, um, yeah, this thing swelled up pretty good. It – it went all the way through. Um, it's, it's – like, when I was drinking some water, it was leaking out, like. And, uh, a fellow patriot gave me some, uh, liquor, which I don't normally drink. I mean, like, I – I rarely,

rarely drink. The only time I drink is when I get a sore throat, or, you know? That's about it. But, uh, I thought, well, I better get something, 'cause I can't put Neosporin on the inside. 'Cause that wouldn't – you know what I'm saying? So I drank some alcohol and it leaked out. And then so I was thinking, well. it's disinfecting it, so I didn't have to swallow it. So I was – I was just drinking it, and it's pouring out my face. It was pretty gross. I had a little towel down here catching the Seagram's Seven and blood. You know? So.

[11:09] But, uh, yeah, that's – I just want to get my side of the story out there. I mean, that was kind of a long video and I was rambling. But I just, I just – God bless America. Praise the name of Jesus. If God don't do it, it ain't gonna get done. I don't know what's coming next, but America has been stolen.

[11:29] And, uh – oh, on a side note, I should probably put this in a another video, but I'm really not – I got, I gotta spend some time with my family 'fore I turn myself in. And I'd like to try to eat something, 'cause it's – I ain't really be able to eat. You know? I couldn't even drink till yesterday. So, it swelled up pretty good. But I forgot what I was gonna say. But, uh, praise God. But, uh, I guess that's it. God bless America. I don't know what's happening n--, next. But God wins.