**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



9325 Discovery Boulevard
Manassas, VA 20109

File Number: 176-WF-3366759-Black

Requesting Official(s) and Office(s): SA Jeffrey Weeks, WFO

Task Number(s) and Date Completed: August 12, 2022

Name and Office of Transcriber: OST Sarah Baquero, WFO
[Edited by Seth Adam Meinero on October 12, 2022]

Name and Office of Reviewer: SA Jeffrey Weeks, WFO

Source File Information:

Name of Audio File or CD: Black Interview 1/8/2021 Disc 1 of 2

Date, Duration: 1/8/2021; 58:49

**VERBATIM TRANSCRIPTION**

File: 176-WF-3366759-Black
Session: Black Interview 1/8/2021 Disc 1 of 2

1

**<u>Participants</u>**

| | |
|---|---|
| DH | Special Agent Darius Hill |
| JB | Joshua Black |
| MM | Special Agent Michael McMillan |

**<u>Abbreviations</u>**

UI   Unintelligible

[00:33]
JB      I'm Josh Black.
DH      This is you? Yeah?
JB      Okay.
DH      [UI] man.
JB      [UI]
DH      [UI] they gave me a call saying um you wanted to
        talk. Got stuff [UI].
JB      I was told that they were looking for me, so I didn't
        want y'all to come and beat my door down, you know,
        so.
MM      Yeah.
DH      Okay. Alright.
JB      Is that a warrant for me, or--
DH      That's not a warrant.  Umh umh.
JB      Oh well, shoot -- if I'da known that, I mean --
        everything you wanna know about me I put on YouTube,
        so, I mean, if you ain't watch that video yet then
        you're wasting your time.  'Cause I said everything
        that needed to be said on there. Honestly, if you
        watch that video you'll get the whole story.
DH      Whole story?
JB      You know.
DH      [UI]
JB      But, I'm willing to go through it.
[01:22]
DH      Okay. What's your-- what's your full name again?
JB      Joshua.
DH      Joshua.
JB      Black, like the color.
DH      Okay. What's your -- your date of birth?
JB      3/12/76.
DH      Alright.
JB      I really appreciate y'all by the way.
MM      Ayyy.
DH      Alright. You were-you were in DC?
MM      The Capitol?
JB      Yes.
DH      Okay.  So, you went through, I guess with a rally?
JB      Yes sir.
[02:00]
DH      Okay, alright. Alright, um I guess what -- what uh-
        what all happened? Or when-what-what-well-what all
        were you involved in?  As far as what you all went
        up to.
JB      Um, on the Washington Monument side, um I think that
        they call that the west side, I'm not sure, but the
        Washington Monument side, um, I was out, I got shot
        in the face, you can see, but h --

3

DH    Okay.

JB    And the reason that happened was 'cause uh the crowd was, it was 90+ % Trump supporters and about 10% of a bunch of demonic people were trying to do harm.  I mean they -- and I could tell a big difference.  Because a lot of 'em were like, respect the blue, you know, back the blue, don't -- we're not your -- we're not your enemy, we don't want to hurt you.  And the other ones were, like, you blanking and this and you blanking that and throwin' stuff at 'em and pushing, trying to start, you know, trying to get it riled up.  And it was like two different groups of people, you know? And it was just -- it was -- but the Trump supporters were pissed off about our country being stolen and the other guys were just trying to start a fight.  You know?  And I couldn't identify any of 'em 'cause they all looked the same, you know there was every nationality.  You could tell there was guys from Peru and Vietnam and China and everywhere.  I mean it was the -- the biggest melting pot I've ever seen in my life.  And it was -- so it wasn't like the-the white ones are this or it-it-it was just the-the ones that were behaving and the ones that weren't.  But they were all angry, you know?  But in a different kinda way, you know what I'm sayin'?  But it was the Trump supporters that were like talkin' to the cops and the other ones were trying to start sh-crap with 'em and, you know, trying to hurt 'em and stuff, you know?

DH    Okay.

JB    I believe the Lord sent me there to make peace, 'cause I didn't -- I didn't wanna go.  It was on my bucket list to never go to DC.  But, you know, I was praying about it and I -- I asked the Lord.  I was like, I don't wanna go, and I didn't feel peace.  I said, but I -- I could go, and then I felt peace.  I was like, do you want me to go? And He was like, yeah.  And I don't mean audible.  I just had to, you know what I'm saying, like, if you're not a Christian you -- you can't understand. But it's, it's -- it's just hard to explain.  But I just knew.  It's like I know and you just know, you know? And I just felt like He wanted me to go.  So I was like, Okay, fine [UI] it's in the video.  I -- it's, I wish you could wa-- I wished you watched the video before you got here 'cause it's -- I told it better 'cause I prayed a whole lot before I did and it just came out almost perfect, I mean I've, you know.  I kinda lost my train of thought one time in the video, but other

4

than that it was, you know.  I tend to ramble, I love to talk. I mean that's why I named my channel "LetUs Talk." I, the Lord told me about six months ago to start going around in the streets of Birmingham and just talking to random people. And, uh, my last name's Black.  so I've always been able to get along good with Black people for some reason. I've always, you know this ain't like I'm -- I'm a Black person, but it's like, I've always -- there was this one guy I used to work with, his name was Green and uh I said, "I'm Josh Black."  And he goes, "Oh, I guess we're the only two colored guys here." And me and him were instant friends, we -- you know. So it was, you know it just having that name it tends to, for some reason it just gave me an opportunity to, you know.  Like I said I got sidetracked.

[05:17]

DH      Yeah.  What uh, what -- what's user -- you got you -- YouTube, YouTube channel?

JB      Yes sir.

DH      What's the name of it?

JB      It's eh, let me write it for ya, 'cause it's capital L, it's let us, but it's one word.  It's capital L and capital U.

DH      U?

JB      LetUs is one word, but it's the L and the U is capital.

DH      Okay.

JB      And then talk is the T is capital and it's a different word, you know what I'm saying?

DH      Okay.

JB      Because it's, you know like my e-mail is like, if I e-mail you the e-mail you want you gotta-you gotta try 30 times, you -- you know what I'm saying 'cause it's --

DH      So, L-L-U-T?

JB      L-E-T.  LetUs.

DH      Oh, LetUs.  I thought you said L-U.  Okay.  LetUs Talk. Okay.

JB      Yes, sir.

DH      Alright.

JB      'Cause that was what -- He told me do it and I didn't, and I see now why He told me to because it would've been nice if I'd had done it. If I had done it six months ago when he told me then I'd have at, at least a few subscribers on there and it would've been easier for me to get my story out because --

DH      Okay.

JB      God moved in a mighty way through me.

5

**Commented [MSA(1)]:** I think we should include this because he gives the name of his YouTube account.

[06:14]

DH        So God told you to go -- He told you to go, to go to
          DC?

JB        Oh, I didn't wanna go, dude, not at all.  I mean
          like, I do not like big cities.  Like I don't even go
          to Birmingham and that ain't, that's just a medium
          city, you know?  Like, when I -- only time I'm in a
          big city is if I'm driving through it.  You know, if
          they're like, "Hey the greatest thing in the world
          is in Atlanta," I'm like, we'll just have to miss
          that, you know?  I just don't like big cities, you
          know it ain't my, ain't my turf.  You know?  But -

[06:40]

DH        When you, uh, I guess once you, uh -- so you did,
          were you one-one-one of the people that breached,
          that went into the [UI].

JB        Yes, sir.

DH        Okay, from the -- from the front barricades too?

JB        Um, which one's the front? You mean the Washington
          Monument side?

DH        Yeah, I guess like a-they had like a gate set up I
          guess, outside of it?

JB        Yes, sir.

DH        Did you pu-- you were part of the group that pushed
          it in, pushed it down to go in?

JB        Uh, I was part of the group, but I wouldn't - it,
          that's hard to explain, I mean it's --

DH        You were -- you were there, you --

JB        I was there.

DH        Okay, was in the - in the crowd, in the crowd?

JB        But --

DH        That went out.

JB        Like I wasn't trying to hurt no cops, like my - I,
          I, I just felt the Lord wanted me to -- once I saw
          what started I didn't know what I was doing. I was
          like, 'cause it wasn't like some people when they're
          led by the Lord, He gives 'em like a three month
          plan.  But with me He says, "Take this one step,"
          and He won't tell me nothing else. That's just the
          way he does move, 'cause that's just the way I-I,
          that's the way he made me, you know what I'm saying?
          So, He tells me to do something a lot of the times
          it sounds dumb. So, like usually it's stuff I don't
          wanna do.  That's, you know that's just the way it
          works. I don't know why, it's just, you know,
          everybody's different.  You know, He, He knows the
          hairs on our head and He knows how we're geared, He
          knows what our gifts are, you know, so that's just
          the way He operates through me.  He tells me one

6

**Commented [MSA(2):** I think we should include this because he admits he breached the barricades.

|     |     |
| --- | --- |
|     | thing at time, you know?  So, I was going to DC, He didn't tell me nothing.  He just said, "Go." |
| DH  | Go to DC? |
| JB  | So, once I got there He was like, then He said, like I was at the rally when Trump was speaking and then He was like-- I heard that they said yeah after this we're marching to the Capitol building.  And so I asked 'em like where's the Capitol building? I lo-- looked up there and I was like, "I need to go there." And I was like, "Well, is that where I need to go?" I was like, "Okay, I'm not gonna go," and I was like, "Ooo, okay, I am gonna go.  Ah – like, okay, then -- that's how I test it, like, 'cause lead by peace is what the Bible said, you know?  So, that's why I try to, you know, find out what He wants me to do.  I'll -- I'll like, tell me I'm gonna do something, tell me I'm not gonna do something and whichever one gives me peace, that's the one I do. You know that's basically the best way to explain it, you know?  So. But I felt like I needed to go to the Capitol building, so. |
| DH  | Okay.  Were you uh-were you around when uh, the lady that got shot? |
| [08:48] |     |
| JB  | No, but I talked to a guy that said he saw it, but I can't swear that he did, but he said that she opened the door and a double door he-he was doing hand maneuvers, he said she opened the door and he said a plainclothes. He didn't say plainclothes cop he said a plainclothes just shot her and I was like -- but he wouldn't, you know, like he didn't give me -- I didn't know that, that's first time I heard about it was from this guy that claimed he saw it and I can't say swear whether he did or not, so, you know, but that's all I know about that.  I didn't see none of that. I heard the cop got killed too, what happened to him? |
| DH  | Yeah, yeah.  They said a cop got killed there. |
| JB  | How? |
| DH  | He was, uh, I think he was hit across the head with, um, a object. Supposedly. |
| JB  | I did my best to stop it, man.  I'm about -- |
| DH  | Well, let me ask you this -- the group you were es-, were you -- |
| JB  | I wasn't with a group, I was by myself. |
| DH  | You went there by yourself? |
| JB  | Yeah, I went by myself. You know. Uh-Nobody, I told uh-I told a couple of my family that I was going and I argued with my wife for few days. She's-days, she's |

- "Please don't go, please don't go."  I said, "I don't wanna go," but you know, I mean, last time I disobeyed the Lord I wound up a paraplegic.  You know, so.  I mean.

[10:01]

DH      So after you entered or go inside were you -- what were you planning to do? Did you --

JB      Well, I once-once-once I got shot in the face was -- when I got shot in the face I was trying to help a cop from -- he was getting boot stomped. 'Cause what happened was like a line was right here and they were all side-by-side and I was talking to him, you know, "Hey look, we don't wanna hurt you."  I assume that -- I thought it was all Trump supporters, I didn't find out until once stuff started happening that this ain't all Trump people, you know?  I could tell because the Trump people were all like, you know, "We respect you, we don't want to hurt you."  I mean, it was the gist of, you know what I'm saying?  And, and there was a line and then all of a sudden it was just like, vwoom! And this one dude he was -- I couldn't tell you if he was White, Black, or other 'cause he was completely covered up with like a, had on -- I can't remember exactly what kind of gear he had on, but he was on the line, you know what I'm saying?  I think he had a shield, but I can't swear to that.  But he was standing, you know, the guy that was -- he was right in front of me there was.  You know that little step that they had a little  patio-type  thing  where  they  do  the Inauguration?

DH      Yeah.

JB      And uh, so he winds up on the ground and then all of a sudden all of his buddies are like anywhere from four to eight feet, it's hard to -- 'cause it, it's kind of fuzzy, you know.  But they were all -- he was by himself and he was completely surrounded and there was, it -- I can't swear to it, but it looked like they were boot-stomping him, you know? Because it was like, there was the crowd came through and it was like, you know this kind of situation and it just looked to me like -- I knew he was on the ground, so I was gonna help him up and it looked like they were about to hurt him.  'Cause there were some people beside me that I could just tell were, they had no good intentions and they were not here to, to, you know.  They were not preaching the same message the rest of us were.  I could just tell, you know?  And they were trying to do him damage, 'cause

8

they were "F you this and F this you, F-ing traitor,
blankety-blank" and just -- just hatred. You know?
Definitely not Christian people, you know what I'm
saying, definitely not Trump supporters, 'cause
Trump supporters is, they're all about back the
blue, you know what I'm saying?  So they were trying
to do harm and that's just what I felt.  I don't
know if it was the Lord or just me or, but you know
I saw him getting hurt and I didn't want these guys
to get hurt because I knew they, you know, like my
brother was in Afghanistan.  He, he taught me [UI]
orders are orders.  You know, I knew these guys had
orders. They got families, you know, they're not
here to hurt us they're just doing what they're told.
You know, they're on the wrong side of history, I
believe, but they wasn't - they're not our enemy,
you know?  So -- but he hit the ground and I was
trying to help him, you know because Jesus said,
"Blessed are the peacemakers," and I like being
blessed, you know?  So he hits the ground and, uh,
and it looked -- and I can't swear to it -- but it
just looked to me like he was about to get the crap
kicked out of him.  And I saw an elbow coming down
like this.  I don't know if the guy tripped or, or
if he was actually come -- but it looked like this
guy was about to get destroyed.  So my plan was to
jump on him because I figured if these guys are with
me, they're not going to beat me up, you know?  They
were -- they were mad at the cops, not me. So I was
gonna put myself -- and then as soon as I went down
to help him, I got -- I thought I got hit with a
baton.  'Cause it turned me around, dude.  I'm
talking about like -- whatever they shot me with, I
need to get me one of them.  'Cause I -- my bucket
list, the number one thing on my list is don't kill
anybody. And that would - dude, if you got shot in
the chest it'd hurt for days.  And then, you know,
it just -- it knocked me stupid for a minute. It's
getting a little warm in here, but uh.

[13:26]

DH      You said on your bucket list is don't kill anybody?
JB      The number one thing on my bucket list. The second
        thing is don't hit a woman.
DH      Alright.
JB      Most of the things on my bucket list are don'ts, you
        know?  So. One of them was don't be famous, but I'm
        hoping this is only going to be, you know, the famous
        thing will be done away with.  'Cause I run a
        business and this is not really good publicity.

9

Because -- they paint me out to be the [UI] 'cause I was in the Senate building, you know, so.

DH      Yeah.

[13:57]

JB      But the cop guy hit the ground and I was trying to help him and, um, once I got shot, I can't remember if I tried to help him again. I think I did, but I can't swear to that.  But I think I tried to help him again, but then I started spitting up some – my, my mouth filled up completely with blood and then I spit it out and then I -- there was plastic pieces on that bullet thing. I think it was full of sand, do you know anything --

DH      Yeah.

JB      about the kind of -- was it?

DH      Oh no, I'm not sure.

JB      I'd like to know that because it was -- I was spitting out sand for two days.  And it was -- I didn't know where it was coming from, and I couldn't drink nothing 'cause it was leaking out the side of my face.  But I -- I can't remember if I helped or not. I know I tried to help him the first time, but the second time I'm not a hundred percent. I think I went to help him again, but then I started losing so much blood that it was like, and I was spitting out chunks.  And all the people behind me were like trying to drag me back and I was like, "No, God sent me here for a mission," like, I, like if -- if you can't see my pulse, then I, I don't need any help, you know?  And that plastic chunk that was in my face was stopping the bleeding, most of it, on the outside at least.  But there was a lot of blood, and I mean I lost a lot of blood.  But, you know, after a while it's, uh, if you watch my YouTube channel I covered it all better than that, but.

[15:08]

DH      <span style="color:green">Okay. When you, uh, when you went into, inside the Senate – the, the House --</span>

JB      <span style="color:green">Yeah, I went it was on -- thing is, the Lord told me to go to the other side of the building, so I went around the other side of the building. It took me a pretty substantial amount of time.  And like I said, I lost a lot of blood, so I'm not real clear -- I could've been five, well, it could've been 15 minutes, it could've been two hours.  I don't know.</span> <span style="background-color:yellow">But, uh, I go – I finally  made it around the other side.  Everybody I talked to, "Hey, I'm a medic. Hey, I'm a medic.  Hey, I'm a medic." And I was like, "Just leave me alone."  Like I'm trying to get over</span>

10

there, you know? So, I got back there and my - and, and the Lord told me -- I just felt like the Lord wanted me to go in there and plead the blood of Jesus. Inside the building, you know? I just wanted to show the politicians that we the people run this country, you don't. You know, you swore an oath to defend the Constitution and you didn't do it, you know? You're a bunch of lying crooks, Democrats and Republicans, you know? I ain't a Republican, but you ain't got no other choice, you know? They're a bunch of -- I ain't supposed to talk bad about folks. But they ain't doing their job, they ain't working for us. You know, they're -- they're all about that, you know?

[16:13]

DH    So you wanted to -- so basically you wanted to show the politicians up?

JB    Well, I wanted them to know that we the people can do it if we decide, you know? And there wasn't no lead bullets flying from us. But, you know, we had the numbers and the, and the power at the moment to show them that you don't run this country. We do. You know? That was -- and I wanted to plead the blood of Jesus on that place because there's all kinds of evil coming out of that thing. Their, their mission is not for the good of the people, you know? And I believe that considerably, you know?

DH    You wanted to plead the blood of Jesus on the building? The Capitol?

JB    Yeah, inside the building.

DH    Inside?

JB    Yeah. So my goal was to get inside, once I realized that's what He wanted me to do. Because while I was at the bottom of the steps, and the steps were packed, and I was standing there, I was like, "Well, what do I do now?" You know? I'm on the other side of the building, He's like, "Go up to the top." I was like, kinda packed. And then all of a sudden it - it, like it opened up with a bunch of people at the top that got sprayed with pepper spray. I'm assuming by the cops.

DH    Yeah.

JB    And there's a bunch of people coming out - you know how they look, their face all swelled up? And they were walking like this. So everybody was like, they were, you know, helping 'em down the steps. And soon as they got through, there was a gap, so I just shot the gap and got up there. And I've lost a lot of blood. So I'm kinda just like -- I don't

11

know how, but I wound up being at the front where the, the door was double door. It was a little less wide than that – in the, the room was -- it was wall like going that way and that way and it was, it wasn't quite this wide, but it was a, a hole like this.  And there was three guys standing there, it was about three people wide.  And there was two deep, so there's – I -- it was either five or six of 'em.

But I think it might've been six, so I can't swear to that. But they were, like, in a very good defendable position.  'Cause the door was open now, and I wound up up there. And, uh, and my intent was to get inside the building. But my own intent was also to not let anybody get hurt, so, you know.  So I wound up there.  And, uh, there was some wild kids, you know, people that were doing -- somebody sprayed them with pepper spray and four out of the six got it bad.  And they were trying to get out, but the force was coming up the steps. It was thousands of people pushing, you know? And this, you know, like, it wasn't a lot you could do.  You know, if I was a lot bigger, I probably could've done more.  But one cop, when he got sprayed, he was trying to get out of there and some people were trying to hurt him. And I was yelling at 'em, "Don't hurt him. Let him go.  We gotta get him out from in front of the door to get in there. So, you know, don't beat him back into the door.  Let him out or leave him, let him go.  You know?

[18:48]

DH    Wha – what, what was, uh, people's intentions, I mean to go inside of the, the Senate, I mean the House and do what, just, uh --

JB    I don't know what their intentions were.

DH    Okay.

JB    Some of 'em wasn't good. 'Cause soon as the, soon as the doors got open -- wait there's more to the story. I, it's on the video if you need anything, you know. But once we got in the building, it was like, "F this and F that," and people were, like, kicking at the floor and, like, just -- you could tell they was -- they didn't good intentions, you know?  Like the guy with the horns, that guy was a psychopath.

> **Commented [MSA(3]:** I like this because he admits Chansley—the man who led a prayer he joined in—was a psychopath.  That's a powerful characterization.

DH    Yeah.

JB    I mean he, he looked like he was acting a, he was acting a fool. I actually yelled at him three times, "Stop acting a fool!"  And somebody told me he was a crisis actor, so that makes a lot of sense, you know?  'Cause I told him three times, "Stop acting

12

```
                a fool," you know? But he just -- he was act- then
                they was -- he was acting a fool for real, you know?
                But --
[19:39]
DH              Did you personally, like, meet -- I guess meet, I
                guess meet anybody there? Like --
JB              Uh, nah I went by myself, I didn't --
DH              You drove from here to there?
JB              Well, I drove from here to Dalton and that was, you
                know, God didn't tell me to go there, I just wanted
                to, you know?  But I know I needed to go to DC.  But
                I went there and, you know, I met a girl there that,
                uh, I got her number and then I -- I told her I was
                married.  I'm a Christian.  I don't mess around.
                And she's like, "Oh, that's cool."  But I just --
                she was, like she wind up sitting beside me.  It
                wasn't my choice. So we got along and I was, like,
                but other than that I didn't - I, I, she was there,
                but I never saw her or never talked to her. The
                cellphones wasn't working too good, you know?  But
                I didn't go with a group. I couldn't even tell you
                her name, you know?  But I didn't meet nobody, you
                know? I, I wound up finding out later that there
                were people there that I knew, but I didn't, you
                know, like I -- I actually saw a guy I went to church
                with when I was a kid.  I looked down and said --
                you look familiar. He looked at me like he didn't
                know me from Adam's housecat 'cause I was a teenager
                the last time and I had a full head of hair, you
                know?     Like he didn't know me from anybody and
                he said, uh, he told me who he was and I was like,
                "We went to church together when I was a kid." He
                was a grown man then. But, you know. Anyway. Kinda
                lost track of where we was going, so. But, um, nah,
                I didn't leave, I didn't go with no group, I didn't
                --
DH              Your -- your intention wasn't to be violent --
JB              No, no, no.
DH              -- people. So, everybody -
[21:10]
JB              My intentions, I did -- I had zero intentions.  I
                said -- He said, "Go here," and I went. And then
                when I got to this part, He said, "Go here," and I
                went.  And then He said, when I got there, He was
                like, "Go here," and I went. That was all I did the
                whole time. It was -
[21:23]
DH              Uh, the group of people - well, I know of course you
                saw people with Trump stuff on in there --
```

13

```
JB          Yeah.
DH          -- attack the police.
JB          I know, I know.  But I don't think they were --
DH          You don't think they were Trump supporters?
JB          Oh, no, no.
DH          Why not?
JB          'Cause all the Trump supporters that I was talking
            to are the ones that were really Trump supporters
            were, like, talking.  They were yelling, they were
            angry.  But they were like, "We back the blue.  We
            -- we wanna defend the police not defund the police."
            And it was consistent. Except for those few that
            were just crazy. Like, just, they didn't fit in.
            They looked this part, but they wasn't, they didn't
            speak the language.  You know what I'm saying? But
            it was obvious that there wasn't no, you know -- it
            surprised me, 'cause I was assuming it was gonna be
            all Trump supporters. I didn't know nothing about
            there was gonna be people bust in there to, to wreck
            the place. You know?  That's what it loo-- I don't
            -- I heard about the bus, I can't swear to that.
            But, you know, but there was people there, they were
            trying to make us look bad.  On purpose. They were
            trying to do violence.  They were tr-- they wanted
            cops to die so they could put it on the news and
            talk about how evil the Trump supporters are.  Now
            they're gonna impeach him over it again.  They got
            the Senate now, so they can do it, you know?  So
            that was their goal, you know?  The deep state is
            deep.  You know?
[22:40]
DH          Yeah, man.  I know about five people died - you know,
            man?
JB          That's -- well, I heard three of them had heart
            attacks.
DH          Yeah.
JB          Yeah, I didn't -- I wasn't nowhere near any of that.
            I heard about the girl after I got outta there, you
            know? 'Cause once I got on the floor and I prayed
            and I called my dad.  There's a picture of me on the
            Internet with the guy with the horns.  He's standing
            by the big chair in the front.  And he's doing like
            this.  And I'm sitting on the ground talking to my
            dad basically weeping.  You know, like, 'cause it
            was, I don't know it was just a lot of adrenaline a
            lot of lack of blood and --
DH          You weren't expecting -- you weren't expecting that
            to happen, were you?
JB          To get in there?
```

DH      Well, once you got in, I guess with all the chaos
        you were -- were you not expecting that, because you
        said Trump supporters --
JB      Yeah, I wasn't - I, I didn't, no, I wasn't expecting
        none of that. I was expecting them to, to get in the
        building and then, you know, some kind of like, "God
        Bless America" or "USA" or something like that, you
        know?
DH      Yeah.
JB      But all that craziness, I didn't see none of that.
        I heard some glass breaking, but I didn't see it,
        you know? But -- but I got home, started looking at
        the internet, I was, like, this is not, you know?
DH      It's, it's -- it's serious, man. You know, it's,
        like, people on TV.  I mean, photos.  It's -- it's
        real.  Five people died.   It's serious, you know?
        So.
JB      Yeah, I tried my best to stop that.  I -- I'm-ho-,
        I believe that I stopped two of 'em from either
        getting killed or getting the crap beat out of 'em.
        I know that for a fact.  At least two.
DH      Two police officers?
JB      Yes.
DH      Okay.
[24:12]
JB      And one of 'e I know his name, but I don't wanna
        give it, 'cause I don't wanna get him in trouble.
        'Cause he was, you know -- you know, he wasn't on my
        side, but he wasn't against me.   'Cause once he
        talked to me -- he's a Christian.  So he could tell
        that, you know, that the spirit of God was on me,
        you know?  So he was kinda, like, giving me the, you
        know, like --
DH      Like it's good?
[24:34]
JB      You know, yeah.  You know?  So, but, uh.  But I
        thought if I was gonna get brought to, to court and
        I was gonna I -- then I'd use him as a witness.  And
        I was hoping the guy at the back, the other side,
        'cause he was, like, we were ways up against him.
        'Cause when they -- what happened was somebody broke
        in somewhere else and they started opening the door,
        'cause the doors opened out. There wasn't no getting
        in.  'Cause them two cops were -- I mean, them guys
        had balls of stone.  I'm talking about they were --
        if I was, like I was telling 'em out there, if I was
        in a foxhole, I'd want him with me.  Because that
        dude stood his ground against, I mean --

15

DH        And did you see any police officers, like, with ya'll group?

JB        No, no, no.  No, no.  They stood their ground. Some of 'em did it with shame in their eyes, but they were still stopping us.  You know?  Like, you could see the shame.  Like, 'cause they knew -- they knew the deal.  You could tell.  But they wouldn't -- they never, you know.  I can't do that, I can't do that.  We were trying to talk them into it, but they were like, they were, I mean you could see the shame on their face.  And the funny thing was I was talking to one guy and you could see the shame on him.  And then while I was talking to him, two or three people walked up from somewhere behind me, like, "I can see the shame in your eyes," you know?  And they were like, "I'm just doing my job, I'm just doing my job," you know?  "I swore an oath."  And I was like, "Yeah, to defend the Constitution and that [PH] ain't what you're doing right now. You're defending a bunch of crooked politicians," you know?  Which I'm glad they got them outta there, because if the mob had a got ahold of them, it would've been -- it would not have been good. 'Cause America is pissed off at our elected officials. You can't trust them no more. They're -- they're a bunch of dirt bags, you know? I'd say 90-plus percent of them are crooked as a dog's leg.        They can't be trusted. They're in it all about the money, you know?  Money laundering is their number-one objective. Why do you think they're sending hundreds and hundreds of millions of dollars all over the world?  'Cause they don't get a good chunk of it back through some kind of back system, you know?  They've already got it figured out, they'll start a charity, you know? And some foreign person who got a hundred million dollars will send them a certain percentage of it back to their charity or whatever.  They've got ways to do it.  That ain't -- that ain't my deal.  But they, it's crooked. Why do you think they send money all over the world during the American crisis -- COVID crisis?  Why does the COVID thing got 800 million dollars or whatever worth of stuff going to places they don't need to go?  Explain that to -- why does the COVID bill gotta be 1,500 pages?  Could somebody explain that to me?  'Cause, I mean, it should be about nine or ten, you know?  I mean, I don't understand why the COVID bill's gotta be that big.  You can't read that. You can't read that whole thing.  'Cause then you can put anything you want in there, you know?

And that's how they do it.  That's how they steal from us.  They don't wanna help us.  They wanna get that money.  And they don't get it, but their friends, their family, their buddies, their -- their buddies, you know?  They -- they got -- they figured they've been doing it so long.  Some of them guys have been in there 50 years.  They figured out the, the system, you know?  I like money too, but you know, that - the, the, I didn't swear an oath to protect people to, you know, like, I'm -- I'm running a business. I'm trying to protect my employees by making more money, you know?  So I'm doing what I said I'd do, you know?  But they're not.  They're - - I don't want to get angry.  I just - but.  It -- it, America is mad.  The ones that are paying attention.  You know?  You can't trust nothing you see on TV.    They all say the same story no matter how true it is.  Don't matter to them.  It's crazy. It's gonna have to be the Lord.  'Cause the only thing that can happen now is a, an armed revolution. And I just don't wanna see that, you know?

[28:36]

DH      You -- you've heard - have you heard anything about
        people, I guess, talking about going back to DC to
        --

JB      Mmh-mmh.

DH      -- do the same thing?

JB      No.

DH      None of that?

JB      I heard people saying, "Well, I don't know what's
        happening next, but I -- it's - it, it might be
        bloody.  I ain't heard nobody saying, "Oh, we're
        gonna come back here" or this.  I ain't heard nothing
        like that.  But everybody's like, this is not
        America.  'Cause I heard that China's got a base in
        the Bahamas and they're buying up land all over the
        country paying triple price for it.  Buying an
        acreage with ranches and stuff.  I mean and they got
        a base in the Bahamas, I don't know if that's true,
        but that's what I heard.   So I, mean, this is
        Alabama, they don't wanna come here. You know what
        I'm saying?  So that's why they wanna take our guns
        away. Because before  America, the whole world was
        the kings and the slaves. They called them peasants,
        but they would -- they could come in there and kill
        you right in front of anybody, nobody do nothing
        about it.   You had no power and that's what they
        want.  The people with the -- on the top wanna rule
        the people on the bottom, you know? Before America,

that's the way the entire world was. People say, "Oh, America had slavery." Well, no shit, the whole world has had slavery throughout the entirety of our recorded history.  America is the first nation to not have slavery.  Why don't we -- why aren't we thankful America's the first place, place where a poor person can become rich?  There ain't nowhere in the world ever in history you could do that.  You're born poor, you stay poor.  If your -- your dad's a blacksmith, your great-great grandkids are going to be blacksmiths.  That's the way it's always been. Your dad's a baker, you're great-great grandkids are going to be bakers.  You are what you're born into and that's your lot in life and don't you have no hope of nothing else until America.  And they want to destroy it and make it communists and socialists. Socialism don't work, it's never worked. Communism don't work, it's never worked. They lie to these dumb college kids that go into school, they -- that's what they've been doing.  They've been implanting people in the, the media, the colleges.  Go ask a college professional and talk somebody out of their mind.  Go talk to any college professor.  Them guys are stupid. [30:44]  But they've got a plan.  That the, the money, China's spending that money. Russia's spending that money, to teach them that communism is wonderful.  Everybody works together to take care of the good of the people.  It don't work that way.  They want to get back to kings and peasants.  That's the goal, because that's the way the world has always worked throughout the entirety of human history.  Until America.  And we just had an election stolen and it ain't gonna be long before it's kings and peasants again.  [31:14]  So if you ain't rich when this thing kicks off your great grandkids will never be rich.  If you're a poor person, your great-great-grand-great-great-grandkids are going to be poor.  And there will be no hope of moving up.  America, you can - well, if you're willing to work hard, you can do whatever you want. You're free to, if you wanna be poor, you can be poor. We got the richest poor people in the world, by the way. It's -- you're better off poor in America than rich in some places.  You know?  The poor -- the homeless people are in the top 10 percent of the world's economy. Ten -- the top - it, actually, probably the top one percent.  Everybody in America is in the, the one percent of the richest people in the world.  You know?  'Cause America is a land --

18

it was dedicated to the Lord. There's all kinds of stuff they did at the beginning they were dedicated to the Lord.  God please, you know. The Constitution is the second greatest document ever written.  It guaranteed freedom, it said your freedom comes from God and it cannot be taken away from you.  Life, liberty, and the pursuit of happiness.  You know?

[32:27]

DH      Do you feel like your freedom is being taken away?

JB      It hasn't yet, but I don't see it lasting very long. Because if they ever take the guns, that's it. 'Cause then they can bring in the, the, the red shirts or the brown shirts or the, whatever.

DH      When you say --

JB      The same -- the same thing the Nazi's did.

DH      What makes you think they're gonna take your guns, though?

JB      'Cause that's all they ever talk about.  Assault rifle. What's an assault rifle?  Well, if it's got more than -- if you don't have to pack the bullet in there then that's not what the Constitution was talking about. You know the first gun law ever tried to be instituted in America was you're not allowed to fire a cannon within a mile of the city, and they told them it was unconstitutional?  And they, they wouldn't   pass   the   law   because   it   was unconstitutional.  So if you could own a cannon and shoot it with anywhere you wanted, now you can't own a gun that's automatic, or you can't own a gun that's - the, the Constitution says you need to have the same guns that the military has.  You know?  Which, some people don't need 'em.  But, you know, if everybody was toting, then you wouldn't be pulling. You know what I'm saying?  If you went and robbed a bank and everybody in there had a, a 15-shot, see -- you know what I'm saying?  You ain't pulling.  It guarantees safety and it guarantees freedom. 'Cause if they come in here trying to take something, you stop 'em.  You know?  But if they ev-- if they ever get our guns, that's it.  You know, if they ever talk about taking it, I mean -- all my guns are legal, but if I -- I don't know.  I just don't wanna kill anybody, you know?  But I don't know what's gonna happen next.

DH      Why would you think you have to - you would have to kill somebody?

JB      Well, I mean if they come in here trying to take our guns or try to turn America into slavery again, I don't want to see that, you know?  I'm Irish.  Irish

19

have been slaves as long as the Blacks have, you know? So like my family history is, you know, we were slaves. You know? The Black slaves used to say, "Thank God I'm not Irish." Because they would work the Irish to death. Because it was a seven-year lease, basically. You know? And they, they would own you for seven years. And then they would try to work you to death. They didn't have to treat you good, they didn't want you living long. But the Black slaves, they wanted them to live for a long time, 'cause they got their money's worth. You know, you don't want your car to tear up in a year. Same thing with a slave. They was a piece of equipment to them, you know? But an Irish slave, he was gonna run out at seven years, so if he died, no problem. But the Black slave, you wanna get -- feed him a little better. You know, you don't wanna work him to death. You can work him hard, but you don't -- you don't wanna kill him, you know? You want him to last, you want him at least, back in them days it was probably what -- 40, 50 years old? But a, a Irish slave, he's lucky to live to 25, if that. Depending on what, how it, but it was, they worked the Irish to death. 'Cause it was a different, they were not technically slaves. They were, uh, indentured servants, I think they called 'em. But yeah, the Black slaves used to say, "Thank God I'm not Irish," you know? 'Cause they worked them to death, on purpose, you know? 'Cause they were trying to get their money's worth, you know? And slavery's been around since the beginning of history. It's all over the Bible, it's all over everywhere. It always has been. There's still slavery right now. I can go right now in Libya and buy a Black man for between 200 and 400 dollars right now. And people talk about America's racist? You shoulda seen the Chinese people out there crying their eyes out, snot drooling, hopeless. 'Cause they fled communism. And once they found out Joe Biden was gonna officially gonna be, you know they -- I'm talking about they were weeping. I mean, like, it tore my heart out, 'cause they were, like, "Where are we [PH] gonna go now? There's nowhere left to flee to, you know?" So. You know what I'm saying?

[36:22]

UNKNOWN    Alright. Anything else you want me to know?

DH         Well, I'm, I -- I got a question. So what made you come here?

20

JB      My -- I was driving home, my wife told me that I was
        wanted.  She said that my picture's all over the
        internet and they're claiming I'm the --
DH      One of the guys in the --
JB      -- the head of the something or, you know, some kind
        of terrorist or something.  I was like, "Whoa,
        terrorists don't get rights," you know?  So, I was,
        like, everybody's, like, "No, you need to get a
        lawyer, you don't need to turn yourself in.  You
        need to hide."  I was like, "What do I got to hide
        for.  I didn't do nothing."  You know?  I did what
        the Lord told me to do.  And if I wanna go to jail,
        fine. I'll start a prison ministry.  It'll be a full-
        time prison ministry, but I -- you know, either way,
        God wins.  Every time he's told me to do something,
        he takes care of me.  So I got nothing to worry
        about.  I do not worry about anything.  I do not
        worry about anything.  I do not be afraid for any--
        and I don't have fear other than rational fear.  Like
        if you're standing on the edge of a cliff, like
        that's the good kind, you know what I'm sayin?  Like,
        but other than that, I don't -- fear is not a part
        of my life anymore.  Praise God.  You know what I
        mean?  Since I met the Lord, my life has -- I'm
        telling you, man -- if you don't know Jesus, you
        don't know what life's really like.  'Cause he sent
        me on adventures, go to like all that happened, like,
        I mean.  If I hadn't seen it myself, I wouldn't have
        believed it.  I mean it was -- it was unbelievable,
        it really was.  I mean that guy that got knocked
        down, I really feel like they coulda killed him.
        You know, I wish I woulda been over there that one
        cop that did die.  Unless it was like something
        thrown, it wasn't much I could do about that.  But
        most of the time, wherever I was, the people around
        me were doing what I told them.  "Stop that!"  You
        know, it was like the power of God was in my voice
        or something.  Like, 'cause I'm a little bitty dude.
        If I -- you know if I walked up and tried to push
        you around, you'd beat the, you know what I'm sayin'?
        Like you got size and size usually wins.  You know
        what I'm saying?  It wouldn't be as easy as you
        thought, but you know, odds are in your favor, you
        know?  So, like, if I was telling you to do
        something, you ain't doing it unless you want to.
        But people were, you know, like, people were coming
        over and I was like, "No, stop!"  You know?  Because
        a lot of them Antifa guys were, like, creating mob
        mentality.  You know?  And it was, like, and -- and

21

the Trump supporters were angry, don't get me wrong they wasn't like being all pussy-footing around, but then I mean it was, you know the Antifa people were trying to stir up that.  I think it was demonic, but I can't swear to that.  But it was –

[38:50]

DH        Who put the noose out there? I saw -- I saw photos of a noose hanging in the field.

JB        Ain't no telling. Ain't no telling.  That's -- ain't no telling, man.  I saw a guy with a, a rebel flag and then he looked like a -- he did not look like a Trump supporter, you know what I'm saying? Like at all.  This guy had on skinny jeans and his hair was all gay-looking, you know what I'm saying?  Like, this guy didn't even know where the South was, you know what I'm saying? So, why would he be -- and I saw one guy that had one, but he was like -- look, this is a, you know, we're a seceding from the Union moment.  I was like well, technically that is the battle flag, so even though the meaning of it has changed.  Because the way I was raised was that it was the government was overstepping their bounds.  The war wasn't about slavery until the end of it, when it became a political thing to use as a, you know what I'm saying? But slavery, the North wasn't fighting to stop slavery at all.  They were stopping, they were fighting for more money.  You know? It's always all about money.  'Cause North, the, the -- Abraham Lincoln even said, "I will not stop slavery. I'm not." When he got elected, he had to, to get elected.  "I'm not gonna stop --,"'cause he needed the Southern vote too, you know?  Though he didn't get much of 'em, but he got some.   And he's like, "I'm not gonna stop slavery, I promise." You know? And then he did because, you know?  Because it became political, you know? Because that lady wrote that book the *Uncle Tom's Cabin*.  That's the one -- that's what stopped slavery.  It wasn't Republicans or Democrats.   That book -- when people started realizing what was actually going on.  'Cause a lot of people just, you know, that's happening over there, they didn't see it.  You know?  There was some asshole slave owners and quite a few of 'em, but there was a lot of 'em that weren't evil, you know?  They, they bought 'em because they were for sale and they treated them good, you know? I mean it wasn't, it wasn't the ideal situation, but some of them slaves had it pretty good. They worked an honest day, they didn't get abused.  You know, like, it

22

|     |                                                                                                                                                                                                                                                                                                           |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     | wasn't a hundred percent evil, you know what I'm saying?  I'm not saying it was good, you know what I mean?  Don't, don't take me wrong, but, you know, it wasn't, it wasn't about that, it was about money.  It's always about money. |
| DH [41:03] | Okay. |
| JB | You know, the government's just crooked. And they just get more and more crooked.  You all just wait and see. If Trump -- if, if, uh, Biden gets inaugurated on the 20th, you just -- and they got Democrats are running the -- and the crooked Republicans they -- they got control of it now.  'Cause Trump was a cog in the wheel.  They had a plan to, to milk it dry.  And Trump came in there, couldn't be bought.  You couldn't shame him.  'Cause no matter what he said, he said, "Grab 'em by the pussy," and he was still -- he still got elected.  You know what I'm saying?  Because he ain't -- he [PH] ain't a politician, that's why people love him so much. 'Cause you can't buy him, he ain't crooked, you know, he ain't perfect by any means, don't get me wrong.  But they're all like, "He's a racist." That's the first thing they say when they don't have an argument. If you're telling somebody something and they can't argue with you nowadays, "You're a racist."  That's what happened to me.  I saw it, I -- I made the mistake of a posting something on the internet about how I was a Trump supporter.  And my business page went from, my -- my Google ranking, which is very important for a business, went from 5 to 3.8.   'Cause I got three 1-star reviews in a matter of no time, and none of 'em were my customers.  I'd never seen any of 'em, don't know who they are.  And they went over there and boom-boom-boom, and all of a sudden the phone went ringing. And I, we -- actually I didn't even find out until I went to a, a -- it's, uh, like a landscaping convention-type thing.  And there was a guy teaching about how to get the internet to make you more money.  And he was like, "Well, everybody needs to get out their Google and look at your ranking."  And I was like, "Yeah, I got a 5-star ranking and I hold it up and it's 3.8." And I was like, "Whoa." And I started reading and I was like, "I don't know these people. I don't -- I never."  And then one of 'em, I recognized his name.  It was a guy I was arguing with on YouTube.  You know I was like, "Look, you know, Trump's not as bad as you think he is.  You know?"   And then I |

23

recognized -- 'cause it's like numbers and something, ninja numbers, you know?  I was like, "That little bastard."  He gave me a 1-star review and said "Won't recommend."  So you can't get that removed because there's no hatred, there's no -- if they say you're a blankety-blank kind of thing, then you can get that one taken off.  But he, he put some-- so there ain't nothing I can do about it now.  So now my ranking's messed up 'cause some guy I never met did not agree about my political beliefs.  You know?  And they've lied to the Black people, talking about he's a racist.  He's a racist.  Really?  Well, how come he got an award standing right next to -- what's the Black lady on the bus that wouldn't sit down, remember?

DH        Rosa Parks?
[43:27]

JB        Yeah, he got an award with her for doing the, like, lifetime achievement for helping Black people. They got him standing next to her, and those are the only two I recognized.   Now there's a couple of White guys and a couple of Black guys, like, I don't know most of them. But this is back in '80s or '90s or something.  But he got an award from them.  It was either Jesse Jackson or one of the other, you know -- I don't know what you call 'em, the Jesse Jackson-types.  You know?  But he got an award from him for doing the most to help Black people. All his career, he was, like, back in the '80s, he hired a woman to lead a construction crew.  Never been done.  And everybody made fun of him.  But he said, "Look, she's got the ability."  If you've got the power, you got the -- and you can get it done, he don't care what you look like, he don't care. He don't care if you're Black, he don't care if you're White, he don't care if you're a woman.  If you can do the job and you can do it well, you're hired.    And all the rap songs used to be like, "I wanna be like Donald Trump," you know?  The Black community's always loved Donald Trump until all of a sudden, he goes to run for president and screw up their, milking us dry.  And then all of a sudden he's a racist. Because they can say that and most Black people don't pay attention to politics. I don't say most, but there's a lot of them that don't, you know?  And if everywhere you see it, everywhere you go on every channel, Trump's a racist. And that's the card they're still trying to play.  He's a ra-- like you said, with the noose.  Who put the noose out there?

24

Wasn't Donald Trump people, you know?  There might be a few racist people, but I, I -- it's been a while since I met somebody that was like, "I hate Black people."  Alright, you know, now I've met some people like, "That Black person I don't like."  Well, that's not racism, that's just I don't like that guy.  You know what I'm saying?  But I, ther-- I don't, I ain't never been on some truck place and they're all talking about "How are we gonna get rid of the Blacks?"  It, it, it ain't there, you know?  And anything you say, it's all lies.  That's the best weapon they could -- see, the goal for the, the, the crooked government people is to, is division.  Get the Blacks hating the whites.  Get the men hating the women.  Get the gays hating the straight. Get the Muslims hating the Jews.  Get the Jews hating the Christians.  As long as you can keep 'em divided, they can't stand up against us.  And that's what we did, that's what I went up there for, to stand up against them and say no, we're not taking it no more. And they're twisting that too.  They're telling lies now.  They're, "We're gonna impeach him again."  They took him -- he was on there telling people to stop and they took it off the internet or Twitter or one of 'em, you know?  While he was up there giving the speech trying to tell people don't do violence -- stop, quit, this is not what we represent -- they shut him down because they don't, they gotta paint him out to be -- they're gonna try to impeach him. There's a coup-- there's a Rasheda Tlaib posted a thing on Twitter, "I'm ready to impeach him again."  And then somebody, some of them other crazy Democrats.  [46:22]  You know, Democrats are 99% crooked and Republicans are about 90, you know?  I hate to say it, but -- you know?  I'm not a Repub-- I, I, I'm a Trumplican.  Trump was our last great hope.  And -- and they stole it from him and everybody knows it.  The evidence is everywhere and I don't understand why you guys ain't investigating that stuff, the evidence is overwhelming.

[46:45]

DH    What's the evidence?

JB    It's everywhere.

DH    Like, what is it?

JB    Well, one state there was 200,000 more votes than there are registered voters, how do you explain that?

DH    How do y'all know that -- how do you know that's true?

**Commented [MSA(4)]:** Em had this highlighted a possible cross material, but I'm wondering whether we should introduce in case-in-chief.  Certainly provides more motive evidence for us.

JB       'Cause it's, uh, people that in the know are saying that. Sworn affidavits of people that'll get ar-, arrested for perjury are, are saying that. Witnesses to stuff, people have sworn affidavits that, that you go to jail for if you lying are saying that and they -- they won't even look at them. They said he lost all of his court cases. None of the court cases were ever tried. The judges never even saw any evidence. They said, "Oh, procedural -- you didn't sign the right form or you didn't," you know? Somebody went in there and said, "Hey, there's a case coming up. Tell me when to stop. Come on, we got all you want you just -- a million? Boom, there you go. Find a reason. Well, a million ain't enough. Well, how about two? Well, how about three? Alright, that's it, three, or we'll go find somebody else. Okay, okay, okay, three million dollars, sure." I ain't -- I don't know what the numbers are, but that's what they do. You know? None of his cases were seen. They said he lost all of his court ca— no, he didn't. There were none of 'em were tried, none of 'em. 'Cause some of the people that weren't his team did some cases. But they didn't look at the evidence, you know? I mean, I mean, correct me if I'm wrong, but that's what, you know? You can't believe half of what's on the internet, but the -- there's a few that I trust. Like Sydney Powell, she has, uh, she's one of the best lawyers in the country. She's got a great reputation for being honest, you know? 'Cause they were screwing General Flynn and she went in there and saved him, you know? Because she digs for the truth and she stands for the truth, you know? Like, if I was ever in trouble, in like, real trouble, I'm like I want her on my team, 'cause she's, you know, she - she's no joke. I trust her. So if she says it, I believe it. Rudy Giuliani -- remember what New York was like before he got there? Murders all over the place and he cleaned that place up, you know? Look at it now. Could be Democrat running it. He destroyed -- New York is gone. New York, I don't think it'll ever come back. They've run that place into the ground. You know?

[49:11]

DH       If it's a, I'm guessing, I'm wrapping up. So if there's like another, I guess, rally or whatever, would you go up there? You plan on going back?

JB       Eh, nah - I, I mean if it's the Lord, if I felt like the Lord wanted me to go I would, but I don't have

```
                   no plans. I wasn't planning on going to that one,
                   but --
DH                 [UI]  So you went for just that date?  You just went
                   -- just drove up, drove back?
[49:31]
JB                 Umh, nah, I -- I spent the night with a fellow
                   patriot because it was a curfew out and I was told
                   they were looking for me, and I didn't wanna -- I
                   wanted to get my truck. I didn't want it to get
                   impounded and have to pay 800 dollars to get my truck
                   out or whatever, you know?  I didn't know, you know?
DH                 So --
JB                 'Cause I heard that they were saying that I was
                   destroying the place and I was -- I had a pipe bomb
                   and I heard all kinds of stuff.  And I couldn't --
                   I didn't wanna, you can't look at your frone-phone
                   driving on the road and I didn't have a copilot.  So
                   if I had, had a copilot I could've been, you know,
                   I woulda known more.  But this is what I was hearing.
                   And my wife was like, and she, she -- women tend to
                   fear a little more than men do.  I know that's kind
                   of sexist, but we all know it's true.
DH                 You stayed with -- you stayed with a guy in DC?
JB                 Yes.
DH                 Who was it?
JB                 Just a random --
DH                 Random guy?
JB                 -- patriot, yeah.
DH                 You never got his name?
JB                 I did, but I'm not gonna give it.
DH                 Okay.
JB                 Because he ain't got nothing to -- he wasn't even
                   there when none of this happened.  So he -- I asked
                   him about it, he said, "I didn't know none of that.
                   I didn't find out till," you know?
DH                 It happened. Okay.
JB                 And he asked me not to use his name because he's
                   kinda little on the scared side and he is -- he,
                   he's, calls himself a Christian, but you couldn't
                   tell that by the way he acts, you know what I'm
                   saying? But, you know. And the Lord didn't tell him
                   to go.  He wanted to go because, you know he saw
                   what was happening.  [50:49] Which -- y'all better
                   pray that, that God does something, I mean, He's got
                   a plan, I just don't know what it is. And if
                   America's lost, the world is lost.  'Cause there
                   ain't nowhere else to run to.  You know?  And if
                   America ain't free, we're gonna go back to the way
                   it's always been, the super super rich running us
```

27

like dogs. And they don't care if -- if a million
people die, but they make a million dollars, eh,
that's fine. We got -- we got billions more. We can
ship in some from here and, you know, we work [UI]
and people only live 25 years, fine, we get good,
young, healthy workers. You know?  They don't care.
There's some people out there that are so wicked, so
greedy.  That's the way it's always been,  though.
The kings run the place.  They can walk in here and
rape your wife and leave and ain't nothing you can
do about it. Who you gonna call? There ain't no
police, they work for him.  You know? America's the
only flee, free place this world has ever seen. Even
the  Solomon's  Egy—or,  I  mean,  Solomon's  Israel
wasn't as good as it is now.  You know, 'cause when
they went to war slavery was always a part of war.
You, you killed the few and you made slaves outta
the rest of 'em.  That's just the way it's always
been, always.  The kings run it and the, the rest of
'em suffer.  You know?  Some kings were a little
better than others, you know, he'd make sure you'd
at least eat good.  But your job was to provide him
with, you know, lush, you know?

[57:26]

DH       Alright. I'm wrapping up, man. Uh, anything else you
         want me to know, like that you saw, maybe information
         by  people that were, I guess, besides --

JB       That dude with the horns, that dude was, there --
         there might be a, you know what I'm sayin?  Like,
         yeah, he was -- 'cause he was up on the balcony
         hitting something on the ground, chanting some kind
         of "voo-voo." I don't know what it was. It might've
         been a foreign language, it might've been -- but he
         was acting a fool. And I yelled at him at least three
         times.  I said, "Hey!"  I thought he was with us at
         first because I didn't know who he might mean by it.
         But I was like, "Quit acting like that.  You're
         making us look bad." You know?  And I didn't realize
         till after I left the place, till I got home that
         there was, you know, I just thought some of the Trump
         supporters had gotten pissed, but some of 'em I could
         tell that, eh, something ain't jiving.  They ain't,
         you know, they ain't, they don't speak the language.
         You know what I'm saying?

DH       Yeah.

JB       So.  But naw, that -- the guy with the horns, he
         was, it was, it, it, something about him.  And then
         the camera man up there.  Like, when -- when I saw
         him, my spirit was like "Whoa, bad dude.  Watch out."

```
              You  know?  So,  but  he  didn't,  like,  do  no
         violence  that  I  could  tell.    But,  but  him  and  the
         guy  with  the  horns,  it  was  both  of  'em,  the  Lord
         kind  of  was  like,  "Watch  out."
DH       Okay.
JB       You  know,  he  ain't  with  you.    You  know?
DH       Okay.
JB       But.
DH       Alright,  man.    That's  all  I  have  man,  uh  --
JB       There's  a  couple  people  did  some  stuff,  but  I
         couldn't  --  in  all  the  melee  I  couldn't,  I  couldn't
         point  'em  out  if  they  were  standing  right  here,  you
         know  what  I'm  saying?    So.
DH       Okay.
JB       'Cause  a  lot  of  times  it  was  one  guy  jumping  over
         and  then  five  people  falling  and  four  or  five  people,
         four  or  500  people  pushing.  And  it  was  just,  I  mean,
         it  was  a  mad  house,  but.
DH       Okay.
JB       God  had  me  just  standing  there  like  --  I  mean,  like,
         it  was  awesome,  dude.    Presence  of  God  is  --  ain't
         nothing  like  it.    Ain't  nothin'  like  it  on  this
         Earth.  You  know?  Hell  is  just  a  lack  of  the  presence
         of  God.      You  know?  And  Heaven  is  being  there  with
         Him.    If  you're  with  the  Lord,  it's,  I'm  talking
         'bout  --  you  don't  know  life.    'Cause  once  you  have
         the  spirit  of  God  in  you  –  he,  he'll  tell  you,  the
         spirit  of  God  will  lead  you  and  guide  you  into  all
         truth  and  he  will  show  you  things  to  come.    He  knows
         the  future,  I  don't,  you  know.  I've  seen  it  over  and
         over  and  over  again.  I  mean,  I've  seen  miracles
         with  my  own  eyes.    I've  been  a  part  of  miracles  a
         couple  times.  When  I  quit  that  motorcycle  club  after
         I  got  saved,  I  was  telling  them  out  there,  but,  uh,
         I,  I  quit  the  club,  and  the,  the  deal  is  you  get
         your  butt  whooped  for.    And  there  were  six  or  eight
         of  'em  in  there.    And  two  of  'em  claim  they  didn't
         do  nothing,  but  I  can't  swear  to  that.    But  I  was
         surrounded  by  a  bunch  of  guys  throwing  dukes  at  me,
         trying  to  hurt  me,  and  a  couple  of  'em  were  cussing,
         like,  "You  blankety-blank-blank,"  you  know?    It's
         not  a  very  fun,  good  thing  to  quit  a  motorcycle  club.
         'Cause,  you  know?  But  they  tried  to  beat  on  me  for
         two  minutes  and  they  never  touched  me  until  I  got
         mad  at  one  of  'em  who  I  didn't  like  anyway.  And  like
         I  said,  I  ain't  been  a  Christian  [UI],  you  know.  So
         I  tried  to  fight  him  with  my  own  strength  and  as
         soon  as  I  moved  my  foot  to  fight  him,  dude  broke  my
         ribs  and  I  bent  over  and  I  got  a  upper  cut.    And  so
```

|     |     |
| --- | --- |
|     | I put my foot down.  I said, "Sorry, Lord," and they beat on me for another minute and never touched me. The only time they hurt me was when I moved my foot to do it with my own power.  So, you know. And that ain't it.  I could tell you the story about what the Lord's been up to.  For me personally, I've seen it with my own eyes. |
| DH  | Okay. |
| JB  | I was -- I broke my neck because I didn't obey what He said.  He told me I had to go to a prayer meeting, which I thought couldn't be God, so I went.  And when I left, I broke my neck. |
| DH  | Okay. |
| JB  | And somebody prayed for me.  And the doctor walks in with an x-ray and it looked like a zipper, you know what I'm saying?  Like it, my neck was broke.  And he was  showing his students. They walked in the door and he's holding up to the light.  He's like, "You can see right here that it's hopeless he'll never walk again, it's best just to show him."  And then this little girl taking notes looks over at me, putting my shoes on, and she looks back at him and, and does a, you know?  Then he looks at the – he, he finally saw her and, like, "Why aren't you paying attention to me?  I'm the big doctor."  And she was kinda cute too, so he's probably trying to work something, you know what I'm saying?  He looks over at me and his jaw hits the floor. 'Cause he's holding the  x-ray  of  my  broken  neck  with  the,  like, never, and he was telling me, "It's hopeless, you'll never walk again. Don't be nice, tell him the truth, let him deal with it.  You know, you, you just gotta tell him upfront."  That was what he was trying to show. Because in situations like this there's no hope. And the girl's over there like, uh, and he wa-- he was like, and he looked at that x-ray and did, his head went back and forth like a minute straight.  'Cause he was looking at evidence that I would never walk again.  And I'm standing over there like this, putting my shoes on, you know, getting ready to leave.  And he was like, "Whoa." |
| DH  | What kind of business do you run? |
| JB  | Uh,  lawn maintenance. |
| DH  | Lawn maintenance?  Lawn maintenance?  Okay. What's the name of it? |
| JB  | Come on, man.  I don't wanna put my business involved in this. I'm already gonna lose a bunch of, you know? This is not good for my business and so I'd rather not. |

30

```
DH      Okay. That's fine.
JB      You know what I'm sayin, like this?    That's how
        I feed my family, you know?
DH      Okay.
JB      So, uh.
DH      Well, man, that's all I have, man.  Have you got --
        that's all you have to say?
JB      Yes, sir, I did, I mean.
DH      Okay.
JB      I wouldn't have done this. I thought y'all were gonna
        be like a warrant-type. Man, my wife had me so --
        she was all, like, you know I drove all the way back
        doing the speed limit. If I had known that I'd been
        doing 80, 85, you know?  I mean.
DH      Okay.  Alright, man.  I say you're free to go.  Uh
        --
JB      Well, praise God. I told everybody, "Don't worry."
        Everybody, everybody I know – "Aww, man, you can do
        20 years in prison," that's what they were saying.
        Twenty years in prison. I'm like, well.
DH      Okay.
JB      I ain't them. But they told me I had to come in
        tonight. It wasn't no big deal we couldn't have done
        this in the morning?
DH      Yeah, yeah, that's fine. Yeah, you know, so.
JB      I need a phone, though, if I could get a phone to
        call my ride. 'Cause I thought I was going to jail,
        so I didn't bring my car.
DH      Okay.
```

31