CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-CR-127
)
JOSHUA MATTHEW BLACK )
)

**FILED**

DEC 20 2022

Clerk, U.S. District and Bankruptcy Courts

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
~~Assistant United States attorney~~ Trial Attorney (Detailee)

Approved: _____   Date: December 20, 2022

United States District Judge