# *United States v. Joshua Black,*
# 21-CR-127 (ABJ)



# Attachment C:
# Transcript of FBI Interview
# January 8, 2021

## Participants

| DH | Special Agent Darius Hill |
| JB | Joshua Black |
| MM | Special Agent Michael McMillan |

## Abbreviations

UI   Unintelligible

```
1    [00:33]
2    JB          I'm Josh Black.
3    DH          This is you? Yeah?
4    JB          Okay.
5    DH          [UI] man.
6    JB          [UI]
7    DH          [UI] they gave me a call saying um you wanted to talk.
8                Got stuff [UI].
9    JB          I was told that they were looking for me, so I didn't
10               want y'all to come and beat my door down, you know, so.
11   MM          Yeah.
12   DH          Okay. Alright.
13   JB          Is that a warrant for me, or--
14   DH          That's not a warrant.  Umh umh.
15   JB          Oh well, shoot -- if I'da known that, I mean --
16               everything you wanna know about me I put on YouTube, so,
17               I mean, if you ain't watch that video yet then you're
18               wasting your time.  'Cause I said everything that needed
19               to be said on there. Honestly, if you watch that video
20               you'll get the whole story.
21   DH          Whole story?
22   JB          You know.
23   DH          [UI]
24   JB          But, I'm willing to go through it.
25   [01:22]
26   DH          Okay. What's your-- what's your full name again?
27   JB          Joshua.
28   DH          Joshua.
29   JB          Black, like the color.
30   DH          Okay. What's your -- your date of birth?
31   JB          3/12/76.
```

| | | |
|---|---|---|
| 32 | DH | Alright. |
| 33 | JB | I really appreciate y'all by the way. |
| 34 | MM | Ayyy. |
| 35 | DH | Alright. You were-you were in DC? |
| 36 | MM | The Capitol? |
| 37 | JB | Yes. |
| 38 | DH | Okay.  So, you went through, I guess with a rally? |
| 39 | JB | Yes sir. |
| 40 | [02:00] | |
| 41 | DH | Okay, alright. Alright, um I guess what -- what uh-what |
| 42 | | all happened? Or when-what-what-well-what all were you |
| 43 | | involved in?  As far as what you all went up to. |
| 44 | JB | Um, on the Washington Monument side, um I think that |
| 45 | | they call that the west side, I'm not sure, but the |
| 46 | | Washington Monument side, um, I was out, I got shot in |
| 47 | | the face, you can see, but h -- |
| 48 | DH | Okay. |
| 49 | JB | And the reason that happened was 'cause uh the crowd |
| 50 | | was, it was 90+ % Trump supporters and about 10% of a |
| 51 | | bunch of demonic people were trying to do harm.  I mean |
| 52 | | they -- and I could tell a big difference.  Because a |
| 53 | | lot of 'em were like, respect the blue, you know, back |
| 54 | | the blue, don't -- we're not your -- we're not your |
| 55 | | enemy, we don't want to hurt you.  And the other ones |
| 56 | | were, like, you blanking and this and you blanking that |
| 57 | | and throwin' stuff at 'em and pushing, trying to start, |
| 58 | | you know, trying to get it riled up.  And it was like |
| 59 | | two different groups of people, you know? And it was |
| 60 | | just -- it was -- but the Trump supporters were pissed |
| 61 | | off about our country being stolen and the other guys |
| 62 | | were just trying to start a fight.  You know?  And I |
| 63 | | couldn't identify any of 'em 'cause they all looked the |
| 64 | | same, you know there was every nationality.  You could |
| 65 | | tell there was guys from Peru and Vietnam and China and |
| 66 | | everywhere.  I mean it was the -- the biggest melting |
| 67 | | pot I've ever seen in my life.  And it was -- so it |
| 68 | | wasn't like the-the white ones are this or it-it-it was |

| | | |
|---|---|---|
| 69 | | just the-the ones that were behaving and the ones that |
| 70 | | weren't.  But they were all angry, you know?  But in a |
| 71 | | different kinda way, you know what I'm sayin'?  But it |
| 72 | | was the Trump supporters that were like talkin' to the |
| 73 | | cops and the other ones were trying to start sh-crap |
| 74 | | with 'em and, you know, trying to hurt 'em and stuff, |
| 75 | | you know? |
| 76 | DH | Okay. |
| 77 | JB | I believe the Lord sent me there to make peace, 'cause |
| 78 | | I didn't -- I didn't wanna go.  It was on my bucket list |
| 79 | | to never go to DC.  But, you know, I was praying about |
| 80 | | it and I -- I asked the Lord.  I was like, I don't wanna |
| 81 | | go, and I didn't feel peace.  I said, but I -- I could |
| 82 | | go, and then I felt peace. I was like, do you want me to |
| 83 | | go? And He was like, yeah.  And I don't mean audible.  I |
| 84 | | just had to, you know what I'm saying, like, if you're |
| 85 | | not a Christian you -- you can't understand. But it's, |
| 86 | | it's -- it's just hard to explain.  But I just knew. |
| 87 | | It's like I know and you just know, you know? And I just |
| 88 | | felt like He wanted me to go.  So I was like, Okay, fine |
| 89 | | [UI] it's in the video.  I -- it's, I wish you could wa- |
| 90 | | - I wished you watched the video before you got here |
| 91 | | 'cause it's -- I told it better 'cause I prayed a whole |
| 92 | | lot before I did and it just came out almost perfect, I |
| 93 | | mean I've, you know.  I kinda lost my train of thought |
| 94 | | one time in the video, but other than that it was, you |
| 95 | | know.  I tend to ramble, I love to talk. I mean that's |
| 96 | | why I named my channel "LetUs Talk."  I, the Lord told |
| 97 | | me about six months ago to start going around in the |
| 98 | | streets of Birmingham and just talking to random people. |
| 99 | | And, uh, my last name's Black.  so I've always been able |
| 100 | | to get along good with Black people for some reason. |
| 101 | | I've always, you know this ain't like I'm -- I'm a Black |
| 102 | | person, but it's like, I've always -- there was this one |
| 103 | | guy I used to work with, his name was Green and uh I |
| 104 | | said, "I'm Josh Black."  And he goes, "Oh, I guess we're |
| 105 | | the only two colored guys here."  And me and him were |
| 106 | | instant friends, we -- you know.  So it was, you know it |
| 107 | | just having that name it tends to, for some reason it |
| 108 | | just gave me an opportunity to, you know.  Like I said |
| 109 | | I got sidetracked. |
| 110 | [05:17] | |

| | | |
|---|---|---|
| 111 | DH | Yeah.  What uh, what -- what's user -- you got you -- |
| 112 | | YouTube, YouTube channel? |
| 113 | JB | Yes sir. |
| 114 | DH | What's the name of it? |
| 115 | JB | It's eh, let me write it for ya, 'cause it's capital L, |
| 116 | | it's let us, but it's one word.  It's capital L and |
| 117 | | capital U. |
| 118 | DH | U? |
| 119 | JB | LetUs is one word, but it's the L and the U is capital. |
| 120 | DH | Okay. |
| 121 | JB | And then talk is the T is capital and it's a different |
| 122 | | word, you know what I'm saying? |
| 123 | DH | Okay. |
| 124 | JB | Because it's, you know like my e-mail is like, if I e- |
| 125 | | mail you the e-mail you want you gotta-you gotta try 30 |
| 126 | | times, you -- you know what I'm saying 'cause it's -- |
| 127 | DH | So, L-L-U-T? |
| 128 | JB | L-E-T.  LetUs. |
| 129 | DH | Oh, LetUs.  I thought you said L-U.  Okay.  LetUs Talk. |
| 130 | | Okay. |
| 131 | JB | Yes, sir. |
| 132 | DH | Alright. |
| 133 | JB | 'Cause that was what -- He told me do it and I didn't, |
| 134 | | and I see now why He told me to because it would've been |
| 135 | | nice if I'd had done it. If I had done it six months ago |
| 136 | | when he told me then I'd have at, at least a few |
| 137 | | subscribers on there and it would've been easier for me |
| 138 | | to get my story out because -- |
| 139 | DH | Okay. |
| 140 | JB | God moved in a mighty way through me. |
| 141 | [06:14] | |
| 142 | DH | So God told you to go -- He told you to go, to go to DC? |

6

| | | |
|---|---|---|
| 143 | JB | Oh, I didn't wanna go, dude, not at all.  I mean like, |
| 144 | | I do not like big cities.  Like I don't even go to |
| 145 | | Birmingham and that ain't, that's just a medium city, |
| 146 | | you know? Like, when I -- only time I'm in a big city is |
| 147 | | if I'm driving through it.  You know, if they're like, |
| 148 | | "Hey the greatest thing in the world is in Atlanta," I'm |
| 149 | | like, we'll just have to miss that, you know?  I just |
| 150 | | don't like big cities, you know it ain't my, ain't my |
| 151 | | turf.  You know?  But – |
| 152 | | [06:40] |
| 153 | DH | When you, uh, I guess once you, uh -- so you did, were |
| 154 | | you one-one-one of the people that breached, that went |
| 155 | | into the [UI]. |
| 156 | JB | Yes, sir. |
| 157 | DH | Okay, from the -- from the front barricades too? |
| 158 | JB | Um, which one's the front? You mean the Washington |
| 159 | | Monument side? |
| 160 | DH | Yeah, I guess like a-they had like a gate set up I guess, |
| 161 | | outside of it? |
| 162 | JB | Yes, sir. |
| 163 | DH | Did you pu-- you were part of the group that pushed it |
| 164 | | in, pushed it down to go in? |
| 165 | JB | Uh, I was part of the group, but I wouldn't – it, that's |
| 166 | | hard to explain, I mean it's -- |
| 167 | DH | You were -- you were there, you -- |
| 168 | JB | I was there. |
| 169 | DH | Okay, was in the – in the crowd, in the crowd? |
| 170 | JB | But -- |
| 171 | DH | That went out. |
| 172 | JB | Like I wasn't trying to hurt no cops, like my – I, I, I |
| 173 | | just felt the Lord wanted me to -- once I saw what |
| 174 | | started I didn't know what I was doing. I was like, |
| 175 | | 'cause it wasn't like some people when they're led by |
| 176 | | the Lord, He gives 'em like a three month plan.  But |
| 177 | | with me He says, "Take this one step," and He won't tell |
| 178 | | me nothing else. That's just the way he does move, 'cause |

| | | |
|---|---|---|
| 179 | | that's just the way I-I, that's the way he made me, you |
| 180 | | know what I'm saying? So, He tells me to do something a |
| 181 | | lot of the times it sounds dumb.  So, like usually it's |
| 182 | | stuff I don't wanna do.  That's, you know that's just |
| 183 | | the way it works. I don't know why, it's just, you know, |
| 184 | | everybody's different.  You know, He, He knows the hairs |
| 185 | | on our head and He knows how we're geared, He knows what |
| 186 | | our gifts are, you know, so that's just the way He |
| 187 | | operates through me.  He tells me one thing at time, you |
| 188 | | know?  So, I was going to DC, He didn't tell me nothing. |
| 189 | | He just said, "Go." |
| 190 | DH | Go to DC? |
| 191 | JB | So, once I got there He was like, then He said, like I |
| 192 | | was at the rally when Trump was speaking and then He was |
| 193 | | like-- I heard that they said yeah after this we're |
| 194 | | marching to the Capitol building.  And so I asked 'em |
| 195 | | like where's the Capitol building? I lo-- looked up there |
| 196 | | and I was like, "I need to go there."  And I was like, |
| 197 | | "Well, is that where I need to go?"  I was like, "Okay, |
| 198 | | I'm not gonna go," and I was like, "Ooo, okay, I am gonna |
| 199 | | go.  Ah – like, okay, then -- that's how I test it, like, |
| 200 | | 'cause lead by peace is what the Bible said, you know? |
| 201 | | So, that's why I try to, you know, find out what He wants |
| 202 | | me to do.  I'll -- I'll like, tell me I'm gonna do |
| 203 | | something, tell me I'm not gonna do something and |
| 204 | | whichever one gives me peace, that's the one I do. You |
| 205 | | know that's basically the best way to explain it, you |
| 206 | | know?  So.  But I felt like I needed to go to the Capitol |
| 207 | | building, so. |
| 208 | DH | Okay.  Were you uh-were you around when uh, the lady |
| 209 | | that got shot? |
| 210 | [08:48] | |
| 211 | JB | No, but I talked to a guy that said he saw it, but I |
| 212 | | can't swear that he did, but he said that she opened the |
| 213 | | door and a double door he-he was doing hand maneuvers, |
| 214 | | he said she opened the door and he said a plainclothes. |
| 215 | | He didn't say plainclothes cop he said a plainclothes |
| 216 | | just shot her and I was like -- but he wouldn't, you |
| 217 | | know, like he didn't give me -- I didn't know that, |
| 218 | | that's first time I heard about it was from this guy |
| 219 | | that claimed he saw it and I can't say swear whether he |

| 220 | | did or not, so, you know, but that's all I know about |
| 221 | | that.  I didn't see none of that. I heard the cop got |
| 222 | | killed too, what happened to him? |
| 223 | DH | Yeah, yeah.  They said a cop got killed there. |
| 224 | JB | How? |
| 225 | DH | He was, uh, I think he was hit across the head with, um, |
| 226 | | a object. Supposedly. |
| 227 | JB | I did my best to stop it, man.  I'm about -- |
| 228 | DH | Well, let me ask you this -- the group you were es-, |
| 229 | | were you -- |
| 230 | JB | I wasn't with a group, I was by myself. |
| 231 | DH | You went there by yourself? |
| 232 | JB | Yeah, I went by myself. You know. Uh-Nobody, I told uh- |
| 233 | | I told a couple of my family that I was going and I |
| 234 | | argued with my wife for few days. She's-days, she's – |
| 235 | | "Please don't go, please don't go."  I said, "I don't |
| 236 | | wanna go," but you know, I mean, last time I disobeyed |
| 237 | | the Lord I wound up a paraplegic.  You know, so.  I mean. |
| 238 | [10:01] | |
| 239 | DH | So after you entered or go inside were you -- what were |
| 240 | | you planning to do? Did you -- |
| 241 | JB | Well, I once-once-once I got shot in the face was -- |
| 242 | | when I got shot in the face I was trying to help a cop |
| 243 | | from -- he was getting boot stomped. 'Cause what happened |
| 244 | | was like a line was right here and they were all side- |
| 245 | | by-side and I was talking to him, you know, "Hey look, |
| 246 | | we don't wanna hurt you."  I assume that -- I thought it |
| 247 | | was all Trump supporters, I didn't find out until once |
| 248 | | stuff started happening that this ain't all Trump |
| 249 | | people, you know?  I could tell because the Trump people |
| 250 | | were all like, you know, "We respect you, we don't want |
| 251 | | to hurt you."  I mean, it was the gist of, you know what |
| 252 | | I'm saying?  And, and there was a line and then all of |
| 253 | | a sudden it was just like, vwoom! And this one dude he |
| 254 | | was -- I couldn't tell you if he was White, Black, or |
| 255 | | other 'cause he was completely covered up with like a, |
| 256 | | had on -- I can't remember exactly what kind of gear he |
| 257 | | had on, but he was on the line, you know what I'm saying? |

| | | |
|---|---|---|
| 258 | | I think he had a shield, but I can't swear to that.  But |
| 259 | | he was standing, you know, the guy that was -- he was |
| 260 | | right in front of me there was.  You know that little |
| 261 | | step that they had a little patio-type thing where they |
| 262 | | do the Inauguration? |
| 263 | DH | Yeah. |
| 264 | JB | And uh, so he winds up on the ground and then all of a |
| 265 | | sudden all of his buddies are like anywhere from four to |
| 266 | | eight feet, it's hard to -- 'cause it, it's kind of |
| 267 | | fuzzy, you know.  But they were all -- he was by himself |
| 268 | | and he was completely surrounded and there was, it -- I |
| 269 | | can't swear to it, but it looked like they were boot- |
| 270 | | stomping him, you know?  Because it was like, there was |
| 271 | | the crowd came through and it was like, you know this |
| 272 | | kind of situation and it just looked to me like -- I |
| 273 | | knew he was on the ground, so I was gonna help him up |
| 274 | | and it looked like they were about to hurt him.  'Cause |
| 275 | | there were some people beside me that I could just tell |
| 276 | | were, they had no good intentions and they were not here |
| 277 | | to, to, you know.   They were not preaching the same |
| 278 | | message the rest of us were.   I could just tell, you |
| 279 | | know?   And they were trying to do him damage, 'cause |
| 280 | | they were "F you this and F this you, F-ing traitor, |
| 281 | | blankety-blank" and just -- just hatred.  You know? |
| 282 | | Definitely not Christian people, you know what I'm |
| 283 | | saying, definitely not Trump supporters, 'cause Trump |
| 284 | | supporters is, they're all about back the blue, you know |
| 285 | | what I'm saying?  So they were trying to do harm and |
| 286 | | that's just what I felt.   I don't know if it was the |
| 287 | | Lord or just me or, but you know I saw him getting hurt |
| 288 | | and I didn't want these guys to get hurt because I knew |
| 289 | | they, you know, like my brother was in Afghanistan.  He, |
| 290 | | he taught me [UI] orders are orders.   You know, I knew |
| 291 | | these guys had orders. They got families, you know, |
| 292 | | they're not here to hurt us they're just doing what |
| 293 | | they're told. You know, they're on the wrong side of |
| 294 | | history, I believe, but they wasn't - they're not our |
| 295 | | enemy, you know?  So -- but he hit the ground and I was |
| 296 | | trying to help him, you know because Jesus said, "Blessed |
| 297 | | are the peacemakers," and I like being blessed, you know? |
| 298 | | So he hits the ground and, uh, and it looked -- and I |
| 299 | | can't swear to it -- but it just looked to me like he |
| 300 | | was about to get the crap kicked out of him.  And I saw |

301  an elbow coming down like this.  I don't know if the guy
302  tripped or, or if he was actually come -- but it looked
303  like this guy was about to get destroyed.  So my plan
304  was to jump on him because I figured if these guys are
305  with me, they're not going to beat me up, you know?  They
306  were -- they were mad at the cops, not me. So I was gonna
307  put myself -- and then as soon as I went down to help
308  him, I got -- I thought I got hit with a baton.  'Cause
309  it turned me around, dude.  I'm talking about like --
310  whatever they shot me with, I need to get me one of them.
311  'Cause I -- my bucket list, the number one thing on my
312  list is don't kill anybody. And that would - dude, if
313  you got shot in the chest it'd hurt for days.  And then,
314  you know, it just -- it knocked me stupid for a minute.
315  It's getting a little warm in here, but uh.

316  [13:26]

317  DH      You said on your bucket list is don't kill anybody?

318  JB      The number one thing on my bucket list. The second thing
319          is don't hit a woman.

320  DH      Alright.

321  JB      Most of the things on my bucket list are don'ts, you
322          know?  So. One of them was don't be famous, but I'm
323          hoping this is only going to be, you know, the famous
324          thing will be done away with.  'Cause I run a business
325          and this is not really good publicity.  Because -- they
326          paint me out to be the [UI] 'cause I was in the Senate
327          building, you know, so.

328  DH      Yeah.

329  [13:57]

330  JB      But the cop guy hit the ground and I was trying to help
331          him and, um, once I got shot, I can't remember if I tried
332          to help him again. I think I did, but I can't swear to
333          that.  But I think I tried to help him again, but then
334          I started spitting up some - my, my mouth filled up
335          completely with blood and then I spit it out and then I
336          -- there was plastic pieces on that bullet thing. I think
337          it was full of sand, do you know anything --

338  DH      Yeah.

| | | |
|---|---|---|
| 339 | JB | about the kind of -- was it? |
| 340 | DH | Oh no, I'm not sure. |
| 341 | JB | I'd like to know that because it was -- I was spitting |
| 342 | | out sand for two days.  And it was -- I didn't know where |
| 343 | | it was coming from, and I couldn't drink nothing 'cause |
| 344 | | it was leaking out the side of my face.  But I -- I can't |
| 345 | | remember if I helped or not. I know I tried to help him |
| 346 | | the first time, but the second time I'm not a hundred |
| 347 | | percent. I think I went to help him again, but then I |
| 348 | | started losing so much blood that it was like, and I was |
| 349 | | spitting out chunks.  And all the people behind me were |
| 350 | | like trying to drag me back and I was like, "No, God |
| 351 | | sent me here for a mission," like, I, like if -- if you |
| 352 | | can't see my pulse, then I, I don't need any help, you |
| 353 | | know?  And that plastic chunk that was in my face was |
| 354 | | stopping the bleeding, most of it, on the outside at |
| 355 | | least.  But there was a lot of blood, and I mean I lost |
| 356 | | a lot of blood.  But, you know, after a while it's, uh, |
| 357 | | if you watch my YouTube channel I covered it all better |
| 358 | | than that, but. |
| 359 | [15:08] | |
| 360 | DH | Okay. When you, uh, when you went into, inside the Senate |
| 361 | | – the, the House -- |
| 362 | JB | Yeah, I went it was on -- thing is, the Lord told me to |
| 363 | | go to the other side of the building, so I went around |
| 364 | | the other side of the building. It took me a pretty |
| 365 | | substantial amount of time.  And like I said, I lost a |
| 366 | | lot of blood, so I'm not real clear -- I could've been |
| 367 | | five, well, it could've been 15 minutes, it could've |
| 368 | | been two hours.  I don't know.  But, uh, I go – I finally |
| 369 | | made it around the other side.  Everybody I talked to, |
| 370 | | "Hey, I'm a medic. Hey, I'm a medic. Hey, I'm a medic." |
| 371 | | And I was like, "Just leave me alone."  Like I'm trying |
| 372 | | to get over there, you know? So, I got back there and my |
| 373 | | – and, and the Lord told me -- I just felt like the Lord |
| 374 | | wanted me to go in there and plead the blood of Jesus. |
| 375 | | Inside the building, you know?  I just wanted to show |
| 376 | | the politicians that we the people run this country, you |
| 377 | | don't. You know, you swore an oath to defend the |
| 378 | | Constitution and you didn't do it, you know?  You're a |
| 379 | | bunch of lying crooks, Democrats and Republicans, you |

```
380            know?  I ain't a Republican, but you ain't got no other
381            choice, you know? They're a bunch of -- I ain't supposed
382            to talk bad about folks.  But they ain't doing their
383            job, they ain't working for us. You know, they're --
384            they're all about that, you know?

385   [16:13]

386   DH       So you wanted to -- so basically you wanted to show the
387            politicians up?

388   JB       Well, I wanted them to know that we the people can do it
389            if we decide, you know? And there wasn't no lead bullets
390            flying from us.  But, you know, we had the numbers and
391            the, and the power at the moment to show them that you
392            don't run this country.  We do.  You know?  That was --
393            and I wanted to plead the blood of Jesus on that place
394            because there's all kinds of evil coming out of that
395            thing. Their, their mission is not for the good of the
396            people, you know? And I believe that considerably, you
397            know?

398   DH       You wanted to plead the blood of Jesus on the building?
399            The Capitol?

400   JB       Yeah, inside the building.

401   DH       Inside?

402   JB       Yeah.  So my goal was to get inside, once I realized
403            that's what He wanted me to do.  Because while I was at
404            the bottom of the steps, and the steps were packed, and
405            I was standing there, I was like, "Well, what do I do
406            now?" You know?  I'm on the other side of the building,
407            He's like, "Go up to the top." I was like, kinda packed.
408            And then all of a sudden it – it, like it opened up with
409            a bunch of people at the top that got sprayed with pepper
410            spray.  I'm assuming by the cops.

411   DH       Yeah.

412   JB       And there's a bunch of people coming out – you know how
413            they look, their face all swelled up?  And they were
414            walking like this.  So everybody was like, they were,
415            you know, helping 'em down the steps.  And soon as they
416            got through, there was a gap, so I just shot the gap and
417            got up there.  And I've lost a lot of blood.  So I'm
418            kinda just like -- I don't know how, but I wound up being
```

```
419          at the front where the, the door was double door. It was
420          a little less wide than that – in the, the room was --
421          it was wall like going that way and that way and it was,
422          it wasn't quite this wide, but it was a, a hole like
423          this.  And there was three guys standing there, it was
424          about three people wide.  And there was two deep, so
425          there's – I -- it was either five or six of 'em.   But
426          I think it might've been six, so I can't swear to that.
427          But they were, like, in a very good defendable position.
428          'Cause the door was open now, and I wound up up there.
429          And, uh, and my intent was to get inside the building.
430          But my own intent was also to not let anybody get hurt,
431          so, you know.  So I wound up there.  And, uh, there was
432          some wild kids, you know, people that were doing --
433          somebody sprayed them with pepper spray and four out of
434          the six got it bad.  And they were trying to get out,
435          but the force was coming up the steps. It was thousands
436          of people pushing, you know?  And this, you know, like,
437          it wasn't a lot you could do.  You know, if I was a lot
438          bigger, I probably could've done more.   But one cop,
439          when he got sprayed, he was trying to get out of there
440          and some people were trying to hurt him.   And I was
441          yelling at 'em, "Don't hurt him.  Let him go.  We gotta
442          get him out from in front of the door to get in there.
443          So, you know, don't beat him back into the door.  Let
444          him out or leave him, let him go.  You know?
445   [18:48]

446   DH     Wha – what, what was, uh, people's intentions, I mean to
447          go inside of the, the Senate, I mean the House and do
448          what, just, uh --

449   JB     I don't know what their intentions were.

450   DH     Okay.

451   JB     Some of 'em wasn't good. 'Cause soon as the, soon as the
452          doors got open -- wait there's more to the story.  I,
453          it's on the video if you need anything, you know.  But
454          once we got in the building, it was like, "F this and F
455          that," and people were, like, kicking at the floor and,
456          like, just -- you could tell they was -- they didn't
457          good intentions, you know?  Like the guy with the horns,
458          that guy was a psychopath.
```

14

| 459 | DH | Yeah. |
|---|---|---|

| 460 | JB | I mean he, he looked like he was acting a, he was acting |
| 461 | | a fool. I actually yelled at him three times, "Stop |
| 462 | | acting a fool!" And somebody told me he was a crisis |
| 463 | | actor, so that makes a lot of sense, you know? 'Cause |
| 464 | | I told him three times, "Stop acting a fool," you know? |
| 465 | | But he just -- he was act- then they was -- he was acting |
| 466 | | a fool for real, you know? But -- |

467    [19:39]

| 468 | DH | Did you personally, like, meet -- I guess meet, I guess |
| 469 | | meet anybody there? Like -- |

| 470 | JB | Uh, nah I went by myself, I didn't -- |

| 471 | DH | You drove from here to there? |

| 472 | JB | Well, I drove from here to Dalton and that was, you know, |
| 473 | | God didn't tell me to go there, I just wanted to, you |
| 474 | | know? But I know I needed to go to DC. But I went there |
| 475 | | and, you know, I met a girl there that, uh, I got her |
| 476 | | number and then I -- I told her I was married. I'm a |
| 477 | | Christian. I don't mess around. And she's like, "Oh, |
| 478 | | that's cool." But I just -- she was, like she wind up |
| 479 | | sitting beside me. It wasn't my choice. So we got along |
| 480 | | and I was, like, but other than that I didn't - I, I, |
| 481 | | she was there, but I never saw her or never talked to |
| 482 | | her. The cellphones wasn't working too good, you know? |
| 483 | | But I didn't go with a group. I couldn't even tell you |
| 484 | | her name, you know? But I didn't meet nobody, you know? |
| 485 | | I, I wound up finding out later that there were people |
| 486 | | there that I knew, but I didn't, you know, like I -- I |
| 487 | | actually saw a guy I went to church with when I was a |
| 488 | | kid. I looked down and said -- you look familiar. He |
| 489 | | looked at me like he didn't know me from Adam's housecat |
| 490 | | 'cause I was a teenager the last time and I had a full |
| 491 | | head of hair, you know? Like he didn't know me from |
| 492 | | anybody and he said, uh, he told me who he was and I was |
| 493 | | like, "We went to church together when I was a kid." He |
| 494 | | was a grown man then. But, you know. Anyway. Kinda |
| 495 | | lost track of where we was going, so. But, um, nah, I |
| 496 | | didn't leave, I didn't go with no group, I didn't -- |

| 497 | DH | Your -- your intention wasn't to be violent -- |

| | | |
|---|---|---|
| 498 | JB | No, no, no. |
| 499 | DH | -- people. So, everybody – |
| 500 | [21:10] | |
| 501 | JB | My intentions, I did -- I had zero intentions.  I said |
| 502 | | -- He said, "Go here," and I went. And then when I got |
| 503 | | to this part, He said, "Go here," and I went.  And then |
| 504 | | He said, when I got there, He was like, "Go here," and |
| 505 | | I went. That was all I did the whole time. It was – |
| 506 | [21:23] | |
| 507 | DH | Uh, the group of people – well, I know of course you saw |
| 508 | | people with Trump stuff on in there -- |
| 509 | JB | Yeah. |
| 510 | DH | -- attack the police. |
| 511 | JB | I know, I know.  But I don't think they were -- |
| 512 | DH | You don't think they were Trump supporters? |
| 513 | JB | Oh, no, no. |
| 514 | DH | Why not? |
| 515 | JB | 'Cause all the Trump supporters that I was talking to |
| 516 | | are the ones that were really Trump supporters were, |
| 517 | | like, talking.  They were yelling, they were angry.  But |
| 518 | | they were like, "We back the blue.  We -- we wanna defend |
| 519 | | the  police  not  defund  the  police."    And  it  was |
| 520 | | consistent. Except for those few that were just crazy. |
| 521 | | Like, just, they didn't fit in. They looked this part, |
| 522 | | but they wasn't, they didn't speak the language.  You |
| 523 | | know what I'm saying? But it was obvious that there |
| 524 | | wasn't no, you know -- it surprised me, 'cause I was |
| 525 | | assuming it was gonna be all Trump supporters. I didn't |
| 526 | | know nothing about there was gonna be people bust in |
| 527 | | there to, to wreck the place. You know?  That's what it |
| 528 | | loo-- I don't -- I heard about the bus, I can't swear to |
| 529 | | that.  But, you know, but there was people there, they |
| 530 | | were trying to make us look bad.  On purpose. They were |
| 531 | | trying to do violence.  They were tr-- they wanted cops |
| 532 | | to die so they could put it on the news and talk about |
| 533 | | how evil the Trump supporters are.  Now they're gonna |
| 534 | | impeach him over it again.  They got the Senate now, so |

| | | |
|---|---|---|
| 535 | | they can do it, you know?  So that was their goal, you |
| 536 | | know?  The deep state is deep.  You know? |
| 537 | [22:40] | |
| 538 | DH | Yeah, man.  I know about five people died – you know, |
| 539 | | man? |
| 540 | JB | That's -- well, I heard three of them had heart attacks. |
| 541 | DH | Yeah. |
| 542 | JB | Yeah, I didn't -- I wasn't nowhere near any of that. I |
| 543 | | heard about the girl after I got outta there, you know? |
| 544 | | 'Cause once I got on the floor and I prayed and I called |
| 545 | | my dad.  There's a picture of me on the Internet with |
| 546 | | the guy with the horns.  He's standing by the big chair |
| 547 | | in the front.  And he's doing like this.  And I'm sitting |
| 548 | | on the ground talking to my dad basically weeping.  You |
| 549 | | know, like, 'cause it was, I don't know it was just a |
| 550 | | lot of adrenaline a lot of lack of blood and -- |
| 551 | DH | You weren't expecting -- you weren't expecting that to |
| 552 | | happen, were you? |
| 553 | JB | To get in there? |
| 554 | DH | Well, once you got in, I guess with all the chaos you |
| 555 | | were -- were you not expecting that, because you said |
| 556 | | Trump supporters -- |
| 557 | JB | Yeah, I wasn't – I, I didn't, no, I wasn't expecting |
| 558 | | none of that. I was expecting them to, to get in the |
| 559 | | building and then, you know, some kind of like, "God |
| 560 | | Bless America" or "USA" or something like that, you know? |
| 561 | DH | Yeah. |
| 562 | JB | But all that craziness, I didn't see none of that. I |
| 563 | | heard some glass breaking, but I didn't see it, you know? |
| 564 | | But -- but I got home, started looking at the internet, |
| 565 | | I was, like, this is not, you know? |
| 566 | DH | It's, it's -- it's serious, man. You know, it's, like, |
| 567 | | people on TV.  I mean, photos.  It's -- it's real.  Five |
| 568 | | people died.   It's serious, you know?  So. |
| 569 | JB | Yeah, I tried my best to stop that.  I -- I'm-ho-, I |
| 570 | | believe that I stopped two of 'em from either getting |

| | | |
|---|---|---|
| 571 | | killed or getting the crap beat out of 'em.  I know that |
| 572 | | for a fact.  At least two. |
| 573 | DH | Two police officers? |
| 574 | JB | Yes. |
| 575 | DH | Okay. |
| 576 | [24:12] | |
| 577 | JB | And one of 'e I know his name, but I don't wanna give |
| 578 | | it, 'cause I don't wanna get him in trouble.  'Cause he |
| 579 | | was, you know -- you know, he wasn't on my side, but he |
| 580 | | wasn't against me.  'Cause once he talked to me -- he's |
| 581 | | a Christian.  So he could tell that, you know, that the |
| 582 | | spirit of God was on me, you know?  So he was kinda, |
| 583 | | like, giving me the, you know, like -- |
| 584 | DH | Like it's good? |
| 585 | [24:34] | |
| 586 | JB | You know, yeah.  You know?  So, but, uh.  But I thought |
| 587 | | if I was gonna get brought to, to court and I was gonna |
| 588 | | I -- then I'd use him as a witness.  And I was hoping |
| 589 | | the guy at the back, the other side, 'cause he was, like, |
| 590 | | we were ways up against him.  'Cause when they -- what |
| 591 | | happened was somebody broke in somewhere else and they |
| 592 | | started opening the door, 'cause the doors opened out. |
| 593 | | There wasn't no getting in.  'Cause them two cops were |
| 594 | | -- I mean, them guys had balls of stone.  I'm talking |
| 595 | | about they were -- if I was, like I was telling 'em out |
| 596 | | there, if I was in a foxhole, I'd want him with me. |
| 597 | | Because that dude stood his ground against, I mean -- |
| 598 | DH | And did you see any police officers, like, with ya'll |
| 599 | | group? |
| 600 | JB | No, no, no.  No, no.  They stood their ground. Some of |
| 601 | | 'em did it with shame in their eyes, but they were still |
| 602 | | stopping us.  You know?  Like, you could see the shame. |
| 603 | | Like, 'cause they knew -- they knew the deal.  You could |
| 604 | | tell.   But they wouldn't -- they never, you know.   I |
| 605 | | can't do that, I can't do that.  We were trying to talk |
| 606 | | them into it, but they were like, they were, I mean you |
| 607 | | could see the shame on their face.  And the funny thing |
| 608 | | was I was talking to one guy and you could see the shame |

609   on him.  And then while I was talking to him, two or
610   three people walked up from somewhere behind me, like,
611   "I can see the shame in your eyes," you know?  And they
612   were like, "I'm just doing my job, I'm just doing my
613   job," you know?  "I swore an oath."  And I was like,
614   "Yeah, to defend the Constitution and that [PH] ain't
615   what you're doing right now. You're defending a bunch of
616   crooked politicians," you know?  Which I'm glad they got
617   them outta there, because if the mob had a got ahold of
618   them, it would've been -- it would not have been good.
619   'Cause America is pissed off at our elected officials.
620   You can't trust them no more.  They're -- they're a bunch
621   of dirt bags, you know?  I'd say 90-plus percent of them
622   are crooked as a dog's leg.   They can't be trusted.
623   They're in it all about the money, you know?  Money
624   laundering is their number-one objective. Why do you
625   think they're sending hundreds and hundreds of millions
626   of dollars all over the world?  'Cause they don't get a
627   good chunk of it back through some kind of back system,
628   you know?  They've already got it figured out, they'll
629   start a charity, you know?  And some foreign person who
630   got a hundred million dollars will send them a certain
631   percentage of it back to their charity or whatever.
632   They've got ways to do it.  That ain't -- that ain't my
633   deal.  But they, it's crooked. Why do you think they
634   send money all over the world during the American crisis
635   -- COVID crisis?  Why does the COVID thing got 800
636   million dollars or whatever worth of stuff going to
637   places they don't need to go?  Explain that to -- why
638   does the COVID bill gotta be 1,500 pages?  Could somebody
639   explain that to me?  'Cause, I mean, it should be about
640   nine or ten, you know?  I mean, I don't understand why
641   the COVID bill's gotta be that big.  You can't read that.
642   You can't read that whole thing.  'Cause then you can
643   put anything you want in there, you know?  And that's
644   how they do it.  That's how they steal from us.  They
645   don't wanna help us.  They wanna get that money.  And
646   they don't get it, but their friends, their family, their
647   buddies, their -- their buddies, you know? They -- they
648   got -- they figured they've been doing it so long.  Some
649   of them guys have been in there 50 years.  They figured
650   out the, the system, you know?  I like money too, but
651   you know, that - the, the, I didn't swear an oath to
652   protect people to, you know, like, I'm -- I'm running a

| 653 | | business. I'm trying to protect my employees by making |
| 654 | | more money, you know?  So I'm doing what I said I'd do, |
| 655 | | you know?  But they're not.  They're -- I don't want to |
| 656 | | get angry.  I just – but.  It -- it, America is mad. |
| 657 | | The ones that are paying attention.  You know?  You can't |
| 658 | | trust nothing you see on TV.  They  all  say  the  same |
| 659 | | story no matter how true it is.  Don't matter to them. |
| 660 | | It's crazy.  It's gonna have to be the Lord.  'Cause the |
| 661 | | only thing that can happen now is a, an armed revolution. |
| 662 | | And I just don't wanna see that, you know? |

663    [28:36]

| 664 | DH | You -- you've heard – have you heard anything about |
| 665 | | people, I guess, talking about going back to DC to -- |

666    JB    Mmh-mmh.

667    DH    -- do the same thing?

668    JB    No.

669    DH    None of that?

| 670 | JB | I heard people saying, "Well, I don't know what's |
| 671 | | happening next, but I -- it's – it, it might be bloody. |
| 672 | | I ain't heard nobody saying, "Oh, we're gonna come back |
| 673 | | here" or this.  I ain't heard nothing like that.  But |
| 674 | | everybody's like, this is not America.  'Cause I heard |
| 675 | | that China's got a base in the Bahamas and they're buying |
| 676 | | up land all over the country paying triple price for it. |
| 677 | | Buying an acreage with ranches and stuff.  I mean and |
| 678 | | they got a base in the Bahamas, I don't know if that's |
| 679 | | true, but that's what I heard.  So I, mean, this is |
| 680 | | Alabama, they don't wanna come here. You know what I'm |
| 681 | | saying?  So that's why they wanna take our guns away. |
| 682 | | Because before  America, the whole world was the kings |
| 683 | | and the slaves. They called them peasants, but they would |
| 684 | | -- they could come in there and kill you right in front |
| 685 | | of anybody, nobody do nothing about it.  You had no power |
| 686 | | and that's what they want.  The people with the -- on |
| 687 | | the top wanna rule the people on the bottom, you know? |
| 688 | | Before America, that's the way the entire world was. |
| 689 | | People say, "Oh, America had slavery."  Well, no shit, |
| 690 | | the whole world has had slavery throughout the entirety |
| 691 | | of our recorded history.  America is the first nation to |
| 692 | | not have slavery.  Why don't we -- why aren't we thankful |

693     America's the first place, place where a poor person can
694     become rich?  There ain't nowhere in the world ever in
695     history you could do that.  You're born poor, you stay
696     poor.  If your -- your dad's a blacksmith, your great-
697     great grandkids are going to be blacksmiths.  That's the
698     way it's always been.  Your dad's a baker, you're great-
699     great grandkids are going to be bakers.  You are what
700     you're born into and that's your lot in life and don't
701     you have no hope of nothing else until America.  And
702     they want to destroy it and make it communists and
703     socialists.  Socialism don't work, it's never worked.
704     Communism don't work, it's never worked. They lie to
705     these dumb college kids that go into school, they --
706     that's what they've been doing.  They've been implanting
707     people in the, the media, the colleges.  Go ask a college
708     professional and talk somebody out of their mind.  Go
709     talk to any college professor.  Them guys are stupid.
710     [30:44]  But they've got a plan.  That the, the money,
711     China's spending that money.  Russia's spending that
712     money, to teach them that communism is wonderful.
713     Everybody works together to take care of the good of the
714     people.  It don't work that way. They want to get back
715     to kings and peasants.  That's the goal, because that's
716     the way the world has always worked throughout the
717     entirety of human history.  Until America.  And we just
718     had an election stolen and it ain't gonna be long before
719     it's kings and peasants again.  [31:14]  So if you ain't
720     rich when this thing kicks off your great grandkids will
721     never be rich.  If you're a poor person, your great-
722     great-grand-great-great-grandkids are going to be poor.
723     And there will be no hope of moving up.  America, you
724     can – well, if you're willing to work hard, you can do
725     whatever you want. You're free to, if you wanna be poor,
726     you can be poor. We got the richest poor people in the
727     world, by the way. It's -- you're better off poor in
728     America than rich in some places.  You know?  The poor
729     -- the homeless people are in the top 10 percent of the
730     world's economy. Ten -- the top – it, actually, probably
731     the top one percent.  Everybody in America is in the,
732     the one percent of the richest people in the world.  You
733     know?  'Cause America is a land -- it was dedicated to
734     the Lord. There's all kinds of stuff they did at the
735     beginning they were dedicated to the Lord.  God please,
736     you know.  The Constitution is the second greatest

| | | |
|---|---|---|
| 737 | | document ever written.  It guaranteed freedom, it said |
| 738 | | your freedom comes from God and it cannot be taken away |
| 739 | | from you.  Life, liberty, and the pursuit of happiness. |
| 740 | | You know? |
| 741 | [32:27] | |
| 742 | DH | Do you feel like your freedom is being taken away? |
| 743 | JB | It hasn't yet, but I don't see it lasting very long. |
| 744 | | Because if they ever take the guns, that's it.  'Cause |
| 745 | | then they can bring in the, the, the red shirts or the |
| 746 | | brown shirts or the, whatever. |
| 747 | DH | When you say -- |
| 748 | JB | The same -- the same thing the Nazi's did. |
| 749 | DH | What makes you think they're gonna take your guns, |
| 750 | | though? |
| 751 | JB | 'Cause that's all they ever talk about.  Assault rifle. |
| 752 | | What's an assault rifle?  Well, if it's got more than - |
| 753 | | - if you don't have to pack the bullet in there then |
| 754 | | that's not what the Constitution was talking about. You |
| 755 | | know the first gun law ever tried to be instituted in |
| 756 | | America was you're not allowed to fire a cannon within |
| 757 | | a mile of the city, and they told them it was |
| 758 | | unconstitutional?  And they, they wouldn't pass the law |
| 759 | | because it was unconstitutional.  So if you could own a |
| 760 | | cannon and shoot it with anywhere you wanted, now you |
| 761 | | can't own a gun that's automatic, or you can't own a gun |
| 762 | | that's - the, the Constitution says you need to have the |
| 763 | | same guns that the military has.  You know?  Which, some |
| 764 | | people don't need 'em.  But, you know, if everybody was |
| 765 | | toting, then you wouldn't be pulling.  You know what I'm |
| 766 | | saying?  If you went and robbed a bank and everybody in |
| 767 | | there had a, a 15-shot, see -- you know what I'm saying? |
| 768 | | You ain't pulling.   It guarantees safety and it |
| 769 | | guarantees freedom. 'Cause if they come in here trying |
| 770 | | to take something, you stop 'em.  You know?   But if |
| 771 | | they ev-- if they ever get our guns, that's it.  You |
| 772 | | know, if they ever talk about taking it, I mean -- all |
| 773 | | my guns are legal, but if I -- I don't know.  I just |
| 774 | | don't wanna kill anybody, you know?  But I don't know |
| 775 | | what's gonna happen next. |

```
776   DH        Why would you think you have to – you would have to kill
777             somebody?

778   JB        Well, I mean if they come in here trying to take our
779             guns or try to turn America into slavery again, I don't
780             want to see that, you know?  I'm Irish.  Irish have been
781             slaves as long as the Blacks have, you know?  So like my
782             family history is, you know, we were slaves.  You know?
783             The Black slaves used to say, "Thank God I'm not Irish."
784             Because they would work the Irish to death.  Because it
785             was a seven-year lease, basically.  You know?  And they,
786             they would own you for seven years.  And then they would
787             try to work you to death.  They didn't have to treat you
788             good, they didn't want you living long.  But the Black
789             slaves, they wanted them to live for a long time, 'cause
790             they got their money's worth.  You know, you don't want
791             your car to tear up in a year.  Same thing with a slave.
792             They was a piece of equipment to them, you know?  But an
793             Irish slave, he was gonna run out at seven years, so if
794             he died, no problem.  But the Black slave, you wanna get
795             -- feed him a little better.  You know, you don't wanna
796             work him to death.  You can work him hard, but you don't
797             -- you don't wanna kill him, you know?  You want him to
798             last, you want him at least, back in them days it was
799             probably what -- 40, 50 years old?  But a, a Irish slave,
800             he's lucky to live to 25, if that.  Depending on what,
801             how it, but it was, they worked the Irish to death.
802             'Cause it was a different, they were not technically
803             slaves.  They were, uh, indentured servants, I think
804             they called 'em.  But yeah, the Black slaves used to
805             say, "Thank God I'm not Irish," you know?  'Cause they
806             worked them to death, on purpose, you know?  'Cause they
807             were trying to get their money's worth, you know?  And
808             slavery's been around since the beginning of history.
809             It's all over the Bible, it's all over everywhere. It
810             always has been. There's still slavery right now. I can
811             go right now in Libya and buy a Black man for between
812             200 and 400 dollars right now.  And people talk about
813             America's racist?  You shoulda seen the Chinese people
814             out  there  crying  their  eyes  out,  snot  drooling,
815             hopeless.  'Cause they fled communism.  And once they
816             found out Joe Biden was gonna officially gonna be, you
817             know they -- I'm talking about they were weeping.  I
818             mean, like, it tore my heart out, 'cause they were, like,
```

| | | |
|---|---|---|
| 819 | | "Where are we [PH] gonna go now? There's nowhere left to |
| 820 | | flee to, you know?"  So.  You know what I'm saying? |
| 821 | [36:22] | |
| 822 | UNKNOWN | Alright.  Anything else you want me to know? |
| 823 | DH | Well, I'm, I -- I got a question.  So what made you come |
| 824 | | here? |
| 825 | JB | My -- I was driving home, my wife told me that I was |
| 826 | | wanted.  She said that my picture's all over the internet |
| 827 | | and they're claiming I'm the -- |
| 828 | DH | One of the guys in the -- |
| 829 | JB | -- the head of the something or, you know, some kind of |
| 830 | | terrorist or something.  I was like, "Whoa, terrorists |
| 831 | | don't get rights," you know?  So, I was, like, |
| 832 | | everybody's, like, "No, you need to get a lawyer, you |
| 833 | | don't need to turn yourself in.  You need to hide."  I |
| 834 | | was like, "What do I got to hide for.  I didn't do |
| 835 | | nothing."  You know?  I did what the Lord told me to do. |
| 836 | | And if I wanna go to jail, fine. I'll start a prison |
| 837 | | ministry.  It'll be a full-time prison ministry, but I |
| 838 | | -- you know, either way, God wins.  Every time he's told |
| 839 | | me to do something, he takes care of me.  So I got |
| 840 | | nothing to worry about.  I do not worry about anything. |
| 841 | | I do not worry about anything.  I do not be afraid for |
| 842 | | any-- and I don't have fear other than rational fear. |
| 843 | | Like if you're standing on the edge of a cliff, like |
| 844 | | that's the good kind, you know what I'm sayin?  Like, |
| 845 | | but other than that, I don't -- fear is not a part of my |
| 846 | | life anymore.  Praise God.  You know what I mean?  Since |
| 847 | | I met the Lord, my life has -- I'm telling you, man -- |
| 848 | | if you don't know Jesus, you don't know what life's |
| 849 | | really like.  'Cause he sent me on adventures, go to |
| 850 | | like all that happened, like, I mean.  If I hadn't seen |
| 851 | | it myself, I wouldn't have believed it.  I mean it was |
| 852 | | -- it was unbelievable, it really was.  I mean that guy |
| 853 | | that got knocked down, I really feel like they coulda |
| 854 | | killed him.  You know, I wish I woulda been over there |
| 855 | | that one cop that did die.  Unless it was like something |
| 856 | | thrown, it wasn't much I could do about that.  But most |
| 857 | | of the time, wherever I was, the people around me were |
| 858 | | doing what I told them.  "Stop that!"  You know, it was |

859             like the power of God was in my voice or something.
860             Like, 'cause I'm a little bitty dude.  If I -- you know
861             if I walked up and tried to push you around, you'd beat
862             the, you know what I'm sayin'?  Like you got size and
863             size usually wins.  You know what I'm saying?  It
864             wouldn't be as easy as you thought, but you know, odds
865             are in your favor, you know?  So, like, if I was telling
866             you to do something, you ain't doing it unless you want
867             to.  But people were, you know, like, people were coming
868             over and I was like, "No, stop!"  You know?  Because a
869             lot of them Antifa guys were, like, creating mob
870             mentality.  You know?  And it was, like, and -- and the
871             Trump supporters were angry, don't get me wrong they
872             wasn't like being all pussy-footing around, but then I
873             mean it was, you know the Antifa people were trying to
874             stir up that.  I think it was demonic, but I can't swear
875             to that.  But it was –

876 [38:50]

877 DH       Who put the noose out there? I saw -- I saw photos of a
878             noose hanging in the field.

879 JB       Ain't no telling.  Ain't no telling.  That's -- ain't no
880             telling, man.  I saw a guy with a, a rebel flag and then
881             he looked like a -- he did not look like a Trump
882             supporter, you know what I'm saying? Like at all.  This
883             guy had on skinny jeans and his hair was all gay-looking,
884             you know what I'm saying?  Like, this guy didn't even
885             know where the South was, you know what I'm saying? So,
886             why would he be -- and I saw one guy that had one, but
887             he was like -- look, this is a, you know, we're a
888             seceding from the Union moment.  I was like well,
889             technically that is the battle flag, so even though the
890             meaning of it has changed.  Because the way I was raised
891             was that it was the government was overstepping their
892             bounds.  The war wasn't about slavery until the end of
893             it, when it became a political thing to use as a, you
894             know what I'm saying?  But slavery, the North wasn't
895             fighting to stop slavery at all.  They were stopping,
896             they were fighting for more money.  You know?  It's
897             always all about money.  'Cause North, the, the --
898             Abraham Lincoln even said, "I will not stop slavery. I'm
899             not." When he got elected, he had to, to get elected.
900             "I'm not gonna stop --," "'cause he needed the Southern

| | |
|---|---|
| 901 | vote too, you know?  Though he didn't get much of 'em, |
| 902 | but he got some.   And he's like, "I'm not gonna stop |
| 903 | slavery, I promise." You know?  And then he did because, |
| 904 | you know? Because it became political, you know? Because |
| 905 | that lady wrote that book the *Uncle Tom's Cabin*.  That's |
| 906 | the  one  --  that's  what  stopped  slavery.  It  wasn't |
| 907 | Republicans  or  Democrats.   That  book  --  when  people |
| 908 | started realizing what was actually going on. 'Cause a |
| 909 | lot  of  people  just,  you  know,  that's  happening  over |
| 910 | there,  they  didn't  see  it.   You  know?   There  was  some |
| 911 | asshole  slave  owners  and  quite  a  few  of  'em,  but  there |
| 912 | was  a  lot  of  'em  that  weren't  evil,  you  know?   They, |
| 913 | they  bought  'em  because  they  were  for  sale  and  they |
| 914 | treated  them  good,  you  know?  I  mean  it  wasn't,  it  wasn't |
| 915 | the  ideal  situation,  but  some  of  them  slaves  had  it |
| 916 | pretty  good.  They  worked  an  honest  day,  they  didn't  get |
| 917 | abused.   You  know,  like,  it  wasn't  a  hundred  percent |
| 918 | evil,  you  know  what  I'm  saying?   I'm  not  saying  it  was |
| 919 | good,  you  know  what  I  mean?   Don't,  don't  take  me  wrong, |
| 920 | but,  you,  know,  it  wasn't,  it  wasn't  about  that,  it  was |
| 921 | about money.  It's always about money. |
| 922 | DH | Okay. |
| 923 | [41:03] |
| 924 | JB | You  know,  the  government's  just  crooked.  And  they  just |
| 925 | get  more  and  more  crooked.   You  all  just  wait  and  see. |
| 926 | If  Trump  --  if,  if,  uh,  Biden  gets  inaugurated  on  the |
| 927 | 20th,  you  just  --  and  they  got  Democrats  are  running  the |
| 928 | --  and  the  crooked  Republicans  they  --  they  got  control |
| 929 | of  it  now.   'Cause  Trump  was  a  cog  in  the  wheel.   They |
| 930 | had  a  plan  to,  to  milk  it  dry.   And  Trump  came  in  there, |
| 931 | couldn't  be  bought.   You  couldn't  shame  him.   'Cause  no |
| 932 | matter  what  he  said,  he  said,  "Grab  'em  by  the  pussy," |
| 933 | and  he  was  still  --  he  still  got  elected.   You  know  what |
| 934 | I'm  saying?   Because  he  ain't  --  he  [PH]  ain't  a |
| 935 | politician,  that's  why  people  love  him  so  much.  'Cause |
| 936 | you  can't  buy  him,  he  ain't  crooked,  you  know,  he  ain't |
| 937 | perfect  by  any  means,  don't  get  me  wrong.   But  they're |
| 938 | all  like,  "He's  a  racist."   That's  the  first  thing  they |
| 939 | say  when  they  don't  have  an  argument.  If  you're  telling |
| 940 | somebody  something  and  they  can't  argue  with  you |
| 941 | nowadays,  "You're  a  racist."   That's  what  happened  to |
| 942 | me.   I  saw  it,  I  --  I  made  the  mistake  of  a  posting |

| | | |
|---|---|---|
| 943 | | something on the internet about how I was a Trump |
| 944 | | supporter.  And my business page went from, my -- my |
| 945 | | Google ranking, which is very important for a business, |
| 946 | | went from 5 to 3.8.  'Cause I got three 1-star reviews |
| 947 | | in a matter of no time, and none of 'em were my |
| 948 | | customers. I'd never seen any of 'em, don't know who |
| 949 | | they are. And they went over there and boom-boom-boom, |
| 950 | | and all of a sudden the phone went ringing. And I, we - |
| 951 | | - actually I didn't even find out until I went to a, a |
| 952 | | -- it's, uh, like a landscaping convention-type thing. |
| 953 | | And there was a guy teaching about how to get the |
| 954 | | internet to make you more money.  And he was like, "Well, |
| 955 | | everybody needs to get out their Google and look at your |
| 956 | | ranking."  And I was like, "Yeah, I got a 5-star ranking |
| 957 | | and I hold it up and it's 3.8."  And I was like, "Whoa." |
| 958 | | And I started reading and I was like, "I don't know these |
| 959 | | people. I don't -- I never."  And then one of 'em, I |
| 960 | | recognized his name.  It was a guy I was arguing with on |
| 961 | | YouTube. You know I was like, "Look, you know, Trump's |
| 962 | | not as bad as you think he is.      You know?"    And |
| 963 | | then I recognized -- 'cause it's like numbers and |
| 964 | | something, ninja numbers, you know?  I was like, "That |
| 965 | | little bastard."  He gave me a 1-star review and said |
| 966 | | "Won't recommend."  So you can't get that removed because |
| 967 | | there's no hatred, there's no -- if they say you're a |
| 968 | | blankety-blank kind of thing, then you can get that one |
| 969 | | taken off.  But he, he put some-- so there ain't nothing |
| 970 | | I can do about it now.  So now my ranking's messed up |
| 971 | | 'cause some guy I never met did not agree about my |
| 972 | | political beliefs.  You know?  And they've lied to the |
| 973 | | Black people, talking about he's a racist.  He's a |
| 974 | | racist.  Really? Well, how come he got an award standing |
| 975 | | right next to -- what's the Black lady on the bus that |
| 976 | | wouldn't sit down, remember? |
| 977 | DH | Rosa Parks? |
| 978 | [43:27] | |
| 979 | JB | Yeah, he got an award with her for doing the, like, |
| 980 | | lifetime achievement for helping Black people. They got |
| 981 | | him standing next to her, and those are the only two I |
| 982 | | recognized.  Now there's a couple of White guys and a |
| 983 | | couple of Black guys, like, I don't know most of them. |
| 984 | | But this is back in '80s or '90s or something.  But he |

985        got an award from them.  It was either Jesse Jackson or
986        one of the other, you know -- I don't know what you call
987        'em, the Jesse Jackson-types.  You know?  But he got an
988        award from him for doing the most to help Black people.
989        All his career, he was, like, back in the '80s, he hired
990        a woman to lead a construction crew.  Never been done.
991        And everybody made fun of him.  But he said, "Look, she's
992        got the ability."   If you've got the power, you got the
993        -- and you can get it done, he don't care what you look
994        like, he don't care. He don't care if you're Black, he
995        don't care if you're White, he don't care if you're a
996        woman.  If you can do the job and you can do it well,
997        you're hired.  And all the rap songs used to be like, "I
998        wanna be like Donald Trump," you know?  The Black
999        community's always loved Donald Trump until all of a
1000       sudden, he goes to run for president and screw up their,
1001       milking us dry.  And then all of a sudden he's a racist.
1002       Because they can say that and most Black people don't
1003       pay attention to politics. I don't say most, but there's
1004       a lot of them that don't, you know?  And if everywhere
1005       you see it, everywhere you go on every channel, Trump's
1006       a racist. And that's the card they're still trying to
1007       play.  He's a ra-- like you said, with the noose.  Who
1008       put the noose out there?  Wasn't Donald Trump people,
1009       you know?  There might be a few racist people, but I,I
1010       -- it's been a while since I met somebody that was like,
1011       "I hate Black people." Alright, you know, now I've met
1012       some people like, "That Black person I don't like."
1013       Well, that's not racism, that's just I don't like that
1014       guy.  You know what I'm saying?  But I, ther-- I don't,
1015       I ain't never been on some truck place and they're all
1016       talking about "How are we gonna get rid of the Blacks?"
1017       It, it, it ain't there, you know?  And anything you say,
1018       it's all lies.  That's the best weapon they could --
1019       see, the goal for the, the, the crooked government people
1020       is to, is division.  Get the Blacks hating the whites.
1021       Get the men hating the women.  Get the gays hating the
1022       straight. Get the Muslims hating the Jews.  Get the Jews
1023       hating the Christians.  As long as you can keep 'em
1024       divided, they can't stand up against us.  And that's
1025       what we did, that's what I went up there for, to stand
1026       up against them and say no, we're not taking it no more.
1027       And they're twisting that too.  They're telling lies
1028       now.  They're, "We're gonna impeach him again."  They

```
1029            took him -- he was on there telling people to stop and
1030            they took it off the internet or Twitter or one of 'em,
1031            you know?  While he was up there giving the speech trying
1032            to tell people don't do violence -- stop, quit, this is
1033            not what we represent -- they shut him down because they
1034            don't, they gotta paint him out to be -- they're gonna
1035            try to impeach him.  There's a coup-- there's a Rasheda
1036            Tlaib posted a thing on Twitter, "I'm ready to impeach
1037            him again."  And then somebody, some of them other crazy
1038            Democrats. [46:22]  You know, Democrats are 99% crooked
1039            and Republicans are about 90, you know?   I hate to
1040            say it, but -- you know?  I'm not a Repub— I, I, I'm a
1041            Trumplican.  Trump was our last great hope.  And -- and
1042            they stole it from him and everybody knows it.  The
1043            evidence is everywhere and I don't understand why you
1044            guys ain't investigating that stuff, the evidence is
1045            overwhelming.
```

1046   [46:45]

1047   DH     What's the evidence?

1048   JB     It's everywhere.

1049   DH     Like, what is it?

```
1050   JB     Well, one state there was 200,000 more votes than there
1051            are registered voters, how do you explain that?
```

1052   DH     How do y'all know that -- how do you know that's true?

```
1053   JB     'Cause it's, uh, people that in the know are saying that.
1054            Sworn affidavits of people that'll get ar-, arrested for
1055            perjury are, are saying that.  Witnesses to stuff, people
1056            have sworn affidavits that, that you go to jail for if
1057            you lying are saying that and they -- they won't even
1058            look at them.  They said he lost all of his court cases.
1059            None of the court cases were ever tried.  The judges
1060            never even saw any evidence.  They said, "Oh, procedural
1061            -- you didn't sign the right form or you didn't," you
1062            know?  Somebody went in there and said, "Hey, there's a
1063            case coming up.  Tell me when to stop.  Come on, we got
1064            all you want you just -- a million?  Boom, there you go.
1065            Find a reason.  Well, a million ain't enough.  Well, how
1066            about two?  Well, how about three?  Alright, that's it,
1067            three, or we'll go find somebody else. Okay, okay, okay,
1068            three million dollars, sure."  I ain't -- I don't know
```

| | | |
|---|---|---|
| 1069 | | what the numbers are, but that's what they do. You know? |
| 1070 | | None of his cases were seen. They said he lost all of |
| 1071 | | his court ca— no, he didn't.   There were none of 'em |
| 1072 | | were tried, none of 'em.  'Cause some of the people that |
| 1073 | | weren't his team did some cases.  But they didn't look |
| 1074 | | at the evidence, you know?  I mean, I mean, correct me |
| 1075 | | if I'm wrong, but that's what, you know?  You can't |
| 1076 | | believe half of what's on the internet, but the -- |
| 1077 | | there's a few that I trust.  Like Sydney Powell, she |
| 1078 | | has, uh, she's one of the best lawyers in the country. |
| 1079 | | She's got a great reputation for being honest, you know? |
| 1080 | | 'Cause they were screwing General Flynn and she went in |
| 1081 | | there and saved him, you know?  Because she digs for the |
| 1082 | | truth and she stands for the truth, you know?  Like, if |
| 1083 | | I was ever in trouble, in like, real trouble, I'm like |
| 1084 | | I want her on my team, 'cause she's, you know, she – |
| 1085 | | she's no joke.  I trust her.  So if she says it, I |
| 1086 | | believe it.  Rudy Giuliani -- remember what New York was |
| 1087 | | like before he got there?  Murders all over the place |
| 1088 | | and he cleaned that place up, you know? Look at it now. |
| 1089 | | Could be Democrat running it.  He destroyed -- New York |
| 1090 | | is gone.  New York, I don't think it'll ever come back. |
| 1091 | | They've run that place into the ground.  You know? |
| 1092 | [49:11] | |
| 1093 | DH | If it's a, I'm guessing, I'm wrapping up. So if there's |
| 1094 | | like another, I guess, rally or whatever, would you go |
| 1095 | | up there?  You plan on going back? |
| 1096 | JB | Eh, nah – I, I mean if it's the Lord, if I felt like the |
| 1097 | | Lord wanted me to go I would, but I don't have no plans. |
| 1098 | | I wasn't planning on going to that one, but -- |
| 1099 | DH | [UI]  So you went for just that date?  You just went -- |
| 1100 | | just drove up, drove back? |
| 1101 | [49:31] | |
| 1102 | JB | Umh, nah, I -- I spent the night with a fellow patriot |
| 1103 | | because it was a curfew out and I was told they were |
| 1104 | | looking for me, and I didn't wanna -- I wanted to get my |
| 1105 | | truck. I didn't want it to get impounded and have to pay |
| 1106 | | 800 dollars to get my truck out or whatever, you know? |
| 1107 | | I didn't know, you know? |
| 1108 | DH | So -- |

| | | |
|---|---|---|
| 1109 | JB | 'Cause I heard that they were saying that I was |
| 1110 | | destroying the place and I was -- I had a pipe bomb and |
| 1111 | | I heard all kinds of stuff.  And I couldn't -- I didn't |
| 1112 | | wanna, you can't look at your frone-phone driving on the |
| 1113 | | road and I didn't have a copilot.  So if I had, had a |
| 1114 | | copilot I could've been, you know, I woulda known more. |
| 1115 | | But this is what I was hearing.  And my wife was like, |
| 1116 | | and she, she -- women tend to fear a little more than |
| 1117 | | men do.  I know that's kind of sexist, but we all know |
| 1118 | | it's true. |
| 1119 | DH | You stayed with -- you stayed with a guy in DC? |
| 1120 | JB | Yes. |
| 1121 | DH | Who was it? |
| 1122 | JB | Just a random -- |
| 1123 | DH | Random guy? |
| 1124 | JB | -- patriot, yeah. |
| 1125 | DH | You never got his name? |
| 1126 | JB | I did, but I'm not gonna give it. |
| 1127 | DH | Okay. |
| 1128 | JB | Because he ain't got nothing to -- he wasn't even there |
| 1129 | | when none of this happened.  So he -- I asked him about |
| 1130 | | it, he said, "I didn't know none of that.  I didn't find |
| 1131 | | out till," you know? |
| 1132 | DH | It happened. Okay. |
| 1133 | JB | And he asked me not to use his name because he's kinda |
| 1134 | | little on the scared side and he is -- he, he's, calls |
| 1135 | | himself a Christian, but you couldn't tell that by the |
| 1136 | | way he acts, you know what I'm saying?  But, you know. |
| 1137 | | And the Lord didn't tell him to go.  He wanted to go |
| 1138 | | because, you know he saw what was happening.  [50:49] |
| 1139 | | Which -- y'all better pray that, that God does something, |
| 1140 | | I mean, He's got a plan, I just don't know what it is. |
| 1141 | | And if America's lost, the world is lost.  'Cause there |
| 1142 | | ain't nowhere else to run to.  You know?  And if America |
| 1143 | | ain't free, we're gonna go back to the way it's always |
| 1144 | | been, the super super rich running us like dogs. And |
| 1145 | | they don't care if -- if a million people die, but they |

1146          make a million dollars, eh, that's fine. We got -- we
1147          got billions more. We can ship in some from here and,
1148          you know, we work [UI] and people only live 25 years,
1149          fine, we get good, young, healthy workers. You know?
1150          They don't care. There's some people out there that are
1151          so wicked, so greedy.  That's the way it's always been,
1152          though. The kings run the place.  They can walk in here
1153          and rape your wife and leave and ain't nothing you can
1154          do about it. Who you gonna call? There ain't no police,
1155          they work for him.  You know?  America's the only flee,
1156          free place this world has ever seen. Even the Solomon's
1157          Egy—or, I mean, Solomon's Israel wasn't as good as it is
1158          now.      You know, 'cause when they went to war slavery
1159          was always a part of war. You, you killed the few and
1160          you made slaves outta the rest of 'em.  That's just the
1161          way it's always been, always.  The kings run it and the,
1162          the rest of 'em suffer.  You know?  Some kings were a
1163          little better than others, you know, he'd make sure you'd
1164          at least eat good.  But your job was to provide him with,
1165          you know, lush, you know?

1166   [57:26]

1167   DH      Alright. I'm wrapping up, man. Uh, anything else you
1168          want me to know, like that you saw, maybe information by
1169          people that were, I guess, besides --

1170   JB      That dude with the horns, that dude was, there -- there
1171          might be a, you know what I'm sayin? Like, yeah, he was
1172          -- 'cause he was up on the balcony hitting something on
1173          the ground, chanting some kind of "voo-voo."  I don't
1174          know what it was.  It might've been a foreign language,
1175          it might've been -- but he was acting a fool. And I
1176          yelled at him at least three times.  I said, "Hey!"  I
1177          thought he was with us at first because I didn't know
1178          who he might mean by it.  But I was like, "Quit acting
1179          like that.  You're making us look bad." You know?  And
1180          I didn't realize till after I left the place, till I got
1181          home that there was, you know, I just thought some of
1182          the Trump supporters had gotten pissed, but some of 'em
1183          I could tell that, eh, something ain't jiving.  They
1184          ain't, you know, they ain't, they don't speak the
1185          language.  You know what I'm saying?

1186   DH      Yeah.

| 1187 | JB | So.  But naw, that -- the guy with the horns, he was, it |
|------|----|---|
| 1188 |    | was, it, it, something about him.  And then the camera |
| 1189 |    | man up there.  Like, when -- when I saw him, my spirit |
| 1190 |    | was like "Whoa, bad dude.  Watch out."  You know?  So, |
| 1191 |    | but he didn't, like, do no violence that I could tell. |
| 1192 |    | But, but him and the guy with the horns, it was both of |
| 1193 |    | 'em, the Lord kind of was like, "Watch out." |
| 1194 | DH | Okay. |
| 1195 | JB | You know, he ain't with you.  You know? |
| 1196 | DH | Okay. |
| 1197 | JB | But. |
| 1198 | DH | Alright, man.  That's all I have man, uh -- |
| 1199 | JB | There's a couple people did some stuff, but I couldn't |
| 1200 |    | -- in all the melee I couldn't, I couldn't point 'em out |
| 1201 |    | if they were standing right here, you know what I'm |
| 1202 |    | saying?  So. |
| 1203 | DH | Okay. |
| 1204 | JB | 'Cause a lot of times it was one guy jumping over and |
| 1205 |    | then five people falling and four or five people, four |
| 1206 |    | or 500 people pushing. And it was just, I mean, it was |
| 1207 |    | a mad house, but. |
| 1208 | DH | Okay. |
| 1209 | JB | God had me just standing there like -- I mean, like, it |
| 1210 |    | was awesome, dude.  Presence of God is -- ain't nothing |
| 1211 |    | like it. Ain't nothin' like it on this Earth.  You know? |
| 1212 |    | Hell is just a lack of the presence of God.  You know? |
| 1213 |    | And Heaven is being there with Him.  If you're with the |
| 1214 |    | Lord, it's, I'm talking 'bout -- you don't know life. |
| 1215 |    | 'Cause once you have the spirit of God in you – he, he'll |
| 1216 |    | tell you, the spirit of God will lead you and guide you |
| 1217 |    | into all truth and he will show you things to come. He |
| 1218 |    | knows the future, I don't, you know. I've seen it over |
| 1219 |    | and over and over again. I mean,  I've seen miracles |
| 1220 |    | with my own eyes.  I've been a part of miracles a couple |
| 1221 |    | times. When I quit that motorcycle club after I got |
| 1222 |    | saved, I was telling them out there, but, uh, I, I quit |
| 1223 |    | the club, and the, the deal is you get your butt whooped |
| 1224 |    | for.  And there were six or eight of 'em in there.  And |

```
1225          two of 'em claim they didn't do nothing, but I can't
1226          swear to that.  But I was surrounded by a bunch of guys
1227          throwing dukes at me, trying to hurt me, and a couple of
1228          'em were cussing, like, "You blankety-blank-blank," you
1229          know?   It's not a very fun, good thing to quit a
1230          motorcycle club.  'Cause, you know?  But they tried to
1231          beat on me for two minutes and they never touched me
1232          until I got mad at one of 'em who I didn't like anyway.
1233          And like I said, I ain't been a Christian [UI], you know.
1234          So I tried to fight him with my own strength and as soon
1235          as I moved my foot to fight him, dude broke my ribs and
1236          I bent over and I got a upper cut.  And so I put my foot
1237          down.  I said, "Sorry, Lord," and they beat on me for
1238          another minute and never touched me.  The only time they
1239          hurt me was when I moved my foot to do it with my own
1240          power.  So, you know. And that ain't it.  I could tell
1241          you the story about what the Lord's been up to.  For me
1242          personally, I've seen it with my own eyes.
```

```
1243   DH    Okay.
```

```
1244   JB    I was -- I broke my neck because I didn't obey what He
1245          said.  He told me I had to go to a prayer meeting, which
1246          I thought couldn't be God, so I went.  And when I left,
1247          I broke my neck.
```

```
1248   DH    Okay.
```

```
1249   JB    And somebody prayed for me.  And the doctor walks in
1250          with an x-ray and it looked like a zipper, you know what
1251          I'm saying?  Like it, my neck was broke.  And he was
1252          showing his students. They walked in the door and he's
1253          holding up to the light.  He's like, "You can see right
1254          here that it's hopeless he'll never walk again, it's
1255          best just to show him."  And then this little girl taking
1256          notes looks over at me, putting my shoes on, and she
1257          looks back at him and, and does a, you know?  Then he
1258          looks at the - he, he finally saw her and, like, "Why
1259          aren't you paying attention to me?  I'm the big doctor."
1260          And she was kinda cute too, so he's probably trying to
1261          work something, you know what I'm saying?  He looks over
1262          at me and his jaw hits the floor.  'Cause he's holding
1263          the x-ray of my broken neck with the, like,  never, and
1264          he was telling me, "It's hopeless, you'll never walk
1265          again. Don't be nice, tell him the truth, let him deal
1266          with it.   You know, you, you just gotta tell him
```

|      |    |                                                                 |
|------|----|-----------------------------------------------------------------|
| 1267 |    | upfront."  That was what he was trying to show. Because         |
| 1268 |    | in situations like this there's no hope. And the girl's         |
| 1269 |    | over there like, uh, and he wa-- he was like, and he            |
| 1270 |    | looked at that x-ray and did, his head went back and            |
| 1271 |    | forth like a minute straight. 'Cause he was looking at          |
| 1272 |    | evidence that I would never walk again.  And I'm standing       |
| 1273 |    | over there like this, putting my shoes on, you know,            |
| 1274 |    | getting ready to leave.  And he was like, "Whoa."               |
| 1275 | DH | What kind of business do you run?                               |
| 1276 | JB | Uh,  lawn maintenance.                                          |
| 1277 | DH | Lawn maintenance?  Lawn maintenance?  Okay. What's the          |
| 1278 |    | name of it?                                                     |
| 1279 | JB | Come on, man.  I don't wanna put my business involved in        |
| 1280 |    | this. I'm already gonna lose a bunch of, you know?  This        |
| 1281 |    | is not good for my business and so I'd rather not.              |
| 1282 | DH | Okay. That's fine.                                             |
| 1283 | JB | You know what I'm sayin, like this?    That's   how   I        |
| 1284 |    | feed my family, you know?                                       |
| 1285 | DH | Okay.                                                          |
| 1286 | JB | So, uh.                                                        |
| 1287 | DH | Well, man, that's all I have, man.  Have you got --            |
| 1288 |    | that's all you have to say?                                    |
| 1289 | JB | Yes, sir, I did, I mean.                                       |
| 1290 | DH | Okay.                                                          |
| 1291 | JB | I wouldn't have done this. I thought y'all were gonna be       |
| 1292 |    | like a warrant-type. Man, my wife had me so -- she was         |
| 1293 |    | all, like, you know I drove all the way back doing the         |
| 1294 |    | speed limit. If I had known that I'd been doing 80, 85,        |
| 1295 |    | you know?  I mean.                                             |
| 1296 | DH | Okay.  Alright, man.  I say you're free to go.  Uh --          |
| 1297 | JB | Well,  praise  God.  I  told  everybody, "Don't  worry."       |
| 1298 |    | Everybody, everybody I know - "Aww, man, you can do 20         |
| 1299 |    | years in prison," that's what they were saying.  Twenty        |
| 1300 |    | years in prison. I'm like, well.                              |
| 1301 | DH | Okay.                                                          |

| 1302 | JB | I ain't them. But they told me I had to come in tonight. |
| 1303 | | It wasn't no big deal we couldn't have done this in the |
| 1304 | | morning? |

| 1305 | DH | Yeah, yeah, that's fine. Yeah, you know, so. |

| 1306 | JB | I need a phone, though, if I could get a phone to call |
| 1307 | | my ride. 'Cause I thought I was going to jail, so I |
| 1308 | | didn't bring my car. |

| 1309 | DH | Okay. |