FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/28/2022

M W , previously identified, was interviewed in Washington, DC. Also participating in the interview was FBI Special Agent Jeffrey Weeks and Department of Justice representatives Seth Adam Meinero, Emily Allen, and Eric Boylan. After being advised of the identities of the interview participants and the nature of the interview, W provided the following information:

W 's United States Capitol Police ("USCP") pin number is .

W started working for USCP in March 2009.

USCP tried to terminate W 's employment as a result of his January 6, 2021 injuries because he partially lost vision in right eye. W also suffered a concussion on that day as well as torn cartilage in his right knee. W has since resolved this issue with USCP and passed a fitness for duty exam.

On January 6, 2021 while manning a police line on the Lower West Terrace of the U.S. Capitol Building, W handed over a guy who had received a cheek wound to a couple Metropolitan Police Department ("MPD") officers. Fellow USCP officer was with W for most of the time on that day.

and W came in early on the morning of January 6th to work the event. There was not much going on in the morning when their shift began, so they got some food and came back to the Madison Building, which was their assigned location as part of the Library of Congress Division. W heard on the USCP radio that stuff was going on at the West Front of the Capitol, so he and went down there. Once he arrived, the scene was chaos. MPD officers were already there trying to maintain a police line. W recalls seeing the guy with the cheek wound at the West Front. At the time W saw the person, he had already received his cheek wound.

Shortly after W arrived, he and a number of other officers found some bike racks and constructed a makeshift bike rack barrier and police

Investigation on 11/21/2022 at Washington, District Of Columbia, United States (In Person)

File # 176-WF-3366759-BLACK Date drafted 11/28/2022

by Jeffrey Weeks

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

line near where the media tower stood.

At the time W saw the injured person, who at that time still had a projectile lodged in his cheek and mouth, that person was telling people to lay off the officers and that the officers were just doing their job. The wounded individual asked W and a number of other officers if they minded if he prayed for them. W and the others said they did not care, at which time the wounded individual proceeded to pray out loud. The officers did not participate in this prayer. It seemed like the injured person actually calmed some people around him for a short period of time.

At no point did W hear any officer tell the wounded individual to leave or that he was going to be arrested.

Shortly after the injured person completed his prayer, the officers cracked the police line open and walked the person over for medical care. The injured individual did not resist being brought back for medical care. After this occurred, W remained at the West Front police line for a period of time. Eventually, he and had to retreat from this line because they did not have any hard protective gear. W then went up to the Upper West Terrace stairs near the tunnel where the President usually exits. After protesters charged the doors at this location trying to get in, W and retreated to the House Door. This door was locked and officers inside would not open it. W and then went to the East Front where they discovered the police had already been overran. W nd ran into a couple female officers and, together, they went back to the House Door and heard that there were shots fired. By that time, the door was open and protestors were exiting. W and responded to the shots fired call that went out over the radio. Once they got to the doors near the shooting, they found some Members of Congress and escorted the Members to the secure location.

After W and escorted the Members to a secure location, he and and a USCP officer named went back to the Capitol. They started in the area of the House Crypt, found a few other officers from the Library of Congress, went through Crypt and then to the West Terrace Door where they ran into Inspector LOYD, who was "busted up" from being heavily sprayed with OC spray. and W carried LOYD to a place where they could help clean him up. After that, W and M went back to the West Terrace Hall, also known as the tunnel, where there were still crowds of protestors present. W stayed in this hallway, which was thick with tear gas, until there was enough police support to push the protestors out of the tunnel's West Terrace Door onto the stairs of the West

Terrace. W[redacted] recalls that, by this time, it was dark out.

Right after pushing the protestors out the West Terrace Door, W[redacted] and other officers were in the process of forming a police line when W[redacted] saw the cheek-wounded person again. This guy yelled out to W[redacted], seemed to recognize him, and then said that he "made it in" or "made it inside". The injured person seemed proud of himself and was smiling about it. The interaction was very short, just a few seconds. W[redacted] basically disregarded this person's comment, did not respond, but was kind of pissed at the guy. At that point the projectile had already been removed from the guy's cheek. After this interaction, W[redacted] lost track of the injured person and did not see how this person left the Capitol grounds. W[redacted] was pissed generally about the protesters making it into the Capitol, but at the time the injured person made this comment W[redacted] did not know the extent of how many people had made it into the Capitol and how far they had made it.

After exiting the West Terrace Door and forming a police line, W[redacted] and the other officers pushed protestors off the stairs. By the time they got to the bottom of the stairs, W[redacted] and [redacted] were completely spent and re-deployed to the Madison Building where they sought medical attention for a colleague. W[redacted] declined medical attention for himself at the time, but he went to a doctor the next morning and was sent to specialists thereafter.

W[redacted] learned that the injured guy had made it into the Senate Chamber about a week later when he saw the HBO special that showed the injured person in the Chamber. W[redacted] instantly recognized the guy when he saw him on the HBO special and instantly knew he would likely hear about this guy again.

As of the end of the day on January 6th, W[redacted] did not realize the extent of how crazy it was inside the Capitol until he saw video footage of the event later. During the time of the major breaches, W[redacted] and [redacted] were busy escorting members to a secure location so they did not witness many of the breaches first-hand.

W[redacted] got hit in the head while he was manning the police line at the Lower West Terrace.

W[redacted] regrets helping the cheek-wounded guy because, at the time, W[redacted] did not know how crazy the violence and protestors got to be.



FD-302a (Rev. 5-8-10)

176-WF-3366759-BLACK

Continuation of FD-302 of (U) Interview of M[redacted] W[redacted] on November 21, 2022, On 11/21/2022, Page 4 of 4

W[redacted] was shown camera footage for USCP CCTV Camera 0944, starting at minute mark 1:07:42pm. W[redacted] believes he sees himself in portions of this footage along the police line at the Lower West Terrace but cannot point out with certainty which officer in the video is him. W[redacted] sees in the video footage when the cheek-wounded person was permitted through the police line for medical attention.

W[redacted] is available for further contact.

[Investigator note: On November 28, 2022, SA Weeks emailed two photographs to W[redacted], the email of which is attached hereto as a 1A Attachment. SA Weeks then called W[redacted], who provided the following information:]

The person with the beard shown in the two photographs is W[redacted].