

Judy Black
432 East Forest Drive
Birmingham, AL 35235

April 15, 2023

Re: Joshua Matthew Black

Dear Judge Berman Jackson,

My son, Joshua Matthew Black, asked me to write a letter for the court and I readily agreed. Let me begin by saying that I am no good at expressing myself on paper. Josh has no other blemishes on his record and he is an asset to this world. He is my son and I love him, and I trust him to continue to be a contributing member of our family and his community.

When Josh moved back to Alabama from Georgia several years ago, I saw firsthand that he was a hard worker and a perfectionist at his job. In his personal life, he has been too generous. He has done this to a fault, to the point that he is willing to give people multiple chances to do the right thing. He is more forgiving of others' faults than most people are of their own.

He has been a diabetic since he was four. Having this disease for over 40 years has affected his memory. Maybe that is the real reason he keeps forgiving people so often—he truly forgot they did wrong against him. He has probably also forgotten many of the kind things he has done for others over the years. Joshua Matthew Black is the kind of man needed by his family and the community because he has a heart for people.

Sincerely,

Judy Black