

DEFENDANT'S EXHIBIT 2

Rachel Black Crowley
212 Rock Crest Road
Odenville, Alabama 35120

April 15, 2023

Re: Joshua Matthew Black

Dear Judge Berman Jackson,

My brother, Joshua Matthew Black, asked me to write a character reference letter for him, and I agreed because I feel he is a man of good character. The sibling relationship is often fraught with drama. Like most families, ours is not without tension. However, I believe that Josh and I have turned a corner as adults and are able to get along better than we ever did before.

This turn was the direct result of his actions nearly seven years ago at my stepson's funeral. Surprised to see Josh, I was even more surprised that he walked up and hugged me. It was exactly what I needed and very much out of character with who Josh used to be before becoming grounded in his faith. You see, my stepson had committed suicide, and I was the one who had found him. He had taken his own life because of bullying we knew nothing about and for which the school system has determined they are not culpable. Everyone else was hurting, and I was doing my part to help them all feel better. I was worn out and the image of what I had discovered was forever before my eyes. I had barely slept since I found him five days earlier. Josh followed the Lord's leading, showed up at the funeral home on a day he should have been working, and supported me in my grief. Our relationship changed for the better on that fateful day.

Our lives are very different, since he attends church regularly and my family stays home, but I know my brother is doing what he can to help the people in his life. It is an understatement to say that Josh has never been materialistic, so he is not industrious so he can buy lots of things; but he works hard and does his best in his lawn care business to provide good service to his customers. His Type 1 diabetes, with which he was diagnosed in 1980, has been a huge factor in many of his decisions in life. He realized many years ago that he feels better when he is able to move and work out in the sun, and his heart feels better when he can look at his finished product and see that he has done a good job. In a way, this is his ministry, as it were.

Although Josh has always had a terrible memory, likely the result of his diabetes, he does his best to keep his word. If Josh tells you something, he means it. His religious beliefs are such that

he does not believe God ever calls, or asks, anyone to hurt anyone else. Anyone who thinks Josh would do something violent has no idea what sort of man he is.

In conclusion, as Josh's sister I could easily tattle on my mean little brother, but that would be out of step with the man he is today. In 2023, Joshua Matthew Black is a man who will strive to do his work well, provide for his family, and tithe to his local church. He usually works too much to volunteer, but he will give to the church that is helping to feed, clothe, and love God's people. We are all God's people, whether we believe.


Warm regards,


Rachel Black Crowley