

Dear Judge Jackson,

I am writing a letter of character on behalf of Joshua Matthew Black. I met and worked with Joshua Black at ABC Birmingham in Moody Alabama which is now America's Auto Auction. I was employed for this company for five years. In working with Joshua, and attending the same church, I have found that Josh is a man who I believe to be honest, and sincere. Joshua has always displayed to me his integrity, and values for life. He is a hard working person who gives of his time, and does his best to help others in their time of need. Joshua loves his wife and family, and I have found him to be a respectful, and responsible person who is determined to make a difference in the lives of others.

If you have any further questions please feel free to contact me at (205) 510-8129, or by Email at: sharonrcrosby@gmail.com.

Sincerely,
Sharon Crosby

PS. Thank you for your time.