Josh Black

**From:** nae-nae-69@hotmail.com,
**To:** cufleckinger@aol.com,
**Subject:** Josh Black
**Date:** Thu, Apr 27, 2023 10:30 am



DEFENDANT'S
EXHIBIT
4

Dear Judge Berman Jackson

  I am writing in regards of Josh Black, I worked with Josh for a few years at ABC auto auction and witnessed multiple times of his eagerness to help someone out. No matter the situation Josh was always there. Josh is very friendly and also very Godly. I remember one of my friends, that also worked at the auction, was down in the dumps and struggling with life in general. Josh took her to lunch and ministered to her to help get her spirits up.

  After leaving the auction I started working at a local gas station. There was a time I was out of money and out of options. I didn't even know how I was going to get home that day due to no gas. I prayed and asked God to make a way. That very day Josh came to my job and handed me 50.00. He told me that God told him to give it to me. I tried not to take it (even though I desperately needed it) and his response was no ma'am God told me to give this to you and to receive my blessings I have to be obedient. I do believe the Lord sent Josh to me that day.
  Josh is a wonderful Godly man. And a great asset to our community.

  Thank you for your time
  Renee Rowell
  205-863-6869