

Judge Berman Jackson,

My husband and I have known Josh Black since he was a little boy. We lived next door to his Grandpa until his Grandpa passed away.

My son is severly handicapped. He is a paraplegic and is also mentally disabled. My husband fractured his femur and knee in a fall 3 years ago.

He is now either in bed, or in a wheelchair. I am 63 years old and I have to take care of BOTH of them. I recently (3 weeks ago) had to go to the hospital. They gave me 5 pints of whole blood.

I am doing better.

We need Josh here. He comes over and helps us every time we need him. He made us a concrete walkway for wheelchairs so my son and my husband could go to the back yard.

He has cut huge tree limbs when they fell on our house during a storm. We couldn't afford to pay sometimes, but he would accept food in exchange for working most times.

I am 63 years old. I cannot do what I used to.

Josh is like family. We need to keep him here. I don't know why he went to Washington, but he has never been a troublemaker. He goes to Church, he helps anyone he sees if they look like they need it. Even if he doesn't even know them.
PLEASE

Sincerely,

Kathleen Boggan