# MOODY PARKWAY CHURCH OF GOD

3046 Moody Parkway
Moody, Alabama  35004



DEFENDANT'S EXHIBIT
6

April 22, 2023

To Whom it May Concern,

I have known Josh Black for about three years.   Josh works hard to support his family. He is a faithful member of the church and supports it with his finances and time.  Josh keeps the grass mowed and the grounds kept.  He is always available to help anyone who is in need, even a random stranger.  It has been my observation and experience that Josh Black is an asset to his family, his church and his community at large.  They all need his physical presence in their lives.

Sincerely,


Barbara Patterson